*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **WILLIAM AVERY**<br>　　　Plaintiff(s), | |
| vs. | Civil Case No.  05-1108 (GK) |
| **UNITED STATES OF AMERICA**<br>　　　Defendant(s). | |

## NOTICE REGARDING EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that an exhibit to Notice of Removal  has been filed in paper form in a the Clerk's Office.   It is available for public viewing and copying between thehours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

　　　　　　　　　　　　　　　　　　　**NANCY MAYER-WHITTINGTON**

　　　　　　　　　　　　　　　　　　　　　　　　Clerk