UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
**WILLIAM AVERY,**            )
                              )
      **Plaintiff,**    )
                              )
  **v.**                      )   **Civil Action No.**
                              )   **05-1108 (GK)**
**UNITED STATES OF AMERICA,** )
                              )
      **Defendant.**    )
_____)

### O R D E R

On October 6, 2004, Plaintiff filed this pro se action in the U.S. Court of Federal Claims, alleging that the U.S. Department of Education and the U.S. Department of Health and Human Services caused him to suffer economic losses by negligently reporting to national credit rating agencies that he had delinquent student loan balances. See Avery v. United States, No. 04-1525C, slip op. at 2 (Fed. Cl. May 6, 2005). According to Plaintiff, such actions violated the Federal Tort Claims Act, 28 U.S.C. § 2401(b) and the Gramm-Leach-Bliley Act, 15 U.S.C. §§ 6801 et seq.. Id. at 3.

After determining that it did not have jurisdiction to hear Plaintiff's claims, the U.S. Court of Federal Claims transferred the matter to this Court on May 24, 2005, pursuant to 28 U.S.C. § 1631. Id. at 11. Since that date, there have been no further proceedings in this case.

Accordingly, it is hereby

**ORDERED** that an Initial Scheduling Conference will be held **March 24, 2006** at **10:15 a.m.** in Courtroom 26A.

March 9, 2006  \_\_\_\_\_           \_\_\_\_/s/_____
                                 Gladys Kessler
                                 United States District Judge


**Copies to**: **attorneys on record via ECF and**

**WILLIAM AVERY**
**4244 Benning Road, NE**
**Washington, DC 20019**