UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM AVERY,           )
                         )
        Plaintiff,       )
                         )
   v.                    )   Civil Action No. 05-1108 (GK)
                         )
UNITED STATES OF AMERICA,)
                         )
        Defendant.       )
                         )
_____)

<u>CONSENT MOTION FOR EXTENSION OF TIME FOR HEARING</u>

Pursuant to Federal Rule of Civil Procedure 6(b)(1), defendant moves for an extension of time for the Court to hold a scheduling conference in this case. This Office only recently learned of the existence of this case, so the additional time is needed for review of the file and discussion with the plaintiff as to the appropriate schedule for the case. Dr. Avery has consented to this motion.

Dr. Avery's schedule is such that the best time for him would be 10:15a.m. on April 18. He is also available on April 11 at 10:15a.m. Both dates are open for defendant's counsel. Attached is a draft order reflecting the requested extension of time.

Respectfully submitted,

KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM AVERY,           )<br>                          )<br>          Plaintiff,    )<br>                          )<br>     v.                   )<br>                          )<br>UNITED STATES OF AMERICA, )<br>                          )<br>          Defendant.      )<br>_____) | Civil Action No. 05-1108 (GK) |

<u>ORDER</u>

UPON CONSIDERATION of the consent motion by defendant for an extension of time to hold the scheduling conference in this case, and the entire record in this case, it is this \_\_\_\_\_ day of _____, 2006,

ORDERED that scheduling conference be held at _____a.m. on April _____, 2006.

                              UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff and counsel for defendant

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing consent motion for extension of time to be served by first-class mail, postage prepaid, this 23rd day of March, 2006, on:

>Dr. William Avery
>4244 Benning Road, N.E.
>Washington, D.C. 20019

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201