```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

DR. WILLIAM AVERY,                )
                                  )
            Plaintiff,            )
                                  )
      v.                          ) Civil Action No. 05-01108 GK
                                  )
UNITED STATES OF AMERICA,         )
                                  )
            Defendant.            )
```

PARTIES' REPORT TO THE COURT AND DISCOVERY PLAN

Pursuant to Fed. R. Civ. P. 26(f) and LCvR 16.3, the parties submit the following report and discovery plan:

The plaintiff, a 1987 graduate of the dental school at the University of Pittsburgh and a practicing dentist in the District of Columbia, brought this action in the Court of Federal Claims to recover damages for injuries that he alleges he sustained as a result of inaccurate reporting of his student loan debt, starting in 1988, by the Department of Education and the Department of Health and Human Services.  Concluding that plaintiff's only possibly viable claim was a tort claim against the United States, as to which the Court of Federal Claims has no jurisdiction, that Court transferred the case to this Court.

The parties submit the following report to the Court in accordance with the requirements of LCvR 16.3(c):

1.  <u>Dispositive Motions</u>.  Defendant intends to file a motion for summary judgment by May 22, 2006.  That motion will be based on the running of the statute of limitations and on the exclusion in the Federal Tort Claims Act for claims sounding in defamation.

Defendant further proposes that discovery in the case be deferred until the resolution of that motion. Plaintiff opposes the deferment of discovery.

    2. <u>Amendment of Pleadings</u>. The parties do not anticipate at this time amending the pleadings or adding other parties. Plaintiff, however, reserves the right to amend the pleadings should it become necessary.

    3. <u>Assignment of Case to Magistrate Judge</u>. The parties do not consent to the assignment of the case to a Magistrate Judge.

    4. <u>Possibility of Settlement</u>. Defendant does not believe that there is a reasonable possibility of settlement of the case at this time.

    5. <u>Alternative Dispute Resolution</u>. At this time defendant does not believe that this case would benefit from the Court's alternative dispute resolution procedures; however, plaintiff believes that the case would benefit from alternative dispute resolution. If defendant's motion for summary judgment is denied and discovery is completed, defendant believes that it may then be appropriate to consider a referral of the case for mediation.

    6. <u>Resolution by Summary Judgment</u>. As explained in paragraph 1 above, defendant believes that this case should be resolved by summary judgment and proposes to file a motion for summary judgment by May 22, 2006.

7. <u>Initial Disclosures</u>.  The parties stipulate to dispense with the initial disclosures.

8. <u>Extent of Discovery</u>.  If the Court denies defendant's summary judgment motion, defendant believes that the period of discovery should be six months.  This is because the events at issue in the lawsuit date back at least to 1988 and, to some extent, back to the date of plaintiff's entry into dental school in 1982.  This will likely present difficulties in the discovery process.

9. <u>Expert Witness Reports</u>.  It is not clear at this time whether expert witnesses will be needed in this case.  If they are needed, the parties agree that the requirements of Fed. R. Civ. P. 26(a)(2) should be followed.

10. <u>Class Action</u>.  Not applicable.

11. <u>Bifurcation of Trial and/or Discovery</u>.  The parties do not believe that discovery or trial should be bifurcated.

12. <u>Date for Pretrial Conference</u>.  Assuming that the case is not resolved by summary judgment, the parties propose that the pretrial conference be held forty-five days after the close of discovery or after the resolution of the summary judgment motions, which ever is later.

13. <u>Trial Date</u>.  The parties believe that the date for the trial should be set at the pretrial conference.

A proposed order is attached hereto.

    Respectfully submitted,

    KENNETH L. WAINSTEIN, D.C. Bar #451058
    United States Attorney

    RUDOLPH CONTRERAS, DC Bar #434122
    Assistant United States Attorney
        /S/
    FRED E. HAYNES, D.C. BAR #165654
    Assistant United States Attorney
    555 4th Street, N.W., Room E-4110
    Washington, D.C. 20530
    (202) 514-7201

    Attorneys for Plaintiff


    By authorization
    Dr. William Avery, plaintiff pro se
    4244 Benning Road, N.E.
    Washington, D.C. 20019
    (202) 388-1575

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

DR. WILLIAM AVERY,              )
                                )
          Plaintiff,            )
                                )
     v.                         ) Civil Action No. 05-01108 GK
                                )
UNITED STATES OF AMERICA,       )
                                )
          Defendant.            )
```

ORDER

Upon consideration of the parties' report to the Court and discovery plan, it by the Court this ___ day of _____, 2006,

ORDERED that the initial disclosures in this case under Fed. R. Civ. P. 26(a)(1) are dispensed with; and it is further

ORDERED that defendants motion for summary judgment shall be filed by May 22, 2006; and it is further

ORDERED that discovery in this case [shall be stayed pending the resolution of defendant's motion for summary judgment] [shall be completed by _____, 200_;] and it is further

ORDERED that if the case is not resolved by dispositive motion, a pretrial conference shall be held _____, ___, 200_.


                                      UNITED STATES DISTRICT JUDGE

Copies to the parties

CERTIFICATE OF SERVICE

I certify that on this 17th day of April, 2006, a copy of the foregoing parties' report to the Court and discovery plan was served on plaintiff by telecopy and by first-class mail, postage prepaid, to the following address:

>  Dr. William Avery
>  4244 Benning Road, N.E.
>  Washington, D.C. 20019

>  /S/
>  FRED E. HAYNES, D.C. BAR #165654
>  Assistant United States Attorney
>  555 4th Street, N.W., Room E-4110
>  Washington, D.C. 20530
>  (202) 514-7201