```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

DR. WILLIAM AVERY,              )
                                )
           Plaintiff,           )
                                )
      v.                        ) Civil Action No. 05-01108 GK
                                )
UNITED STATES OF AMERICA,       )
                                )
           Defendant.           )
```

ANSWER

Defendant, the United States of America, by its undersigned attorneys, hereby answers the complaint:

First Defense

Plaintiff's complaint, which consists of ten single spaced pages and numerous attachments, attachments that do not appear to be part of the record before this Court, violates Fed. R. Civ. P. 8(a), in that it is not a short and plain statement of the claim for relief.

Second Defense

Plaintiff's claims, which date from at least 1988, are barred by the running of the applicable statute of limitations.

Third Defense

Plaintiff seeks relief based on the theory that he was defamed by the Departments of Education and Health and Human services when they reported what he considered to be inaccurate amounts of the educational debt that he owed to defendant. He also seeks relief based on the claim that the two departments

1

were negligent in their reporting of his debt, in that it was inaccurate. In making these claims, plaintiff is seeking relief "arising out of" libel, slander, misrepresentation, or deceit, and claims arising out these causes of action are exceptions to the waiver of sovereign immunity set forth in the Federal Tort Claims Act. Consequently, plaintiff cannot proceed with this action, whether the conduct is characterized as defamation or as simple negligence.

### Fourth Defense

To the extent that plaintiff seeks to recover in this action based on the the Gramm-Leach-Bliley Act he cannot do so, as there is no private right of action under that Act.

### Fifth Defense

Defendant answers the paragraphs of the complaint, both unnumbered and numbered, as follows:

1. Because of the fact that the numerous single-spaced allegations of the complaint date back to at least 1988 and in many instances address Dr. Avery's state of mind, it is not possible for defendant to answer these allegations at this time other than to state that defendant lacks knowledge or information sufficient to form a belief as to the truth of these averments.

2. Defendant denies, however, that its agents engaged in fraudulent acts.

3.  Defendant further denies that any employees of the Department of Health and Human Services were negligent in this matter.

4.  Plaintiff seeks punitive damages, and punitive damages are not recoverable from the United States.

5.  Defendant will amend this answer as its attorney's become aware of information that clarifies the facts alleged in the case.

All allegations not expressly admitted or denied are denied.

WHEREFORE, defendant requests this Court to deny the plaintiff all relief requested, dismiss the complaint with prejudice, grant defendant such other relief as the Court deems appropriate, and award defendant the costs of this action.

> Respectfully submitted,
>
> KENNETH L. WAINSTEIN, D.C. Bar #451058
> United States Attorney
>
> RUDOLPH CONTRERAS, DC Bar #434122
> Assistant United States Attorney
>           /S/
> FRED E. HAYNES, D.C. BAR #165654
> Assistant United States Attorney
> 555 4th Street, N.W., Room E-4110
> Washington, D.C. 20530
> (202) 514-7201

CERTIFICATE OF SERVICE

I certify that on this 17th day of April, 2006, a copy of the foregoing answer was served on plaintiff by telecopy and by first-class mail, postage prepaid, to the following address:

> Dr. William Avery
> 4244 Benning Road, N.E.
> Washington, D.C. 20019

> /S/
> FRED E. HAYNES, D.C. BAR #165654
> Assistant United States Attorney
> 555 4th Street, N.W., Room E-4110
> Washington, D.C. 20530
> (202) 514-7201