9/23/82    $10,685.64 ---Student loan, GSL from PHEAA

Now turn to the microfiche, attachment xxx and see the date of:

9/24/82    Gaur Student loan payment $4645.84

One of the records is incorrect and it is not the microfiche.  I was being overcharged by

    $6,000.00

    Do I have you attention now?  Without that microfiche, how did or would the

U.S. ever have accurate information about my student loan balance?  They didn't and

could not be shown that they were incorrect and without that microfiche.  Defendants

were however prosecuting me and using the document in attachment 2 and to obtain

summary judgment.

Two things created immediate suspicion when my attorney showed me this document:

1) In 1982,  I could not get $10,000 from PHEAA – in 1 semester

2) I did not remember ever receiving this document

So that you don't get confused and think that this $10,685.64 – was a GSL payment for

the entire year, look on the microfiche at 3-18-83 and see GSL payment $2870.40.

I have the right to ask as to where did you get this incorrect balance and please produce

documents with my signature on them - since you incorrectly  presented this one to the

court when attaining summary judgment in 1998.

Seeing my Washington, D.C. office address, my thoughts are that someone prepared this document and after the fact.

For your knowledge, PHEAA sent all GSL payments to the school which the school then applied to any outstanding balance and only afterwards, they sent the difference to the student.   That is how I knew to check the microfiche copy that I obtained from the bursars office at the school.

Mr. Haynes, I will say this directly and simply for you.  THIS IS A FALSIFIED DOCUMENT prepared by a government individual or entity – designed to accomplish a misrepresentation.

DO YOU STILL NOW THINK THAT THE GOVERNMENT WILL HAVE IMMUNITY ??

Who ever prepared this  document,  clearly needed or wanted my signature on it - and then they would have used the "official" document as being against me.  Pitt taught me a lot, and about the  treachery of "professional" people that I had never encountered before.

The balance is clearly incorrect and the record is flawed.   Whoever prepared it wasn't using the microfiche or correct information.  However the United States accepted it.

The forger of this document was not aware that I had obtained a copy of the microfiche from Pittsburgh – and knew to compare the two documents.

The forger of this document would have known in advance that I had a correct copy from the microfiche, had I not been blocked by summary judgment where this falsified document was presented and used.

The government forgery is now exposed. For your information, forgery and intentional malice is also not exempt from government immunity.

NEXT: HEAL LOANS / Health Resources

PHEAA had a lower interest rate and a yearly maximum that you could receive. Anything over that, you had to take out HEAL loans at an even higher interest rate. You would try not to take HEAL loans and only as a last resort. The dental school request that you have no employment for the first two years as the coursework and study is very demanding.

## XVI.   HEAL BALANCES – IS WHERE I HAVE AN EVEN BIGGER PROBLEM WITH THE DEPT. OF EDUCATION
HEALTH EDUCATION ASSISTANCE LOAN

Now turn to attachment 16 – and see my credit report regarding the Heal loans

Where in the world did the government get a **balance of $120,837** (attachment 16 E, 16F, 16 C, 16H?  I don't know where you got this from or who gave it to you. I cannot say that Pittsburgh gave this to you. I don't know where you got it from.    If you return to attachment 3 and review the microfiche from Pittsburgh - nothing totals that amount. **My entire indebtedness was not correct.** Now turn to attachment 16 I , another credit report, and see the more correct balance of HEAL loans  But once the United States created this  unknown and higher figure and started reporting such to credit bureaus – you **couldn't get them to change it and obtain the correct amount**.    And you wonder why

33

I am angry?  If my family had that kind of money, we could have stayed together and in Pittsburgh, while I was in dental school.  Do you like being overcharged and for years? And when I requested an investigation, credit bureaus would say the information was affirmed and accurate See attachment 16 A , other times the incorrect information was deleted only to be placed back on, and later. Some credit reports have much higher balance, others report a lower balances and payments.  My credit report was on a rollercoaster ride as created by the U.S. and the Department of Education.

