ATTACHMENTS

1) Justice Department, August 9, 2000. Judgment amount $67,088.85

2) Repayment Obligation, Student Loan Servicing Center, Harrisburg, Pa.

3) University of Pittsburgh, Bursars Office, postmarked October 16, 2000, Financial statement & student account of plaintiff, William Avery

4) Stipulation for Voluntary Dismissal, attorneys for PHEAA, August 15, 1994

5) CBI credit bureau, 11/15/88 removed PHEAA from credit profile

6) April 15, 1989 letter from Avery to PHEAA, problem with student account

7) October 2, 2002, letter from attorney Constance Foster, Dept. Of Health and Human Services Re: Tort Claim, lost exhibits

8) April 5, 2002, letter from Avery to Dept. of Justice terminating voluntary monthly payments, due to inaction by government

9) December 17, 2002, Letter from Avery to attorney Constance Foster, and reintroducing attachment 3 from University of Pittsburgh Bursars Office

10) Feb 14, 2003 Letter to atty. Fred Haynes, Constance Foster, Patricia Gilbert Re: Signing Personal Financial Statement for the government.

11) Avery vs. the Hennepin County, Minnesota, apology from state, award, August 2002

12) Dental information, different scholarships, grants, minority representation below national average

13) January 8, 1998, Letter from Avery to Mr. Whitehead, Univ. of Pittsburgh

14) January 13, 1999, letter from Avery to Mr. Whitehead, Univ. of Pittsburgh

15) Dental insurance sanctions as initiated by the defendant(s) and cancellation of Dr. Avery as dental provider

16) CREDIT REPORTS AND INACCURACIES REPORTED BY DEFENDANTS

A) 1/7/97  Health Resources $47,000, BALANCE $57,000 +Educ not listed = $56,000

B) January 31, 1997, Health Resources, account updated to report as PAID

C) 4/25/97 Health resources $56,000 + $38,000 balance $50,000= $106,000

D) 8/7/97, Health Resources, $83,000, balance $59,000 + $38,000 Educ = $97,000
   Avery NEVER made a payment of $24,000

E) 3/20/98: Equifax Health Resources: creditor has verified as correct
   Health Resources now $82,682 + $38.155 Educ = $120,837

F) 5/7/98 list : $62, 600  Health Resources + $38,155  Educ.= $100,755

G) 5/5/99  Health Resources $82,682, PAST DUE $62,660, - $20,000 payment
   never made by Avery.  + 38,155 Educ = $100,755

**Notice that Attachment 1, Summary Judgment Feb. 17, 1999 states <u>$67,08.85</u>**

**1996 Credit Reports**

H) 10/18/96  Dept of Educ: $38,000 + Dept. HHS not listing =  $38,000

I) 7/30/96  Dept of HHS: $53,526 +$38,155 Educ =$91,681

J) 11/21/96  Dept HHS  $53,526 + $38,155 Educ = $91,681

    Not correct balance – where is interest from 7/96 -11/96

K) 12/3/96  Health resources $56, 000 + $48,000 (past due $38,000)= $104,000

    Plaintiff NEVER made payment of $10,000

L) 12/18.96  Health Resources: $47,000 , high balance 56,000 + Educ 0 = $56,000

**1999**

M)   March 29, 1999 Plaintiff serves Judgment of  February 17, 1999 (attachment 1) on the credit bureaus and student loan accounts with incorrect balances are now deleted.   Victory and 12 years to late.

17) Invoice from U.S. Department of Justice, dated May 4, 2006, new balance of $101.678.11, again incorrect

59