

U.S. Department of Justice

United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

August 9, 2000

Avery K. Williams, D.M.D.
1217 Golf Course Drive
Bowie, Maryland 20721

    Re: *United States v. Avery K. Williams, D.M.D.*
       Civil Action No. 97-2050(AER)
       Claim No. C-58771

Dear Dr. Avery:

    On February 17, 1999, a judgment was entered against you in the United States District Court in the amount of $65,294.59 in principal and $1,794.96 in interest, totaling the judgment of $67,088.85. In June of 1999, you spoke to one of the agents here in our office and stated that you could pay $200.00 a month and forward a $600.00 payment in July of 1999. To date we not have received any payments toward the balance of this debt. At present your balance is $66,214.00 of which interest is accruing on a daily basis. Dr. Beck you are now in default of the judgment entered against you. You must now pay the balance in full within ten (10) days of receipt of this letter.

    Failure to make any one payment constitutes the violation of a court order, for which he may be subject to sanctions, including but not limited to fines or arrest on a civil attachment for contempt. Therefore, it is imperative that you have him send in the outstanding balance within ten (10) days to and payment to:

                    Department of Justice
                    Central Intake Facility
                    P.O. Box 198558
                    Atlanta, Georgia 30384



EXHIBIT 2