6753W/
601R SLSC 6/88

# REPAYMENT OBLIGATION

**STUDENT LOAN SERVICING CENTER**
P.O. BOX 2461
HARRISBURG, PA 17105

94

ACCOUNT NO: 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 PA

WILLIAM K. AVERY
4244 BENNING ROAD NE
WASHINGTON, DC 20019

FOR THE VALUE RECEIVED, I PROMISE TO PAY THE ORDER OF THE
STUDENT LOAN MARKETING ASSOCIATION
(THE "LENDER"), AT THE ADDRESS PRINTED ABOVE, THE PRINCIPAL SUM OF
TWENTY NINE THOUSAND ONE HUNDRED FOUR AND 76/100 ✿✿✿✿✿✿✿✿✿✿✿✿✿✿ DOLLARS
($✿29,104.76) ✿✿✿✿✿✿✿✿✿✿✿✿✿✿✿✿✿✿✿✿ % per annum in accordance with the repayment schedule set forth below. If I fail to
in United States currency with daily simple interest thereon at the rate of 9.00 % per annum in accordance with the repayment schedule set forth below. If I fail to pay any of these amounts when they are due, I will also pay all charges and other costs - including reasonable attorney fees - that are permitted by law and that are necessary for the collection of these amounts. I also agree to pay all amounts (including interest) outstanding on my student loan(s) which are unpaid as of the date the repayment period begins or resumes. This document incorporates the repayment obligation(s) under original Promissory Note(s) pertaining to the loans listed below. I understand that my obligation is subject to the terms and conditions of such Promissory Note(s), each of which is still in effect in accordance with its terms. The liability of any Endorser(s) on such Promissory Note(s) is not released.

## LOANS TO WHICH THIS REPAYMENT OBLIGATION IS APPLICABLE

| LOAN DATE | LOAN AMOUNT | GUARANTOR | LOAN DATE | LOAN AMOUNT | GUARANTOR |
|---|---|---|---|---|---|
| 09/23/82 | 10,685.64 | PHEAA | 08/29/84 | 5,262.61 | PHEAA |
| 06/02/86 | 5,262.61 | PHEAA | 09/30/86 | 2,631.30 | PHEAA |
| 12/09/86 | 2,631.30 | PHEAA | 06/01/87 | 2,631.30 | PHEAA |

I understand that installment... may be deferred if I qualify for one of the deferment conditions listed on the Statements of Rights and Responsibilities printed on the reverse side of this form. I ... proper documentation to the Lender to support any deferment status.
I further agree to observe applic... relating to the loan(s) and to inform the Lender promptly in writing of any changes occurring in my home address or changes affecting my eligibility for a deferment. I als... the Lender promptly in writing of any change in the address of any Endorser(s) on my Promissory Note(s). All payments and other correspondence are to be sent to t... vicer named above. I hereby authorize the Lender to obtain enrollment and address information from any of the schools in which I a... accepted for enrollment, am enrolled ... or was enrolled.
I understand that the acceptance by the Lender of any delinquent installment(s) shall not constitute a waiver of any of the rights of the Lender. Should there be a failure to ... any installment payment hereunder when due, the unpaid balance shall become immediately due and payable at the option of the Lender.
I understand that consolidation or refinancing options may be available for GSLP and other educational loan programs. For further information, I should contact the servicer above.
**PREPAYMENT:** If I pay off all or part of this obligation early, I will not have to pay a penalty.
**LATE CHARGE:** If a payment is late by more than 10 days, I may be subject to a late charge of $5.00 or 5% of the payment, whichever is less.
**INSURANCE:** I may be charged an insurance premium during repayment. I should refer to my Promissory Note(s) for further information.

| NO. OF PAYMENTS | AMOUNT OF PAYMENTS | DUE MONTHLY BEGINNING | NO. OF PAYMENTS | AMOUNT OF PAYMENTS | DUE MONTHLY BEGINNING | | AMOUNT TO BE PAID |
|---|---|---|---|---|---|---|---|
| 118 | ✿389.52 | 3/25/89 | 1 | ✿388.57 | 1/25/99 | 1 Unpaid Principal Balance | 29,104.76 |
| | | | | | | 2 Plus Accrued Unpaid Interest Capitalized | 0.00 |
| | | | | | | 3 Equals Principal Amount To Be Paid | 29,104.76 |
| | | | | | | 4 Plus Accrued Unpaid Interest Not Capitalized | 0.00 |
| | | | | | | 5 Plus Projected Interest To Be Paid During Repayment | 17,247.17 |
| | | | | | | 6 Equals Projected Total Amount To Be Paid | 46,351.93 |

03/01/89

**DATE REPAYMENT PERIOD BEGINS OR RESUMES**
*All payments for the repayment period are due on the same day of the month as the initial payment. If a payment is not made as scheduled (e.g. if I am late in making a payment or if I am entitled to a deferment) or if under applicable law, payments should have commenced on a date other than as listed in the repayment schedule the lender will adjust the repayment schedule and if permitted by law may capitalize unpaid accrued interest.

**CAVEAT**
The information disclosed above is based on the assumption that as of the date the first payment is due under the repayment schedule all payments due prior to such date will have been made as scheduled. The Lender will not collect or attempt to collect from me any portion of the interest due hereunder which is payable by the United States Secretary of Education. This repayment obligation will be interpreted according to Federal Law (20 USC 1071 to 1087-4) and Regulations (34 CFR 682 and 683) applicable state law and regulations governing the Guaranteed Student Loan Program and the terms of the Promissory Note(s) which I have signed.

_____   _____
SIGNATURE OF BORROWER            DATE