

William Avery
4244 Benning Road NE
Washington DC 20019

University of Pittsburgh

Pittsburgh, Pennsylvania 15260

Forwarding and
Address Correction Requested




AVERY W.K. 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    07-08-82 0170 831004    270T GRD TUIT AT TERM RATE FOR 00CR    5550.00

05-04-83 1183 067001 302 ACADEMIC PAYMENT ON ACCOUNT    799.00    .00

TERM 83-3    5550.00 08-03

REPORT NO SA047B    HIST 09    FISCAL 83/84 #3
FICHE NO 000.68T-E-08

UNIVERSITY OF PITTSBURGH
STUDENT ACCOUNTS RECEIVABLE LEDGERS

RUN DATE 03/29/84
EFFECTIVE DATE 03/29/84

***CONT*** GENERAL DATA

AVERY W.K. 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

| BATCH DTE | JRNL | BATCH | TRAN | DESCRIPTION | AWD CHARGES | PAYMENTS | BALANCE | DUE |
|---|---|---|---|---|---|---|---|---|
| 08-23-82 | 0293 | 108003 | 367T | GRAD/PROF ACTV FEE | 2.00 | | 5552.00 | 08-03 |
| 08-30-82 | 0284 | 242029 | 377T | STUDENT HEALTH EXP | 30.00 | | 5582.00 | 03-05 |
| 08-31-82 | 0284 | 243021 | .34 | MIN DENTAL AWARD | | 5600.00 | 18.00CR | |
| 09-24-82 | 0383 | 016911 | .01 | TUIT DEFERRAL 102582 | | | 5607.00CR | |
| | 0383 | 016911 | 006 | ACAD LATE PAYMENT FEE | 25.00 | | 7.00 | |
| | 0384 | 267007 | 461 | GUAR STUDENT LOAN PAYMENT | | 4645.84 | 4638.84CR | |
| 09-27-82 | 0350 | 270997 | 462 | CASH REFUND | | 200.00DB | 4438.84CR | |
| 10-07-82 | 0484 | 280029 | 466 | STUDENT REFUND-VOUCHER#0333358 | | 4438.84DB | .00 | |
| | | | 467 | DENTAL INSTR RENTAL FEE | 100.00 | | 100.00 | |
| | | | 468 | DENTAL INSTR KIT | 3378.46 | | 3478.46 | |
| 02-07-83 | 0884 | 038018R | 461 | PA SALES TAX | 202.71 | | 3681.17 | |
| | 0893 | 442001 | 501 | CASH REFUND | | 18.83DB | 3700.00 | |
| | | | | REFUNDBL SCHLRSHP 207170603 | 3700.00 | | .00 | |

TERM 83-1

| BATCH DTE | JRNL | BATCH | TRAN | DESCRIPTION | AWD CHARGES | PAYMENTS | BALANCE | DUE |
|---|---|---|---|---|---|---|---|---|
| 11-09-82 | 0570 | 832003 | 270T | GRD TUIT AT TERM RATE FOR 00CR | 5550.00 | | 5550.00 | 12-07 |
| | | | 367T | GRAD/PROF ACTV FEE | 2.00 | | 5552.00 | 12-07 |
| | | | 374T | STUDENT HEALTH EXP | 30.00 | | 5582.00 | 12-07 |
| 11-22-82 | 0595 | 285004 | 734 | MIN DENTAL AWARD | | 5600.00 | 18.00CR | |
| 02-07-83 | 0884 | 038018 | 461 | CASH REFUND | | 18.00DB | .00 | |
| 03-18-83 | 0983 | 055404 | 006 | GUAR STUDENT LOAN PAYMENT | | 2870.40 | 2870.40CR | |
| | 0984 | 077016 | 461 | CASH REFUND | | 200.00DB | 2670.40CR | |
| 03-21-83 | 0950 | 080944 | 462 | STUDENT REFUND-VOUCHER#093093 | | 2670.40DB | .00 | |

