RECEIVED
Civil Clerk's Office

AUG 15 1994

Superior Court of the
District of Columbia

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

PENNSYLVANIA HIGHER
EDUCATION ASSISTANCE AGENCY
Towne House, Room 312
Harrisburg, PA 17102

    Plaintiff

v.

WILLIAM K. AVERY
4244 Benning Road, N.E.
Washington, D.C. 20019

    Defendant

WILLIAM K. AVERY
4244 Benning Road, N.E.
Washington, D.C. 20019

    Counterplaintiff

v.

PENNSYLVANIA HIGHER
EDUCATION ASSISTANCE AGENCY
Towne House, Room 312
Harrisburg, PA 17102

    Counterdefendant

Civil Action No. 001125-94
CALENDAR 7 - JUDGE DUNCAN-PETERS

Next Event Date: 9/06/94

RECEIVED
Civil Clerk's Office
AUG 12 1994
Superior Court of the
District of Columbia

## STIPULATION FOR VOLUNTARY DISMISSAL

Pennsylvania Higher Education Assistance Agency ("PHEAA") and William K. Avery ("Avery"), by and through their undersigned counsel and pursuant to Rule 41(a)(1)(ii) and (c), Superior Court Rules of Civil Procedure, hereby stipulate to the mutual voluntary dismissal without prejudice of all claims asserted by

1

PHEAA against Avery and all claims asserted by Avery against PHEAA in the above-captioned action.

PHEAA and Avery shall each bear its own respective costs and attorneys' fees incurred herein.

Respectfully submitted,

RICHMOND & GROSS
N. Calvert Street
Suite 522
Baltimore, MD 21202
(410) 685-0250

By: *[signature]*
Richard Gross, Esq.
D.C. Bar No. 237917

Attorneys for PHEAA

WILLIAMS & EOANNOU, P.C.
7315 Wisconsin Avenue
Suite 630 North
Bethesda, MD 20814
(301) 469-3940

By: *[signature]* 8/4/94
David Federbush, Esq.
D.C. Bar No. 928697

Attorneys for Avery

*Court Order*
*ITEM 2*

# WILLIAMS & EOANNOU, P.C.
Attorneys at Law
7315 Wisconsin Avenue
Suite 630, North Tower
Bethesda, Maryland 20814

Tel: 301-469-3940
Fax: 301-469-3943

David Huntington Williams (DC) (MD) (CA)
Carol Lynne Eoannou (DC) (VA)
Elizabeth M. Boyle (DC) (MD) (VA) (MS)
David Jay Federbush (DC) (MD) (FL)

Of Counsel:
Ian F. Goldsworthy, Q C
36 Essex Street
London WC2 3AS
England
011-44-71-413-0353

Washington D.C. Office
2000 L Street, Northwest
Suite 200
Washington, D.C. 20036
202-659-1360

August 15, 1994

Richard Gross, Esq.
Richmond & Gross
500 Equitable Building
Suite 522
10 N. Calvert Street
Baltimore, Maryland 21202

Re: <u>Pennsylvania Higher Education Assistance Agency v. William K. Avery</u>
Civil Action Number 001125-94

Dear Mr. Gross:

Enclosed please find a copy of the Stipulation for Voluntary Dismissal, filed today in the above referenced case.

Respectfully submitted,

Vickie Meeks

Enclosure

cc: Dr. William Avery