# CBI NOTIFICATION OF CURRENT STATUS

The following information is the result of our reinvestigation.

| SOURCE | DATE CHECKED | CURRENT STATUS / Details |
|---|---|---|
| → | 11-15-88 | PHEE/coll has not responded therefore ~~all~~ all 9 accounts has been removed. |
| CBI | | Maryland BANK reports terms on account $35. month |
| J.C. Penney | | Acct# 062 751 192 6 1   paid current / paid off / kept open |
| | | Phone # 1-800 351-2027 |

See reverse side for explanation of coded information.

Date __12-1-88__

---

I would like a copy of the updated information sent to the following credit grantors who have received information from CBI in the past.

| | | |
|---|---|---|
| Citicorp | Sovran Bank | Madison Natl Bank |
| Chemical Bank | | American Express Gold Card |
| Amoco Oil | | Signet Bank |
| Chevy Chase Mastercard | | Diners |
| Maryland Bank MBNA | | |

12-1-88

Signature __Dr William R Avery__ Date 12/3/88

Current address __4244 Benning Rd NE__
__Washington, DC. 20019__

Social Security # ▓▓▓▓▓▓

m 101069—6-80 U S.A