William K. Avery
4244 Benning Rd. N.E.
Washington, D.C. 20019

April 15, 1989


Student Loan Servicing Center
P.O. Box _____
Harrisburg, Pa. 17105 - 2461

Dear SLSC

    I believe that there has been a mistake with my account. In August of 1988 I received a letter for the graduated repayment program. I signed and returned the form.

    With this program, my payments were to be $236.71. I am trying to correct this matter before anyone thinks I am not paying my bill. This has happened to me in the past. Now I Xerox copies of letters that I send to S.L.S.C. . I have enclosed a copy of the letter I received in August 1988.

    I would appreciate any assistance that you can give on this matter before I am again sent to collection agency. This has also happened in the past.

                                       Thank you,


                                       William Avery

                                       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

---

DR. WILLIAM K. AVERY, DMD     02-89          April 16, 19 89     0290
4244 BENNING ROAD, N. E.
WASHINGTON, D.C. 20019

PAY TO THE
ORDER OF   SLSC                                    $ 236.71

Two Hundred and thirty six dollars & 71/cent   DOLLARS

SOVRAN BANK.
Sovran Bank / Maryland Bethesda, Maryland 20817
2181   graduated repayment
      program
MEMO   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                    Dr. William K. Avery

⑆055002341⑆ 75 8778 0⑆ 0290

15

STUDENT LOAN SERVICING CENTER
P. O. Box 2461
Harrisburg, Pennsylvania 17105-2461
TOLL FREE - 1-800-233-0557

September 21, 1988

William K. Avery
8271 Transit Rd
E Amherst, NY 14051

Dear Borrower:

Our records indicate that your student loan account is now over 30 days past due. This is a serious matter which requires your attention.

We urge you to bring your account up-to-date. If the delinquency persists and your account defaults, it will be assigned to the Agency which guarantees your loan. That Agency will report your default to all national credit bureaus. In addition, the guarantor may also sue you to compel repayment of your loan. If there is a co-signer on your loan, he or she may be notified of your delinquency.

The total amount now due is $737.66. This amount includes the total amount past due plus your next installment due on SEPTEMBER 10, 1988. Please pay the entire amount past due today.

If you are unable to meet your payment obligation, contact the SLSC immediately by using our toll-free number indicated above so that we can work out a solution.

If you have already sent your payments, Please disregard this notice.

Lynn Allen
Loan Servicing Correspondent

ETF:TG4
S093504385 P A

14