

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the General Counsel
General Law Division

330 Independence Avenue
Rm. 5362 Wilbur J. Cohen
Washington, DC 20201

October 2, 2002

Dr. William Avery
4244 Benning Rd., N.E.
Washington, D.C. 20019

Re:   Administrative Tort Claim of Dr. William Avery

Dear Dr. Avery:

    I am in receipt of the exhibits referenced in your tort claim. Since the documents you sent to me are your originals, I am returning them to you. I have made a copy of the documents for the administrative file. Thank you for your quick response to my request for further information.

Sincerely,

Constance L. Foster
Attorney, Litigation Branch

Enclosures

Dr. William Avery
4244 Benning Rd. N.E.
Washington, D.C. 20019

September 27, 20019

Ms. Constance Foster
(202) 619-0158  fax(202) 619-2922
Dept. of Health and Human Services
330 Independence Ave. S.W.
Room 5362 Cohen Building
Washington, D.C.  20201

Dear Ms. Foster,

    Enclosed are the exhibits that you requested this morning. Enclosed are the complete exhibits that were filed. To save time, I am sending my original copy. Please return these when you can. As there are to many pages to fax, approximately 50 pages, I am mailing them by Priority Mail and you should have them on Monday, September 30.

Thank you,

*William Avery*
Dr. William Avery

Oct-20-00 10:59A Felder & Pierre,LLC          301 220 4503                    P.02

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   General Counsel of the
   Dept. of Education
   400 Maryland Ave, SW
   Room 6E 300
   Washington, DC 20202

2. Article Number (Copy from service label)
   7000 0600 0021 8987 3485

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)    B. Date of Delivery  9/20
C. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attn: Arthur Simon
   Dept. of Health & Human S.
   Room 5A10
   Parkland Bldg
   5600 Fishers Lane
   Rockville, MD 20857

2. Article Number (Copy from service label)
   7000 0600 0021 8987 3478

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)    B. Date of Delivery
C. Signature      SEP 2 1 2000
   X
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   DHHS PARKLAWN BLDG
   5600 FISHERS LANE
   ROCKVILLE, MD 20857

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes