William Avery
4244 Benning Rd. N.E.
Washington, D.C. 20019

April 5, 2002

U.S. Attorney Office
555 Fourth St. N.W.
Judiciary Center Bldg.
Washington, D.C. 20001-2711

"E-Z Pay" Preauthorized Debit Program
Account: C-58771

Dear Department of Justice,

    Last year, at the request of the Justice Department, in March 2001, I enrolled in your "E-Z Pay" program for the monthly repayment of my student loans. I was glad to do it, to show my good faith in your program - and to keep everyone happy while my lawsuit against Dept. of Education and Health and Human Services was being addressed. My attorney filed the lawsuit in September, 2000 - of which we were told it would take the government 6 months to reply.

    It has been eighteen months, (1 1/2 years) with no response from the government. When I and my attorney call to check the status of the case, we receive no definitive answers and are told that it is still being reviewed. That is if we can get someone to speak to us or even return our numerous telephone calls.

No one has been mean to me, but we are told that, "it is still in legal,... back log of thousands of cases, .... be patient." I have been patient but I cannot keep paying $550.00 per month while I am kept waiting on the status.

    Effective immediately, I am forced to suspend monthly payments while I await a decision or response to our lawsuit. I am trying to get a response from anyone having the authority to address the status of my case. Enclosed, please find a copy of the filing of my lawsuit in September, 2000. Even a written response from your office would be appreciated. We have received no correspondence from anyone.

I can easily be reached at my office or in confidence as my phone number is (202) 388-1575.

Respectfully,

*William Avery*
William Avery

EXHIBIT 3

3/18/02 Sun Trust Bank, 1 800 273-7827, $35.00 stop payment charge,
6 month suspension, confirm # UVAT4, 3/18/02