Dr. William Avery
4244 Benning Rd. N.E.
Washington, D.C. 20019
(202) 388-1575

December 17, 2002

Ms. Constance Foster
Attorney (202) 619-0158  (202) 619-2922
Office of General Counsel
Dept. of Health and Human Services
330 Independence Ave. S.W.
Room 5362 Cohen Building
Washington, D.C. 20201

Re: Administrative Tort Claim of Dr. William Avery

Dear Ms. Foster,

As one of your attorney's has agreed to sign a Document of Subordination, allowing the refinance of my existing mortgage, I now wish to reciprocate informally and provide you with additional information, that I obtained after my suit was filed against the Dept. of Education in September 2000.

The Department of Health and Human Services does not know that they have been deceived in the handling of my student loans which I was forced to take out in 1982- 1987, once it was discovered that the University of Pittsburgh School of Dentistry had only offered a partial scholarship, intentionally having no documentation of said scholarship or award moneys. I could not prove the deception at the time - without the needed but nonexistent documentation.

If you review the student loan documents already in your possession, PAYING ATTENTION to the DATES, you will discover that one year of loans have disappeared. I was at Pitt dental school for FIVE YEARS, but I guarantee that your documents will only produce loans for FOUR YEARS. I was forced to take out loans for FIVE years and remember doing so.

If you now don't believe that I was there for five years, simply take a look at exhibit 1, and you will see that someone put money in my account for that year. I will now - explain the vast importance of exhibit 1, as it is the document I have tried to obtain for several years.

On October 16, 2000 I obtained the documents that the University Of Pittsburgh would not give me -during my attendance at the school. On October 14, 2000 I called the Dental School's financial aid director and she told me that there were no available financial records on me.

I called someone else at the University - and two days later, I now had the "unavailable" records delivered to my office. They are enclosed. The document brought tears to my eyes, as for the first time, I now had the name of the mysterious scholarship that I had received - and could now prove that I received it and the undocumented money's.

Ms. Foster, as you obviously attended college, and may have had to obtain financial aid to attend law school, would your law school have provided you with $50,000 - and no record or documentation of such money/award ???  I am sure that they would not. My attorney told me that many times this was done to athletes and or poor students - people who more than likely would not or could not afford to litigate when they were treated wrongfully.

You now have proof in my enclosed exhibit that someone put this money in my account. I could not have ever afforded to attend that school and it was not my first choice. A certainly mysterious scholarship when a student receives this kind of money and is provided no documentation as to its existence or funding. At trial you will also discover that I did not apply for financial aid in 1982 - as I did not know I was going to be receiving loans.  However, a phone call was made from Pitt and my application was "put through" in **July 1982** - after the financial aid deadline had expired.  I was highly upset. School started in **September 1982**.

Are your eyes starting to open??? You would never find the deception - if you did not know where to look. I have long wanted this trial.

Next: On August 2, 2002, I was awarded $115,000 in another fraud case that that took me **13 years to prove my innocence also**. The only case in a the country like it, where I also received an apology from the state of Minnesota - and they, like someone in your office, also said that "I owed it." Ms. Nichols of Innovative funding mentioned that someone in Ms. Gilbert's office said "he (Dr. Avery) knows he owes it." The mortgage refinance company relayed the comment to me. I have never met nor spoken to a Ms. Gilbert. I do not owe it, and government attorneys have also, like Minnesota tried to block me from obtaining a trial.  Once I obtained that trial - you quickly see how fast a settlement was offered. The settlement only came after I provided document proving my innocence and the fraud as committed by defendants.

Back to case at point.  Enclosed is a letter of denial from a Thomas Braun, the current dean of Pitt dental school and dated February 17, 1999. I remember Mr. Braun as he was there in 1982-1987 when the events occurred, but he was not the dean at that time.

If Mr. Braun were telling the truth, then how can he or anyone else now explain as to how I received a $50,000 mysterious "scholarship" - with no documentation of such ever being provided to a student at his "honorable" establishment.

I violated the code when I went to an attorney, as you don't expose PITT dental school. I shut down a cheating ring at the dental school. But as these were white kids - I did not get so much as a thank you. I am not uncomfortable discussing race as many things in our society still quietly look at color.  "We, Pitt Dental School, fix the problems quietly and internally."  I never wanted a handout. I worked hard and was accepted at every dental school where I applied. Phony

money was offered to me so I would attend Pitt and not the other schools. A lot happen at that school that does not involve my lawsuit so I will not introduce it now. However, as your concern is student loans, now see if you can find the FIFTH year of student loans - that seems to have disappeared. Dental school is four years, however I was there from 1982- 1987. Five years.

You now have proof that an **undocumented scholarship** was provided. A large "scholarship" at that. You also have the name of what I now call "the scholarship from hell."

Thank you,

*R. William Avery*
Dr. William Avery

cc: enclosures
(Exhibit 1) Copy of invoice and scholarship 1982-1987 received 10/16/2002
(Exhibit 2) letter to attorney David Spears dated 10/22/2000
(Exhibit 3) letter from Attorney David Spears dated 5/10/ 2000
(Exhibit 4) Declaration of William Avery dated 10/23 98
(Exhibit 5) Supplemental Declaration of William Avery dated 2/3/1999
(Exhibit 6) Declaration and Denial by Dr. Thomas Braun dated 2/17/99
(exhibit 7) fraud and settlement award $115,000 dated August 2002  (13 years to win the case)



## Track & Confirm

**Delivery Status**

You entered 0301 0120 0007 1405 2646

Your item was delivered at 7:44 am on December 20, 2002 in WASHINGTON, DC 20201.

**Track & Confirm**
Enter label number:

