Dr. William Avery
1217 Golf Course Drive
Mitchellville, Md. 20721

February 14, 2003

Patricia Gilbert
United States Attorney 's Office
District of Columbia
555 4th Street, Room 5433
Washington, D.C. 20530

Mr. Fred Haynes
Assistant U.S. Attorney
(202) 514-7201
555 4th. Street N.W.
Room 10-445
Washington, D.C. 20530

Constance Foster
Office of General Counsel
Dept. of Health and Human Services
330 Independence Ave. S.W.
Room 5362 Cohen Building
Washington, D.C. 20201

Re: 1) United States vs. William Avery
2) William Avery vs. United States

To Whom It May Concern,

I am in receipt of a letter dated February 10, 2003 from a paralegal named Patricia Gilbert, whereby she is attempting to order me to contact her and sign a document entitled Personal Financial Statement, which she has enclosed in her letter to arrange payment to her office. **No payment whatsoever will be sent** to her and I am **not signing anything**. The letter written by Ms Gilbert and I am sure sent with the knowledge of the Dept. of Health and Human Services (H.H.S), deliberately and slyly does not acknowledge nor mention my lawsuit against the Department of Health and Human Services as well as the Department of Education which was FILED, September 2000 - for which Ms Gilbert and the Department of Health and Human Services have failed to respond despite numerous requests for such from my attorney and myself..



Despite numerous calls to the attorney assigned to my case at H.H.S., neither I nor my attorney have ever received a written ANSWER to our lawsuit. I legally had to give the government 6 months for an ANSWER. The six month response time - expired two years ago.

I have been routinely told for over a year to "be patient... were working on it... backlog of cases..." It should not be my problem, among the numerous financial problems that you have already caused me - that the United States and their legal "experts" cannot answer a lawsuit in a timely manner.

They would certainly prosecute me in a timely manner - if I were guilty.

In October, 2002, again after making several calls to the Dept. of Health and Human Services for as many months, I discovered H.H.S. had lost the exhibits - of my tort claim filed two years ago in September 2000. I guess they seem to think that I just have time and money to sit around and wait for two years - or until their busy schedules happen to get around to me while they collect a salary every two weeks for themselves.

    I was shocked - as this has never been done in any legal case I have taken on. Once again, and two years later, I am being told to "be patient" and that the defendant's have "lost the exhibits." Incredible. I am always pleasant on the telephone even though I am really very angry at the mistakes and nonsense that have riddled my life with the Dept. of Education, H.H.S., and now the Justice Department.

    With receipt of Ms. Gilbert's letter from the Justice Department, I am fully aware that their avoidance of any WRITTEN RESPONSE to my lawsuit has and continues to be intentional behavior. I am also aware that H.H.S. have been working hand in hand with Ms. Gilbert and that they communicate regarding my lawsuit. Neither will send anything in writing to me without checking with the other. However in her letter of February 10, Ms. Gilbert does not even acknowledge my lawsuit - for which we have been waiting for a legal reply for 2 and 1/2 years. That is beyond ridiculous, and no case have I ever been involved where the defendants given themselves the liberties of such years that they have taken with me. It should not be my problem if going beyond deadlines is standard procedure for H.H.S. and the Justice Department.

    Ms. Gilbert insist on a written "response within thirty days." To that I clearly and simply ask the court as to where is her or anyone's written response and ANSWER to my tort claim been for the last 2 1/2 years? Simply where has it been for 2 ½ years?

I now suggest that you pay attention to my next disclosure, as it is again more information than you have known or even bothered to learn from me. should you have taken my deposition. I have worked on legal cases for eighteen years and have become skillful at catching defendants who are deceptive, especially when trying to hide behind a court.

    It was the Justice Department, in their arrogance that filed for a summary judgment, to avoid me in February 1999. Never having taken my deposition - which had been intentional, the attorney's for the Justice Department did not realize that their judgment would and did backfire against them - as the **Judgment** was what **I needed** and **wanted** - to prove to the Department of Education that I did not owe over $100,000 that had been listed by the Department Of Education AND KEPT ON MY CREDIT REPORT DENYING ME ACCESS AND LOANS TO

MOVE to a safer LOCATION, and establish the dental office and career that I had been trying to obtain for 22 years.

The 1999 Judgment obtained by the Justice Dept. was not even the correct amount - of which I have clearly proven in my exhibits and can prove again at trial. This again shows the poor record keeping, disorganization and now malice of the United

Ms. Gilbert nor Ms. Foster have ever known that the **Department of Education did try to correct their mistakes**, of reporting the wrong debt to credit bureaus. The Dept. of Education, located in California did try at least three times to fix the problem.

