# WALDRON LAW OFFICES, LTD.

JOHN B. WALDRON
ATTORNEY AT LAW
1951 CONCORDIA STREET
WAYZATA, MINNESOTA 55391-9320

email jlw@qwixnet.net

TELEPHONE (952) 471-0940
FAX (952) 471-8859

August 4, 2002

William K. Avery, D.M.D.                                    VIA FACSIMILE
4244 Benning Road, N.E.
Washington, D.C. 20019

Re:  Avery v. Hennepin County and the State of Minnesota
     Civil Case No. 002171 RHK/SRN

Dear Dr. Avery:

As you requested, the following reflects the terms of your settlement with the State of Minnesota:

1. The State will pay you a total settlement of $115,000.00.
2. From the $115,000.00, the State will deduct $33,966.15 to clear the child support arrearages they show on their books, leaving you with a net settlement of $81,033.85. This check will be payable to Waldron Law Offices, Ltd. Trust Account. From the net settlement amount, I will subtract final attorney fees of myself and Mr. Janus. You will review our final bills prior to this occurring.
3. The State will write you a letter of regret, indicating that the State regrets any inconvenience caused to you by this matter.
4. The result of this settlement will be a total and final clearing of your credit relative to Hennepin County's child support arrearage reporting.

I expect to have a draft of the settlement agreement as set forth above and as dictated into the record in my office from the State by the time I return to the office late this Thursday. I will plan to overnight the document to you at that time for signature by you and Mr. Janus.

Very truly yours,

John B. Waldron

3



## Minnesota Department of **Human Services**

August 28, 2002

William K. Avery
4244 Benning Road N.E.
Washington, D.C. 20019

Dear Dr. Avery:

The State regrets any inconvenience that this matter has caused you.

Sincerely,

Wayland Campbell, Director
Child Support Enforcement Division

AG: #719732-v1

**WALDRON LAW OFFICES, LTD.**

JOHN B. WALDRON
ATTORNEY AT LAW
1951 CONCORDIA STREET
WAYZATA, MINNESOTA 55391-9320

TELEPHONE (952) 471-0940  
FAX (952) 471-8859

email jlw@quixnet.net

September 12, 2002

William K. Avery, D.M.D.  
4244 Benning Road, N.E.  
Washington, D.C. 20019

    Re:   Avery v. Hennepin County and the State of Minnesota  
           Civil Case No. 002171 RHK/SRN

Dear Dr. Avery:

    I am enclosing with this letter copies of the following documents relative to the above matter:

1. My letter to the State's attorney dated September 6, 2002;
2. An Order from Judge Kyle dated September 9, 2002;
3. A letter from the State's attorney dated September 9, 2002;
4. The fully signed Settlement Agreement and Stipulation of Dismissal;
5. The original letter of regret from the State of Minnesota dated August 28, 2002;
6. A letter from the State's attorney to the Court dated September 9, 2002, withdrawing the State's recent motions;
7. My final statement for professional services rendered and costs incurred in the above matter; and
8. My trust account check payable to your order in the sum of $72,683.25 representing the balance of the settlement funds received from the Defendants in the above matter as reflected in the enclosed statement.

Under separate cover, I am shipping to you all of the records, binders, videotapes and other documents which you have sent me during the course of this matter.

    This matter is now concluded. I wish you the best on your move to Colorado and in putting this whole episode of your life behind you.

Very truly yours,

*[signature]*

John B. Waldron

Enclosures