That incorrect information was destroying me. I couldn't get **a loan to pay-off this loan.** And could not  leave the area to return to Minnesota. Now I cannot see patients because U.S. began sanctioning me and insurance companies were cancelling me as a provider – all for listing an amount so high that I certainly could not pay and have resisted doing so. I did not intend to pay the wrong and higher amount, because of this nonsense and now by the United States. I don't have the desire to pay sums that I do not owe nor do I have it to waste. I have clear right to be angry and to take legal action. Every attempt at avoiding this lawsuit –was ignored as I was battling summary judgments, a favored weapon of the government.

### The Microfiche

I can show you even more interesting activity, about the mysterious grant and student loans at Pittsburgh, if I could access the financial aid microfiche of student Stacy Branch in 1985. Stacy Branch resigned after her second semester and only after Ann McFadden altered and lessened the financial aid that Stacy had originally been offered, if

34

she would attend Pittsburgh Dental School. I am not the only one who got screwed by the dental school – having a "SECRET PRACTICE" of not putting information in writing to its minority students (see again attachment 13 & 14).

The white counselor I was "assigned to" taught me the trick, Dr. Charles Eigenbrode. He wasn't my best friend by far, but he really wanted me to stay and finish dental school – and for that I respect him. It took me over two years to trust him in any manner. Remember, I wasn't supposed to discuss the grant and especially with someone white. Eigenbrode didn't know about the grant either. When I finally told him, he figured out why I was so angry and trying to get out of Pittsburgh. Dr. Eigenbrode was a wise old white man, who knew Pitt and he taught me the professional's trick, "if you don't put it in writing, should a dispute develop, you can tell the injured party, 'you must have misunderstood me' ".


We students didn't misunderstand anything - **you lied.** This was a trusted and "educational institution" pulling this nonsense and recruiting under false pretenses. Eigenbrode met with Ann McFadden and she only then confirmed the existence of the "mysterious grant". Now Dr. Eigenbrode understood. Educational Grants like Stacy and I were offered do exist. See attachment 12, so why should I not believe it when a reputable dental school offers such??? Never again.


You are an unsuspecting senior in college and always had honest teachers. The recruiter for Pittsburgh interviews with you and uses their title of "doctor" to get you to trust them and come to their dental school. You are stabbed in the back once you arrive

at that school – and loans are shoved in your face. It now became my intention to warn any student that came to me – make sure that whatever is said by Pitt, that they put the grant in writing and what it covers.

You must understand, we are intelligent people and know that when you owe somebody, they will hound you and harass you. No one appreciates being tricked into debt and the unwarranted stress and problems that the deliberate deception and unforeseen debt created by Pittsburgh – had now placed on us. Stacy and her husband were extremely stressed about these loans that she didn't know that she would now have. Like myself, she was never told of these additional loan – or she would have gone to a different school. Like myself, they were already struggling financially.

I am doing this to help the government understand. If you get the microfiche, I will show you the activity.

## XVII. STICK TOGETHER, GET EMPLOYED, HIRE AN ATTORNEY

I had tried to tell Stacy, who was extremely smart, to "just hang in there… put up with the crap… once you graduate, I will come back and sue the university. Just graduate." Stacy had also been blocked from being interviewed by me. I met her and her husband James, once she arrived at the dental school.

I kept telling her to "just graduate… hang in there, graduate and we will come back and finish this battle."

36

Stacy resigned in her second semester.

She had done well in her academics. Her and her husband left Pittsburgh. She couldn't wait that long.   Did we want to wait?  We had to wait because:

(1) We had nothing in writing (2) we were now on student financial aid and struggling (3) fear of retaliation and not graduating (4) couldn't afford a lawyer and risk not graduating.

Stacy resigned and the black community lost another dentist, who was qualified. We now had another angry and deceived individual – for no fault of her own.

I never saw Stacy and her husband again.

The school couldn't be touched. With voluntary dismissal in 1994 – Ann McFadden would not have to meet Avery in a Court of law. I knew to much and could prove it. She couldn't play with me this time and we would now be on equal ground.