TERM 83-2

| BATCH DTE | JRNL | BATCH | TRAN | DESCRIPTION | AWD CHARGES | PAYMENTS | BALANCE | DUE |
|---|---|---|---|---|---|---|---|---|
| 03-21-83 | 0970 | 653007 | 270T | GRD TUIT AT TERM RATE FOR 00CR | 100.00 | | 100.00 | 04-07 |
| | | | 367T | GRAD/PROF ACTV FEE | 1.00 | | 101.00 | 04-07 |
| | | | 374T | STUDENT HEALTH EXP | 15.00 | | 116.00 | 04-07 |
| 05-17-83 | 1174 | 833045 | 291T | GRD REGISTR & TUIT CANCLD 00CR | 100.00CR | | 16.00 | |
| | | | 367T | GRAD/PROF ACTV FEE CREDIT | 1.00CR | | 15.00 | |
| | | | 374T | STUDENT HEALTH EXP CREDIT | 15.00CR | | .00 | |
| | 1184 | 999999 | 396 | CANCELLATION FEE | 50.00 | | 50.00 | 06-01 |
| 06-22-83 | 1283 | 079209 | 006 | GUAR STUDENT LOAN PAYMENT | | 7686.67 | 7636.67CR | |
| | 1284 | 173004 | 461 | CASH REFUND | | 200.00DB | 7436.67CR | |
| 06-23-83 | 1250 | 174969 | 462 | STUDENT REFUND-VOUCHER#1231697 | | 7220.67DB | 216.00CR | |
| 06-27-83 | 1284 | 178038 | 388 | REINSTATEMENT FEE | 100.00 | | 116.00CR | |
| 06-28-83 | 1270 | 833060 | 270T | GRD TUIT AT TERM RATE FOR 00CR | 100.00 | | 16.00CR | |
| | | | 367T | GRAD/PROF ACTV FEE | 1.00 | | 15.00CR | |
| | | | 374T | STUDENT HEALTH EXP | 15.00 | | .00 | 07-19 |

TERM 83-3

HIST
| | | | | |
|---|---|---|---|---|
| 83-1 | 500-A | CS | CO | CR FTT |
| 83-2 | 500-A | OS | OJ | CR FTT |
| 83-3 | 500-A | OS | OO | CR FTT |

SUMMARY:    ACCT BAL    $.00

2/5

ITEM 04-4 ........

| | | | | | ACCOUNT BALANCE | .00 |

AVERY          W.K.   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

| Date | Voucher | | Code | Description | Amount | Balance | |
|---|---|---|---|---|---|---|---|
| 83-3 | HIST | 681-D-08 | | | | | |
| 84-1 | 500-A | OS 00 CR FTT | | | | | |
| 84-2 | 500-A | OS 00 CR FTT | | | | | |
| 84-3 | 500-A | OS 00 CR FTT | | | | | |
| SUMMARY: | ACCT BAL | $.00 | | | | | |
| 07-21-83 | 0170 | 841308 | 270T | GRD TUIT AT TERM RATE FOR 00CR | 6255.00 | 6255.00 | 08-17 |
| | | | 367T | GRAD/PROF ACTV FEE | 2.00 | 6257.00 | 08-17 |
| | | | 374T | STUDENT HEALTH EXP | 30.00 | 6287.00 | 08-17 |
| 08-24-83 | 0284 | 236031 | 874A | TUIT DEFERRAL 102383 | | 6287.00CR | |
| 08-25-83 | 0284 | 237007 | 401 | LATE PAYMENT | 25.00 | 6312.00 | |
| 09-21-83 | 0393 | 151006 | 734 | MIN DENTAL AWARD | .00 | | |
| 09-23-83 | 0383 | 015501 | 006 | GUAR STUDENT LOAN PAYMENT | 6305.00 | 7.00 | |
| | 0384 | 266016 | 461 | CASH REFUND | 4664.58 | 4657.58CR | |
| 09-26-83 | 0350 | 269988 | 462 | STUDENT REFUND-VOUCHER#0333014 | 200.00DB | 4457.58CR | |
| | | | | TERM 84-1 | 4457.58DB | .00 | |
| 11-23-83 | 0570 | 842009 | 270T | GRD TUIT AT TERM RATE FOR 00CR | 6255.00 | 6255.00 | 12-15 |
| | | | 367T | GRAD/PROF ACTV FEE | 2.00 | 6257.00 | 12-15 |
| | | | 374T | STUDENT HEALTH EXP | 30.00 | 6287.00 | 12-15 |
| 12-19-83 | 0693 | 304004 | 734 | MIN DENTAL AWARD | .00 | 18.00CR | |
| | 0684 | 353007 | 461 | CASH REFUND | 6305.00 | | |
| | | | | TERM 84-2 | 18.00DB | .00 | |
| 04-19-84 | 1070 | 843023 | 270T | GRD TUIT AT TERM RATE FOR 00CR | 100.00 | 100.00 | 05-09 |
| | | | 367T | GRAD/PROF ACTV FEE | 1.00 | 101.00 | 05-09 |
| 05-10-84 | 1184 | 131028 | 374T | STUDENT HEALTH EXP | 15.00 | 116.00 | 05-09 |
| | 1193 | 640002 | 501 | REFUNDBL SCHLRSHP 207170603 | 200.00DB | 316.00 | |
| 05-11-84 | 1150 | 132938 | 462 | STUDENT REFUND-VOUCHER#1130385 | 200.00CB | 200.00CR | |
| | | | | TERM 84-3 | 200.00CB | .30 | |