I called so many times that the lady there told me "sir, it is the computer that is screwing you, we keep taking the incorrect balance off of your credit report but the computer keeps putting it back on in 30 days."

When the incorrect debt would be taken off of my credit report, I would then rush and apply for credit within thirty days before the computer put the wrong amount back on my credit report. This created another unforeseen problem, namely TO MANY CREDIT INQUIRIES, WHICH TOOK POINTS OFF OF YOUR CREDIT SCORE. Now I was Being denied loans because of the excessive number of inquiries which indicated that I must be financially strapped and therefore not a good candidate for any loan to build a practice, move away or buy a home.

When thirty days went by, the computer in many instances greatly increased the debt. I was in near **hysteria and panic.** At one point, the computer at the Dept. of Education then doubled the debt when the computer placed it back on my credit report in thirty days. I was hysterical !! Look at the exhibits introduced in my Tort Claim - if you haven't lost them again.

I asked the next lady I spoke with , " Just fix the computer!!" She responded that she didn't know how... it wasn't her job ...we can keep taking it off.." I was never given the same person at the Dept. of Education and they only give their first name when you call. They did however keep a log of when you called and what you called about. Ms Gilbert can check into this. While being pleasant, to me nothing changed. The computer would do what it wanted in thirty days.

Years ago, when I tried calling the Dept. of Education, located in California informing them that I did not owe this massive sum of money, this time a woman told me to, "stop calling... the Justice Department has it now" - which is what led to this lawsuit. We all have credit cards, including paralegal Patricia Gilbert. When the credit companies make a mistake about a charge or balance, you can call them , and upon proof or verification, they will correct the mistake. I am sure paralegal Patricia Gilbert would have plenty to say if her credit card refused to correct their mistake. She would have more to say if they then told her to "stop calling."

By the way, it is an irresponsible or deadbeat person that does not call a creditor. I WAS calling and asking them to correct their mistake. I got no where - which created this lawsuit., while they were destroying my credit and life.

Perhaps Ms. Gilbert and the Justice Department are inclined to pay bills that they do not owe. In their arrogance they do not have to be correct nor are they responsible for mistakes that they maliciously or accidentally create. I doubt if a jury will agree.  I am sure Ms. Gilbert will do something when she sees the wrong amount on her credit card statements. I am also sure that she will certainly do more when they also tell her "don't call us any more"- while they report her incorrect balance to the credit bureaus.

I had already battled a phony scholarship, lying and deceptive minority recruitment practices and now I had to figure out how to fight a computer that was reporting the wrong balance on my credit report - making me look irresponsible. The nightmare would never end - and I have never been a quitter.

   I responded in a reasonable fashion, that would first force me to prove to the Dept. of Education that they were wrong. More years would go by and ten of thousands of my dollars in income and legal fee's were lost. I needed a court order to prove I did not owe this sum. Since the Dept. of Education only believes legal documents - I had very few documents from 1982 when I entered dental school. However the Dept. . of Education would accept the judgment obtained by their legal team - namely attorney's for the Justice Department. I knew they could not argue with that. **They would** then **be forced** to **fix their computers.**

**I planned to serve the judgments obtained by the Justice Dept. back upon the Dept. of Education** - of which they could not ignore me any longer - and forced them to take it off my credit report. The legal fee's for this were over $28,000 and took several years.  No apology given from H.H.S. or the Dept. of Education.

   After years of this nonsense, on and off again on my credit report, I finally figured out how to sue the people who were causing the problem. The Dept. of Education programmed the computer that was destroying my credit and life.

I sought out attorney's who regularly deal with the government. - who told me every step the defendants, and the Justice Department would take.  " It's dirty  Bill, ...they will immediately attempt a summary Judgment,  to try and dismiss the plaintiff before the court and a Jury  sees the evidence. ... I guarantee that they will try this on you... Summary judgment is a standard procedure of defendants ...It's dirty.  If they get it, and the judge is already leaning in their favor, for the United States, - no one will see your evidence against the defendants. It's all about winning  because the loser pays damages... Bill, they do not care about anything that they did to you...  Now its about getting away and dismissing your case - anyway possible- before you make it to trial....  You caught them with the evidence being incorrect and abusive,  their first attempt is 'what can we do to try and get out of this and stop a trial... Every defense attorney tries to downplay/ dismiss the plaintiff...."   Law school 1001.