McFadden is now deceased.

The "mysterious grant" no longer exists.

The degree from the University of Pittsburgh is not allowed in my home.

While you are staring at the microfiche document, in front of you, you are also staring at additional money that I received.   I call it hush money.  Wrong.   I can't be bought .

Hint: you can't find it because it is being masked as something else; however you are

looking at the additional money's.

Pitt Dental School was smooth and cunning.


## XVIII.  MICROFICHE AND HEAL LOANS.

Next, review again my credit report and you see a payment made for $20,000. See

Attachments 16 D , 16B, 16H.  **I never made a payment of $20,000**. I couldn't afford

to do that. I had bad credit at the credit bureaus so how could I have gotten a loan to pay

$20,000 ???  This dentist now practicing in the inner city didn't have that kind of money

Please ask the United States to produce a receipt of payment as listed on my credit report.

I guarantee that  they can't.


## XIX. WHAT THE UNITED STATES HAS NOT FIGURED OUT, – THEY
## CAUSED.  AND WHY THEY ARE BEING SUED

You cannot refinance your house to get a loan ----IF YOUR LOAN DEBT AS PLACED

ON CREDIT BUREAUS – is incorrect and falsely to HIGH.


D'UH – we all know this.  How could I pay off the correct balance that I knew I owed, -

if you kept placing and maintaining much higher debt – that I did not owe.   I got

screwed twice and for several years each time.   The first time by Pittsburgh and the

second time by the United States.   Now are you starting to figure out why I sued THE

United States and rightfully so.   I needed that judgment of $68,000 -- to force the credit

bureaus to take off the higher and incorrect amounts as listed by the United States and the

38

Dept of Education???  My LTV (loan to value) was unobtainable with the higher and incorrect balance being reported to credit bureaus.  Mortgage refinance companies would not wait nor service me , telling me to contact them after I had corrected the credit issues. If it on your credit report – that is all they believe.  Saying you didn't owe it wasn't good enough.  Have you now figured out what you did and ruined ?

Again return to attachment xxx – that letter of subordination, so I could refinance my home certainly never appeared – and now cost me much more each month.

### XX. MANEUVERS THAT DELIBERATELY  BLOCK DISCLOSURE

As the court can see and by the dates on these documents, I have had them in my possession for some amount of time, but have been blocked from disclosing them and by: (a) Voluntary Dismissal 1994

(b) Summary Judgment 1998

(c)Loss of evidence and exhibit by United States in 2000 tort claim

(d) New Attempt at Summary Judgment to occur by May 22, 2006

Please now turn to attachment  11, credit destruction involving the government and the state of  Minnesota.  You will see that I was telling the truth there also – it was very nasty case and against the government of Minnesota, over 400 pages, several hearings – until they finally were forced to take a look at the evidence that I had. They would block the Judge from ever seeing the evidence. They knew what I had as evidence against them as they had seen it and before they ran for summary judgment.  Now caught,

they were trying to get away as well and launched the same arguments and immunity as the United States is now going to attempt as well. They Lost.

I've heard and stood up against all of these arguments before and they LOST their claim to government immunity. Financially drained by mediocre attorneys who provided mediocre representation, I refiled the lawsuit myself, submitted my evidence myself and then hired an attorney in that order. I have learned that an innocent man can loose a case if he has poor legal representation. I hired a different attorney. The assistant county attorney was interestingly reassigned to another case while in the middle of this one, and only after I personally delivered the truth, evidence and documentation to the Judge. He couldn't lie anymore. I was issued an apology and financial award in that as well, and only after they had tried to get away by wrongfully obtaining yet again another deadly summary judgment from a Judge who was not paying attention. It is one of only a few cases in history – where such an award and apology was granted regarding subject matter and ruined financial credit from the state of Minnesota.

Incidentally, that case was for millions of dollars in damages but I did not want to take that away from innocent children – who often don't get anything or child support. It was the Judge who asked me to accept less money's and take the letter of apology from the state. Because of her character and sincerity, I did so. I am still angry about it, but I have peace with it. The truth got told.