| | | | | | ACCOUNT BALANCE | .00 |

```
AVERY      M.K.  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

84-3  HIST  756-L-06
85-1  500-A  OS   00 CR  FIT
85-2  500-A  OS   00 CR  FIT
85-3  500-A  OS   00 CR  FIT

SUMMARY:  ACCT BAL      $.00
```

| Date | Code | Ref | Description | | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| 06-29-84 | 0170 | 851004 | 270T | GRD TUIT AT TERM RATE FOR OOCR | 6885.00 | 6885.00 |
| | | | 367T | GRAD/PROF ACTIV FEE | 5.00 | 6890.00 |
| | | | 374T | STUDENT HEALTH EXP | 30.00 | 6920.00 |
| 08-01-84 | 0294 | 214030 | 874A | TUIT DEFERRAL 083184 | | 6920.000- |
| 08-06-84 | 0293 | 092006 | 734 | MIN DENTAL AWARD | 6935.00 | 15.000- |
| 08-30-84 | 0283 | 015430 | 006 | GUAR STUDENT LOAN PAYMENT | 4652.50 | 4677.500- |
| 08-31-84 | 0250 | 244973 | 462 | STUDENT REFUND-VOUCHER#0231852 | 4677.500- | .00 |
| 10-17-84 | 0493 | 261001 | 501 | REFUNDBL SCHLRSHP 207170603 | 1364.00 | 1364.000- |
| | | | 461 | CASH REFUND | 200.000- | 1164.000- |
| 10-18-84 | 0484 | 291006 | 462 | STUDENT REFUND-VOUCHER#0431417 | 1164.000- | .00 |
| 11-06-84 | 0583 | 030105 | 006 | GUAR STUDENT LOAN PAYMENT | 3929.75 | 3929.750- |
| 11-07-84 | 0550 | 312942 | 462 | STUDENT REFUND-VOUCHER#0530575 | 3929.750- | .00 |
| | | | | TERM 85-1 | | .00 |
| 11-21-84 | 0570 | 852009 | 270T | GRD TUIT AT TERM RATE FOR OOCR | 6885.00 | 6885.00 |
| | | | 367T | GRAD/PROF ACTIV FEE | 5.00 | 6890.00 |
| | | | 374T | STUDENT HEALTH EXP | 30.00 | 6920.00 |
| 01-16-85 | 0793 | 450002 | 734 | MIN DENTAL AWARD | 6935.00 | 15.000- |
| 01-17-85 | 0784 | 017015 | 401 | LATE PAYMENT | 25.00 | 10.00 |
| 09-11-85 | 0383 | 017115 | 001 | PAYMENT ON ACCOUNT | 10.00 | .00 |
| | | | | TERM 85-2 | | .00 |
| 04-23-85 | 1070 | 853025 | 270T | GRD TUIT AT TERM RATE FOR OOCR | 100.00 | 100.00 |
| | | | 367T | GRAD/PROF ACTIV FEE | 2.00 | 102.00 |
| | | | 374T | STUDENT HEALTH EXP | 15.00 | 117.00 |
| 05-09-85 | 1184 | 129025 | 874A | TUIT DEFERRAL 062085 | | 117.000- |
| 09-11-85 | 0383 | 017115 | 001 | PAYMENT ON ACCOUNT | 17.00 | 100.00 |
| | | 0393 | 171005 | 734 | MIN DENTAL AWARD | 100.00 | .00 |
| | | | | TERM 85-3 | | .00 |

ACCOUNT BALANCE ........      .00

REPORT NO SA0478    HIST 72  FISCAL 86-87 #3    UNIVERSITY OF PITTSBURGH
FICHE NO 000.908-1-02                STUDENT ACCOUNTS RECEIVABLE LEDGERS                                    EFFECTIVE DATE 06/31/97