   I was further informed by these attorneys that " the judge is interested in finding a way to dismiss the United States from any lawsuit." To prove their point these attorney's showed me VOLUMES of student loan cases where the suits against the United States were dismissed for

various reasons - all while appearing unbiased. They even check the judges record of how he usually rules - siding for the United States - while appearing unbiased. Reading a lot of the cases I agreed with the judge, particularly medical doctors who agreed to serve in minority and impoverished areas, and then decided they did not want to serve those areas after getting a free ride and full scholarship and stipend through medical school.

    In contrast, here I am serving in a minority community where I had been promised a full scholarship and stipend that turned out to have been a lie. I am TRYING to serve a minority community and wanting a more reputable office instead of practicing out of an abandoned house. You don't get far when your credit is destroyed early in your career. This nightmare has been going on for 15 years. I have been a dentist for 15 years. It took me 23 years to acquire the education. For that I will now ask a jury to award.

At the law library I discovered that this particular Judge had never addressed a case of credit defamation. I was further informed by my attorney that, "the judge will probably spend very little time with your case and, he will send a clerk or paralegal to find some law to bypass your lawsuit immediately... that's how the game is played..."

I went back to the law library and read those "volumes" looking for a case of credit defamation. I did not find one. For it to become a valid Tort Claim, I would first need that Judgment from the Justice Department. Having being prepared in advance for less than courteous treatment from H.H.S. and the Justice Department once they realized that they had in fact assisted me in filing my tort claim, It would be in my best interest of obtaining evidence to let them believe that they were hurting me and DESTROYING MY CASE - since they ran to court without doing a deposition of me. They clearly wanted to hurt me but were actually helping me.

    I do not feel sorry for the Justice Department nor the Dept. of Education, because EVERYONE reading this document knows what a DEPOSITION is. The Justice Department decided amongst themselves that they did not want one. I would have told them that I needed the judgment that they were trying to obtain without my consent. I would have given consent for said judgment - as it helped me to prove the credit defamation created by the Department of Education. They just immediately ran for summary judgment, and did not bother to interview me. Didn't care.

    Let a credit card company overcharge Ms. Gilbert and see if she tolerates it. She is certainly trying to make me "tolerate" it. I will not and the amount of my lawsuit has been increased - due to further delays, abuse and penalties created by her office. Of late she has acted with my mortgage refinance company, telling them "he (Dr. Avery) knows he owes it" as if she thinks her paralegal ass weighs a ton. My foot does.

Failure to take my deposition, attempt to obtain summary judgment in avoidance of me -without the facts being revealed, will be noted at trial. Lies of omission, rush for summary judgment - to avoid me, and not providing complete answers have all be tactics applied by the defendants.

You cannot tell a computer, "hey you are making a mistake." It is not programmed to care. The lady would take it off of the computer, of which I would then have to run and apply for massive amounts of credit in the next thirty days. But some credit companies, in their strategy would not only to pull the immediate credit report, but also check back thirty days to the wrong credit report. My career and life were going no where because of a computer at the Department. of Education..

And yes, I finally figured out how to sue the people who were destroying my credit. Obtain a judgment to prove that I did not owe it.

In **1997** it was placed on my credit report that I owed **$106,000** plus interest. The **Judgment** obtained in **February 1999** was for **$65,294.59** - This is a clear **reduction** and difference of almost **$40,000** - **two years later**. This was more debt that was not mine and they would have beat the hell out of me for the rest of my life trying to say I owed it - when I did not. That is now a fact.

The defendants cannot say that I confused their records by making payments, I deliberately did not do so, **giving them no excuse**. I have never fought a computer in my life but I have fought deception, racism, and hatred by white and some Black people.

Ms. Gilbert's letter from the Department of Justice is the only written response that I have received regarding my lawsuit and will appear at trial. Her deliberate response circumvents and does not acknowledge my lawsuit. I have not had a remotely normal life or career because of this nonsense and I have had to develop a "new" normal.

At this point this document shall place all on notice that my punitive damages have been increased to 14 million and represents 1 million per each year that my office was forced to placed on the 4200 block of Benning Rd. N.E. - as the document of Patricia Gilbert clearly proves intentional acts, deception, and malice on the part of the U.S. government. Additional damages will be for a jury to decide upon. Again I assert my demand for jury trial.

Thank you,

*A. William Avery*

Dr. William Avery


cc attorney
enclosures exhibits 1-6