## XXI. NEVER BE YOUR OWN ATTORNEY -or you have a fool for a client

I do not advocate that anyone represent themselves in a court of law. But in this case when I would fax the particulars to attorneys in Minnesota – they were eager to meet me. However upon arriving at their office, paying travel expenses, and seeing my black face, I would hear, "you're not the type to have a large case... I don't want to jeopardize my relationship with the Judge... and hurt my other cases...I might be able to give you ideas about what to do ... you can call me... I'll file this for you, but I won't represent you... and the fee will be..."

I was again on my own.  Innocent and still on my own.


I have heard it all before  and I treat these comments as  insincere. I was forced  to file my own case after being disenfranchised and the only mediocre attorney I could get - - losing. Having to do much of the  work  and evidence by myself,  I pursued the state of Minnesota from my dental office in Washington, D.C., preparing, filing and mailing documents to the Court in Minnesota.  I should have never had to do this, but attorneys in Minnesota wouldn't take the case and especially after they met me.


**The second time around**, I hired an attorney over the telephone- who couldn't see my skin color, since I speak like a white person.   **This time I won** and at an additional financial cost and taking another 2 years.

When the Judge saw the  evidence of what had happened, the Judge began to shut the defendants down. A very ugly, embarrassing and deceptive case and won against the state.  My credit defamation claim in  Minnesota exposed and included:  1. fraud 2. malice 3. deception 4. reporting incorrect information to credit bureaus 5) altering

41

documents to remain undetected and continue harassment and emotional distress 6) intentional creation of financial distress by ruining credit status.

Furthermore, where was the Bakke Reverse Discrimination Decision of 1978 **when I needed an attorney** in white Minnesota **in 1996**? Oh, I forgot, Mr. Bakke went to medical school and not to law school. White attorneys left me on my own – when I needed them and was pursuing a white establishment. Just something for the know-it-all and anti-affirmative action supporters to think about. Race still matters in this country and it did matter to these lawyers. I won anyway. If this were an ideal world, we would not need affirmative action – as "ATTORNEYS" would treat people equally.

Something also for you to also think about Mr. Haynes, – how many white and black dentist do you ever see working together? Unless a government clinic, school or residency is paying for them. Try to recall if you have ever seen the two working together in **anyone's private office and in this large country of ours.    There is also a color line in dentistry that no one talks about**. I experienced it. See attachment 13 and 14. So for you to be discussing your tooth ache with me , after you performed a garnishment and I am trying to sue the government. Why bother? You know that you are not going to come to me. You would be surprised the number of people who have left my office and said they didn't know that I could do – what I do and then were surprised to be obtaining such on Benning Road Northeast Washington, D.C.. I love what I do and it shows, even in a ghetto. I had no credit – so I had to come here.

Now to flip the script on Minnesota attorneys. Do you know how many thousands of patients I have gotten out of pain in my 16 years of practice? If said attorney were to bring his wife to me and in pain, needing emergency care. If I had told said attorney that, "I know you are agreeing to pay me, I know what is causing your wife's pain and I know how to resolve it." Then let me say, "I don't want to treat her because it might hurt my relationship that I have with other dentist on the dental board"- what do you think that lawyer would try to do to me as I refused to treat his wife ?

Thank you affirmative action - for teaching me to file my own legal documents if no one else will. Thank you for giving me the strength to stand up for myself –when others that could, would not.  I have never had a day of law school, but I do have common sense , which is more that that attorney had.

In the real world, that white lawyer would have bypassed my office anyway.

The mysterious grant at Pittsburgh was to also encourage racial  interaction in dentistry. Outside of the schools there is very little interaction.  From my experience,  **Forget It**. As for my degree from **Pittsburgh Dental school** - **it is not allowed in my home.**

## XXII. PENNSYLVANIA  OR SOMEONE PREPARED   FALSE RECORDS  AND NO ONE BELIEVED ME -  UNTIL NOW

By coming from the school which actually forwarded my financial aid to Harrisburg, PHEAA and then to the U.S. government, the United States, Department of

Education believed and accepted the flawed documents and without question. I have already illustrated mistakes in the records that clearly warrant a review.