GENERAL DATA

AVERY        W.K.   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

85-3   HIST   852-J-05
86-1   500-A   0S   .00 CR  FTT
86-2   500-A   0S   .00 CR  FTT
86-3   500-A   0S   .00 CR  FTT

SUMMARY:   ACCT BAL      $.00

| BATCH DTE | JRNL | BATCH | TRAN | DESCRIPTION | AWD | CHARGES | PAYMENTS | BALANCE | DUE |
|---|---|---|---|---|---|---|---|---|---|
| 07-09-85 | 0170 | 861004 | 2701 | GRD TUIT AT TERM RATE FOR 00CR | | 7655.00 | | 7655.00 | 08-05 |
| | | | 3671 | GRAD/PROF ACTV FEE | | 5.00 | | 5.00 | 08-05 |
| | | | 3741 | STUDENT HEALTH EXP | | 36.00 | | 7696.00 | 08-05 |
| 09-11-85 | 0383 | 017115 | 001 | PAYMENT ON ACCOUNT | | | 5.00 | 7655.00 | |
| | 0393 | 171005 | 734 | MIN DENTAL AWARD | | | 7655.00 | .00 | |
| | | | | | | | TERM 86-1 | | |
| 11-21-85 | 0570 | 862009 | 2701 | GRD TUIT AT TERM RATE FOR 00CR | | 7655.00 | | 7655.00 | 12-16 |
| | | | 3671 | GRAD/PROF ACTV FEE | | 5.00 | | 7660.00 | 12-16 |
| | | | 3741 | STUDENT HEALTH EXP | | 36.00 | | 7696.00 | 12-16 |
| 01-14-86 | 0783 | 039322 | 001 | PAYMENT ON ACCOUNT | | | 41.00 | 7655.00 | |
| | 0793 | 393001 | 724 | MIN DENTAL AWARD | | | 7655.00 | .00 | |
| 03-21-86 | 0984 | 080014 | 461 | CASH REFUND | | | 200.00DB | 200.00 | |
| | 0993 | 549001 | 734 | MIN DENTAL AWARD | | | 5000.00 | 4800.00CR | |
| 03-24-86 | 0950 | 083948 | 462 | STUDENT REFUND-VOUCHER#0930705 | | | 4800.00DB | .00 | |
| 06-05-86 | 1283 | 073405 | 006 | GUAR STUDENT LOAN PAYMENT | | | 4679.00 | 4679.00CR | |
| 06-04-86 | 1250 | 155932 | 462 | STUDENT REFUND-VOUCHER#1230037 | | | 4679.00DB | .00 | |
| | | | | | | | TERM 86-2 | | |
| 04-17-86 | 1970 | 855025 | 2701 | GRD TUIT AT TERM RATE FOR 00CR | | 100.00 | | 100.00 | 05-01 |
| | | | 3671 | GRAD/PROF ACTV FEE | | 2.00 | | 102.00 | 05-01 |
| | | | 3741 | STUDENT HEALTH EXP | | 18.00 | | 120.00 | 05-01 |
| 05-02-86 | 1183 | 065708 | 001 | PAYMENT ON ACCOUNT | | | 20.00 | 100.00 | |
| | 1193 | 657001 | 734 | MIN DENTAL AWARD | | | 100.00 | .00 | |
| | | | | | | | TERM 86-3 | | |

ACCOUNT BALANCE                              .00

5/5

ACCOUNT BALANCE

| Date | | | Description | Amount |
|---|---|---|---|---|
| 07-10-86 0170 871005 | 2701 | GRD TUIT AT TERM RATE FOR OTCR | 8175. |
| | 3671 | GRAD/PROF ACTIV FEE | 5.00 |
| 08-06-86 0293 071003 | 3741 | HEALTH SERVICE FEE | 35.00 |
| | 734 | MIN DENTAL AWARD | |
| 09-10-86 0378 999991 | 734 | MIN DENTAL AWARD | |
| 10-13-86 0483 020102 | 981 | TUITION DEFERRED INC TRANSFER | |
| | 006 | GUAR STUDENT LOAN PAYMENT | |
| | 0484 286020 | 461 | CASH REFUND | |
| 12-14-86 0450 287955 | 462 | STUDENT REFUND-VOUCHER#9 31241 | |
| | | | TERM 87-1 | |
| 12-03-86 0670 872015 | 2701 | GRD TUIT AT TERM RATE FOR GOLR | 8175.00 |
| | 3671 | GRAD/PROF ACTIV FEE | 5.00 |
| | 3741 | HEALTH SERVICE FEE | 36.00 |
| 12-19-86 0693 540005 | 734 | MIN DENTAL AWARD | |
| 01-07-87 0783 055654 | 006 | GUAR STUDENT LOAN PAYMENT | |
| 01-02-87 0784 008034 | 461 | CASH REFUND | |
| 01-09-87 0750 009945 | 462 | STUDENT REFUND-VOUCHER#0730873 | |
| 02-25-87 0883 078207 | 006 | GUAR STUDENT LOAN PAYMENT | |
| 02-26-87 0850 057963 | 462 | STUDENT REFUND-VOUCHER#0831298 | |
| | | | TERM 87-2 | |
| 05-04-87 1170 873040 | 2701 | GRD TUIT AT TERM RATE FOR OOCR | 100.00 |
| | 3671 | GRAD/PROF ACTIV FEE | 2.00 |
| | 3741 | HEALTH SERVICE FEE | 18.00 |
| 05-27-87 1193 025001 | 734 | MIN DENTAL AWARD | |
| 06-10-87 1283 106008 | 006 | GUAR STUDENT LOAN PAYMENT | |
| | 1264 161021 | 461 | CASH REFUND | |
| 06-15-87 1250 166955 | 462 | STUDENT REFUND-VOUCHER#1231362 | |
| | | | TERM 87-3 | |