By now you have all have seen the large black folder containing plaintiff's exhibits and sent over from the Court of Federal Claims. This documents were prepared years ago.

### XXIII.  WHAT WOULD I HAVE GAINED FROM LYING AND LYING TO THE UNITED STATES ?

What would I have gained from lying – especially when the United States could have EASILY compared my documents with theirs (the defendants) – and seen that you were missing an entire year of student loans AND in one case two years.   I have been saying this all along and this missing year of loans did not total to over $100,000 of loan debt that appeared on my credit report and was verified as accurate by the Dept of Education. and  reported to credit bureaus.

Furthermore as most of you already know, graduating seniors received an exit interview with the financial aid office, and a copy of their balance and loans.  I wasn't given an exit interview nor compiled copies of any loans.  If you will examine your records you will see no exit interview.  How could I be accidentally overlooked when my classmates received theirs?  I was left out and on my own.


Now look at all the problems that I have had and now 19 years later. Ruined Credit for 19 years- which has been **all of my professional life**.  You allowed these individuals to get away as they were alive in 1992 when I requested a jury trial – but instead received a voluntary dismissal in 1994.  **The United States  is left holding the bag – because in your  power and arrogance, you took over, reinstated the case and**

44

**did some careless and reckless things to collect a balance that I did not owe**. I deliberately placed on that court document, Parties Report and Discovery Plan, heard before Judge Kessler that I would be willing to accept a settlement - to see if the U.S. would remain arrogant.  It has remained arrogant and the words were spoken and written by U.S. Attorneys – and they cannot be taken back.  Now explain the falsified student loan Repayment Obligation from PHEAA (attachment 2).

The sophisticated Dept of Education as well as the Assistant U.S. Attorneys office did not know that some loans "disappeared".  The United States already had the evidence and has kept ignoring me. I supplied the record and microfiche copy from the University. I gave them the correct evidence and they still ignored me.

The real truth seems that the defendants did not trust the document as coming from me - so they adhered to their flawed documents and flawed understanding. Now, I am not interested in a settlement since said attorney said and wrote that he wasn't interested and when he was asked the same in Court on April 18, 2006. Let's have a jury to hear the "goings on" and nonsense  presently caused by the government.  If you didn't trust my documents, a copy of the microfiche from Pittsburgh Bursar's office, you could have requested it yourself and from the University of Pittsburgh.  Instead, defendant chose to ignore it. Another mistake and made by defendants.

45

It is my hope that this lawsuit and Court will not allow that to happen again. The U.S. attorney did not know what he was doing – and he was actually working for me when he obtained the Judgment of 1998. That's right, I allowed him to obtain it and at the incorrect balance to show how unprepared he was to even be before a judge and lacking the truth, but telling "HIS VERSION", which was also not the truth.

In their power and arrogance, THE UNITED STATES RAN FOR SUMMARY JUDGMENT- so I COULD NOT DISCLOSE ANYTHING - and then they shut me out, or so they thought.   I'm back.

I watched as the U.S. obtained a judgment for the wrong amount. When I told them that it was wrong – they would not believe me and instead thought to steamroll me through summary judgment.

If there is an attempt to even cite the statute of limitations, the evidence and treatment of me will overrule such a claim. I have been telling the truth and supplying any documentation that I have had and for some time.

**IF YOU ARE GOING TO EMPOWER YOURSELF  TO REPORT ME TO CREDIT BUREAUS, TO SHOW THE WORLD THAT I HAVE LOANS AND OR TO HARASS ME WITH THEIR PUBLICATION – TO PRESENT AND FUTURE LENDERS – THEN I HAVE THE  MINIMAL RIGHT TO EXPECT ACCURACY OF and  IN THE CREDIT REPORTING.**

When you IGNORE ME WHEN I TRY TO ALERT YOU TO THE WRONG

BALANCES and place "verified" on my inquiries for correct credit balance, then you

are in fact telling me that your incorrect balance is " correct" and that I have to live with

it, as if you could care less.