ACCOUNT BALANCE



ACCOUNT BALANCE

| Date | | | Code | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| 07-10-86 | 0170 | 871005 | 2701 | GRD TUIT AT TERM RATE FOR 03CR | 8175.00 | 8175.00 |
| | | | 367T | GRAD/PROF ACTIV FEE | 5.00 | 8180.00 |
| | | | 374T | HEALTH SERVICE FEE | 36.00 | 8216.00 |
| 08-06-86 | 0293 | 071003 | 734 | MIN DENTAL AWARD | 41.00 | 8175.00 |
| | | | 734 | MIN DENTAL AWARD | 8175.00 | .00 |
| 09-10-86 | 0378 | 999991 | 981 | TUITION DEFERRED INC TRANSFER | | |
| 10-13-86 | 0483 | 020102 | 006 | GUAR STUDENT LOAN PAYMENT | | 2345.75 |
| | 0484 | 286020 | 461 | CASH REFUND | | 200.00DB |
| 10-14-86 | 0450 | 287955 | 462 | STUDENT REFUND-VOUCHER#0431241 | | 2145.75DB |
| | | | | TERM 87-1 | | .00 |
| 12-03-86 | 0670 | 872015 | 2701 | GRD TUIT AT TERM RATE FOR 00CR | 8175.00 | 8175.00 |
| | | | 367T | GRAD/PROF ACTIV FEE | 5.00 | 8180.00 |
| | | | 374T | HEALTH SERVICE FEE | 36.00 | 8216.00 |
| 12-19-86 | 0693 | 540005 | 734 | MIN DENTAL AWARD | 8216.00 | .00 |
| 01-07-87 | 0783 | 055654 | 006 | GUAR STUDENT LOAN PAYMENT | 2349.00 | 2349.00CR |
| 01-08-87 | 0784 | 008034 | 461 | CASH REFUND | 200.00CB | 2149.00CB |
| 01-09-87 | 0750 | 009945 | 462 | STUDENT REFUND-VOUCHER#0730833 | 2149.00CB | .00 |
| 02-25-87 | 0883 | 078607 | 006 | GUAR STUDENT LOAN PAYMENT | 2760.00CB | 2760.00DB |
| 02-26-87 | 0850 | 057963 | 462 | STUDENT REFUND-VOUCHER#083129B | 2760.00DB | .00 |
| | | | | TERM 87-2 | | |
| 05-04-87 | 1170 | 873040 | 270T | D TUIT AT TERM RATE FOR 03CR | 100.00 | 100.00 |
| | | | 367T | GRAD/PROF ACTIV FEE | 2.00 | 102.00 |
| | | | 374T | HEALTH SERVICE FEE | 18.00 | 120.00 |
| 05-27-87 | 1193 | 025001 | 734 | MIN DENTAL AWARD | 120.00 | .00 |
| 06-10-87 | 1283 | 106008 | 006 | GUAR STUDENT LOAN PAYMENT | 2367.71 | 2367.71CR |
| | 1284 | 161021 | 451 | CASH REFUND | 200.00DB | 2167.71CR |
| 06-15-87 | 1250 | 166955 | 462 | STUDENT REFUND-VOUCHER#1231362 | 2167.71DB | .00 |
| | | | | TERM 87-3 | | |

ACCOUNT BALANCE

This is Tuition