## XXIV. NOT PLEASED WITH THE FOOLISH AND WRONG JUDGMENT OBTAINED BY THE JUSTICE DEPT. IN 1999

Why I was not pleased with the foolish and wrong judgment that the Justice

department so recklessly obtained?  Because just like the voluntary dismissal of 1994 –

the United States could come back years later, like it did in 1998 and begin this legal

struggle anew for yet a third time.  The lack of proper record keeping by Pennsylvania,

the Dept of Education, Health Services, and the United States  -- could make this a life

long event – of which this nonsense has already taken 19 years.

This could be a lifelong destruction if financial credit , resources and opportunities – and

all because of a deception I did not create  and  incorrect records I certainly have had no

control over. I t has already been 17 years and my entire professional life.


Please do not think , that this issue is over because the Dept of Education has removed

the reporting from credit bureaus in 2004.  I have discovered that they have placed a

**silent lien on my house now not** reported **at the credit bureaus**, and again did not

inform me of this action.  The moment I try to sell that house, they will take any sum that

they so desire – which based on the displayed and prior record keeping, will also be an

incorrect amount.  I am trapped in that home and cannot leave the area or my inner city

47

dental office. For certain employment, and with the government – they now check your credit report. It was planned that way, and will also keep qualified people from applying for and obtaining employment. Another door is closed.

When do I sue some one and bring them to court? I will not sue you if you treat me badly once. That's life. However if you continue to treat me badly, and then ignore me while you keep deliberately abusing me over and over - you will be brought to court and by me.

As I stated earlier, if the government is going to empower itself to rush to "judgment" and ruin my life financially and emotionally for 17 years, and then bar me from insurance carriers and patients and block my income, then I at least have a right for the information to be accurate and certainly correct – of which that did not occurred here and for a period of 17 years.

## XXV.  THE NEEDLE IN THE HAYSTACK, WHICH NO ONE THOUGHT I WOULD NOTICE

THE INTERESTING THING ABOUT THAT FORGED DOCUMENT, attachment 3, is that it proves in my case, that the government will alter, falsify and create documents, to incorrectly file and obtain a summary judgment in order to win a case. Other words, defendants will fabricate documents.

**Don't call this document an accident as they want my signature on it**.

With me, defendants have had a "just win" attitude and could care less about the truth.  I was not suppose to know that this official looking document was a fake EXCEPT that

48

the forger wasn't aware that I had obtained a copy of my microfiche and official account records at the University of Pittsburgh. I compared the two documents for authenticity.

I expect for Judge Kessler to receive valid copies of the loans, loan amounts and dates as written on that forged document (attachment 2). For the loan to be received by a student – loan papers had to be documented and signed. In Pittsburgh the name of the bank that I used for these loans was named Equibank, in Oakland district. The bank then sent copies to PHEAA. I already know that you can not produce these documents and at the figures listed on that forged court exhibit. **Not being able to do so will illustrate to the Court that the government forged, created or certainly used incorrect documents, having never known the correct balance, and went to dire steps to obtain summary judgment and to win in 1998**. Among other violations, that is fraud. There is no government immunity for fraud.

Furthermore, if you had bothered to get to know me, instead of trying to avoid/ kill me – defendants would not now be in this court and now running from me. I wasn't hiding anything from you and I actually NEEDED YOU and the judgment obtained in 1998. **I NEEDED YOUR HELP. I was not trying to run away. I was running directly towards** you and to show you your mistakes and incorrect balance. I tried to do things legally and correctly the way America asks us to do and not to resort to violence. Your Justice Department then tried to destroy me and treat me as being a guilty.

Well guess what  United States?  I didn't forge documents, create false documents or lie to anyone. **YOU DID**.


I will again ask the defendants my earlier question, "if you don't know what happened here, and is still occurring – because you have never known the correct balance, and then attempted to create documents to MAKE a "correct balance",  then how do you rush for summary judgment in advance of knowing and seeing the evidence and correct balance – that you have never known??"   If I am wrong , and you already had this evidence /knowledge – then simply provide via  valid  receipts for all the incorrect credit balances and missing  loan documents.  We all know that defendants  cannot perform this request and have  always treated me as the guilty party.


## Did you think I was going to pay for loans that did not have the correct balance?

A balance that kept changing as if on a rollercoaster. I would have been throwing tens of thousands of dollars away.  I am not able to waste money like that.

My home is valued at $480,000. I have over $200,000 of equity in it. Your action of obtaining a $69,000 summary judgment was clearly wrong and inappropriate as I have described.  To get you out of my life, I was going to refinance my home and pay moneys that I knew I didn't owe and in a case that I knew wasn't right. Just to get the Dept of Education, the Justice Dept and the United States out of my life because of stupid stuff, intentional deceptions and now numerous inaccuracies that had been placed on my credit report and for years.   That letter of subordination not arriving was **the final straw**

(attachment 9 & 10). I knew that I was innocent all along and I was actually backing
down because I didn't want more games or harassment from the United States.

Now, I will not back down to the United States. I'll let a jury decide who is
correct. Your arrogance at the status hearing of April 18 and statements of filing
"summary judgment... no settlement" will be your undoing as I am now not interested in
a settlement either and based on the evidence that I do have, I do not have to settle for
anything and my demand for jury trial is quite viable. I will not accept that letter of
subordination  from December 2002 and certainly not after all that you have done to me.
It would be too little, too late.

It now cost me more to live in that house, or to live at all for that matter,
because of your nonsense. We are trapped here and cannot move away. I am not running
and have now turned to fight. So be it, and it will now cost you more and in a lawsuit.
With the review of this document,  I am now certain that you now understand what this
case is about.

This case is now larger than me. Having access to a credit reporting machine is as
having access to a weapon that can harm. In my case, it does harm.

### XXVI. THE DOOR OPENED – for the responsible use of credit reporting
### devices
### AKA: GUN CONTROL

If defendants can think **outside the box**, and the Court performing
**inside the rules**, credit reporting devices can place someone in electronic chains of
which you are imprisoned, certainly harmed and potentially destroyed. Even though you
can walk freely about, you are struggling internally and financially to exist. An extreme

51

amount of personal and financial damage can/ will be done to an individual who is at the

receiving end of its destruction.    As so many millions of Americans live in fear of "their

credit being ruined" – or "credit is ruined", as with Avery's case in Minnesota – its sends

a **message that there will be repercussions for the irresponsible use of credit**

**reporting devices** and credit reporters shall be accurate in their reporting to credit

bureaus or risk being held accountable for their actions. Furthermore, I don't mean to

infer that if an account is incorrect by $100.00 – that this implies a major lawsuit.  I am

however talking about difference and discrepancies where thousands of dollars severely

impacts on someone credit report and in a derogatory manner – where a defendant does

not provide/ obtain the correct balance and after being request to do so.  Defendants will

not so recklessly use those machines – if there is accountability.


Most Americans do not have these credit reporting machines, nor access to them.

With these machines, if someone places incorrect information at the credit bureau, and

maintains such and even when the customer ask for correction – then why should

innocent people have to suffer for your mistakes?


## XXVII. TO ILLUSTRATE TO THE COURT – I MUST GO THERE
### The ugly side of "no credit"

Falsely and unable to obtain credit,  GOOD  PEOPLE  have suffered depression,

illness, lost opportunities, lost income, and seen  personal and business relationships

destroyed. Others may have chosen to perform crimes that they would not normally have

committed because they were unable to obtain credit – certainly to include stealing,

52

robbery, identity theft, hiding, lying on credit applications and killing.  People with good credit have found themselves attacked, personal information stolen, robbed or in some way injured by desperate "no credit" criminals.


### THERE IS RESPONSIBILITY FOR ERRONEOUS CREDIT REPORTING -

and by the government. CASE CITATION became available to the plaintiff when the state of Minnesota provided a letter of apology and financial settlement - for these same acts as now committed by the United States.  Plaintiff now has available - case citation of a successful case and against a government.  Plaintiffs will be citing that case – which withstood similar immunity challenges.


### XXVIII. THIS JUST IN.  CREATION OF ATTACHMENT 17

Today, Saturday May 6,  I received a new invoice from the Dept. of Justice, dated May 4, 2006.  I now have a new balance of $101,678.11.

I no longer even try to pay this bill because neither the amount, nor the balance is correct; Think this thru: In attachment 1, in February 1999, the Justice Department set the amount I owe as being $**67,088.75**.  In attachment 8, in March 2001, I did voluntary payment through the Justice Department's  E-Z pay program and for over a year at  $550.00 x 12 months =**$6,600**.  Attorney Fred Haynes garnished my bank accounts in 2004  - and took **$6,149.49**. That figure is written on the document  as "last payment amount".  It also says that I am being charged an annual interest rate of 7.5%


However, since the summary  judgment of February 1999, **I have paid over $12,749.00.**

53

Now explain to me how interest and principal on May 4, 2006 is $101,678.11.

The interest over six years later has been $34,589.33. The interest over six years is nearly 50% of the original judgment amount, if I did not make any payments that would be approximately the correct amount.

But I did make payments of $12,749.00 - and it appears not have been credited towards the principal. This new balance when you look at the added interest rate, does not reflect those payments.

Pull out your calculator

$67,088.75 at 7.5% has an annual interest rate of $5,031.44

In six years that $5,031.65 would equal $30,188.65 – IF I DIDN'T MAKE A SINGLE PAYMENT

Now add $30,189.00 (interest 6 years) + $67,088.75 (original judgment) = **$97,277.40**

Do I have your attention now. $97,277.40 – that's **if I had not made a single payment**.

So now tell me how my bill as of today is **$101,678.11.** Anyone see a problem?

Next I made payments of **$12,749.00** - I got **no credit for it and the money has vanished**.

I can't afford to just throw that type of money away – and that is why I again would not make a payment – my balance is/has always been incorrect – **for All of my professional life and career.    I decided to expose the defendant(s) rather than to just keep**

54

tolerating it. Ironically, this balance 6 years later is still <u>lower that balances</u> that were placed <u>on my credit report</u> and years earlier – when I could have obtained a mortgage refinance, or second mortgage to pay it off – even though that was not the correct balance either.

So where did my extra $12,000 go ? I'll answer it, with the submission of a document I have in my possession and from D.C.S. Collection Services. Turn to the second page in attachment 17, and see the truth. The United States turned my account over to D.C. S. Collection agency, located in Pleasanton, California. The United States doesn't tell this to the court and D.C.S. Collection Services started sending mail to me. Turn to page 3 and as of 1/11/05 you see my complete total balance due as $74,388.62

Some is still double talking and incorrect here. As of May 4, 2006 didn't the Justice Department say that I owe $101,678.11 ??

So from January 11, 2005 to May 4, 2006, a total of 15 months, my student loan balance has increased : 101,678.11 – 74,388.72 = <u>$27,289.39 added in $15 months</u>


<u>Another example of one hand not knowing what the other was doing.</u>

Defendants have been completely out of control and with incorrect balances.

It should be little wonder as to why I filed this lawsuit. Furthermore, these documents are dated 2005 and 2006, so defendants cannot assert a statute of limitations.


Respectfully Submitted to the Court,

Dr. William Avery

Dr. William Avery


55

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document entitled, Supplemental Information To Explain Lawsuit, was served on the 8th day of May, 2006 via first class mail, postage paid, upon:

Kenneth L. Wainstein
United States Attorney

Rudolph Contreras
Assistant United States Attorney

Fred E. Hayes
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201

Attorneys for Plaintiff

By authorization
Dr. William Avery, plaintiff pro se
4244 Benning Road, N.E.
Washington, D.C. 20019
(202) 388-1575