# W.K. Kellogg Fellowship in Health Policy Research for Minorities

National Medical Fellowships, Inc. is pleased to announce a new doctoral degree-granting program in health policy research. The W.K. Kellogg Fellowship in Health Policy Research for Minorities will award full stipends (tuition and living expenses) for up to five years to 20 outstanding minority students selected over a two-year period. The stipends will support doctoral studies in research methodology, including quantitative and qualitative methods for measuring and evaluating the effectiveness of healthcare providers in underserved communities. The first cohort of 10 fellows must be enrolled or accepted for enrollment beginning in September 1999 at the RAND Graduate School, the University of Michigan School of Public Health or the Florence Heller Graduate School of Advanced Studies in Social Welfare at Brandeis University in Massachusetts.

All information, questions or comments should be directed to Charles A. Wright, Jr. at 212.714.0933. The fax number is 212.239.9718.

## In Memoriam

[illegible]

Mrs. [illegible] Smith, wife of Dr. [illegible] Jerome Smith, past treasurer of the NDA, died in February. In her memory contributions can be made to: Race for the Cure, c/o [illegible], Domenic [illegible] Associates, 1320 Old Chain Bridge Road #330, McLean, VA 22101.

Our condolences go to Dr. Mfon Umoren, an NDA member in Hyattsville, Maryland, on the recent loss of both her mother and father.

# TOOTH FAIRY BLUES

*Cleveland Undercover*

Dr. Joy Jordan, Dr. Mark Worford and Dr. Jefferson Jones arrived in Atlanta on their way to Jamaica for a National Dental Association convention when their flight was cancelled because of the recent pilot sick-out. Originally scheduled to fly to the island on American Airlines, the trio was re-routed to Delta Airlines and finally scheduled for an Air Jamaica flight to the island before they were told no flights were available at all. Chastened, the travel-weary dentists returned to Cleveland the same day on Continental Airlines without their luggage. It had already been sent to Jamaica.

PROTECT YOUR STAFF

Proxtronics, Inc.

Radiation monitoring (dosimetry) badges are available for you and your staff from Proxtronics, Inc., our newest CRT partner. Proxtronics will donate 5% of the cost of badges to the NDA Foundation for scholarships for any NDA member using this radiation monitoring badge service.

# Thank You

Recently, the travel expenses for the National Dental Association (NDA) officers were brought to my attention by one of our colleagues, a long-time, faithful, dues paying member of the NDA. He relayed to me a misconception as to who pays for the travel expenses of the Executive Committee, Board of Trustees, and House of Delegates when we meet. Unlike the larger dental associations, the NDA has never had the funds to support the travel of its volunteers. We have been very fortunate to have leaders who not only close their offices several times a year to do the important business of the NDA, but who often pay for their travel, accommodations, and meals. Without these dedicated members, the NDA could not exist.

I would like to thank those dedicated and unselfish members for their service to the NDA. Your actions show what a unique organization we have and how important it is to so many of you. It is my profound wish that someday soon we will be able to support our leadership and defray their costs. Until that day arrives, I would like to suggest to our constituent and component societies that they consider to at least partially support their NDA representatives' efforts financially.

We thank all of our faithful members for your support in the past and for your continued support in the future. The NDA is moving onward and upward, but we can only be as strong as the support we receive from our loyal membership.

*Joseph S. Gay, DDS*
*Immediate Past President*

of the authors of the study.

"Dental erosion is quite a frequent problem for children with GERD, as 83 percent of the patients with GERD in our study had evidence of some dental erosions, while none of those without GERD had erosions."

Results were published in the April issue of the *Journal of Pediatrics*.

Dahshan said the study focused on children 2 to 18 years old who were undergoing elective endoscopy for possible GERD. Their teeth were evaluated for the presence, severity and pattern of erosion, as well as the stage of dentition. Two-thirds of the patients with dental erosion had at least some baby teeth.

The study found that 50 percent of the children had mild erosion, 30 percent had moderate erosion and 20 percent had severe erosion.

Dahshan said erosion mainly involved posterior teeth, which did not surprise him because the back teeth would be more exposed to the least-diluted liquid from unexpected vomiting or reflux episodes, even during sleep.

Dahshan said the study's result could encourage dentists to make early referrals of young patients with no other symptoms but dental erosion for evaluation of possible GERD. He said pediatricians also might need to refer children with GERD for periodic dental assessment.



EDUCATION

## Ten grants to fight "silent epidemic"

Ten dental schools will receive grants of up to $1.5 million each to increase access to oral health care among low-income and medically disadvantaged people.

The grants will enable the institutions to link their schools to communities in need of dental care and to boost their underrepresented minority and low-income student enrollment numbers.

According to the Surgeon General's Report on the Oral Health of the Nation, released in May 2000, oral health in the United States has improved greatly over the last half-century, but "there is a 'silent epidemic' of oral disease affecting poor children, the elderly and many members of racial and ethnic minorities."

At the same time, the American Dental Education Association said the number of underrepresented minority students enrolling in the nation's dental schools is far below their proportion in the U.S. population and has dropped significantly over the last decade.

The schools receiving grants:

- Boston University School of Dental Medicine in Boston, Mass.;
- Howard University College of Dentistry in Washington, D.C.;
- Meharry Medical College School of Dentistry in Nashville, Tenn.;
- Ohio State University College of Dentistry in Columbus, Ohio;
- University of California, San Francisco, School of Dentistry;
- University of Connecticut School of Dental Medicine in Farmington, Conn.;
- University of Illinois at Chicago College of Dentistry;
- University of North Carolina at Chapel Hill School of Dentistry;
- University of Washington School of Dentistry in Seattle;
- West Virginia University Research Corporation in Morgantown, W.V.

TOOTH REGENERATION

## Scientists advance tooth research

Researchers at The Forsyth Institute in Boston have successfully used tissue-engineering techniques to grow biological mammalian tooth crowns containing dentin and enamel.



The feat could lead to a biological tooth substitute to replace lost or missing human teeth. The research also suggests the existence of dental stem cells, which could be key to bioengineering human teeth.

"The ability to identify, isolate and propagate dental stem cells to use in biological replacement tooth therapy has the potential to revolutionize dentistry," said Dr. Dominick P. DePaola, president and chief executive officer of The Forsyth Institute.

The researchers used enzymes to isolate immature tooth cells from pigs, place the cells on a supporting matrix and implant them near the intestines of rats.

Within 30 weeks, researchers found small, recognizable tooth crowns containing dentin, odontoblasts, a well-defined pulp chamber, Hertwig's root sheath

EXHIBIT 4



**NATIONAL DENTAL ASSOCIATION**

3517 16th Street, NW
Washington, DC 20010
Office (202) 588-1697
Fax (202) 588-1244
Website: www.ndaonline.org

**Officers:**

Gregory A. Stoute, D.M.D., M.P.H.
*President*

Romell J. Madison, D.D.S.
*President-Elect*

Joy A. Jordan, D.D.S.
*Vice President*

Sheila R. Brown, M.Ed., D.D.S.
*Treasurer*

Hugh V. McKnight, Sr., D.D.S.
*Assistant Treasurer*

Leslie E. Grant, D.D.S., M.S.P.A.
*Speaker of the House*

Michael F. Battle, D.D.S.
*Vice Speaker of the House*

...a Irving-Ray, D.D.S.
*Secretary*

Michelle J. Hudson, D.D.S.
*Assistant Secretary*

Edward R. Scott, II, D.M.D.
*Immediate Past President*

Robert S. Johns
*Executive Director*

Roosevelt Brown, D.D.S.
*OAF President*

...rrick A. Humphries, Esq.
*General Counsel*

## SPECIAL ALERT

TO: NDA Membership

FROM: Gregory A. Stoute, D.M.D., M.P.H.
NDA President

DATE: May 30, 2002

SUBJECT: Issues Affecting Our Professional Future

The 89th Annual Convention will be held in Dallas, TX from July 26-31, 2002 at the Adam's Mark Hotel. We are looking forward to a great meeting with exciting and provocative speakers. I wanted to give you an update and a preview of what to expect.

This year's President's Symposium will focus on the role of health professionals in the war against bio-terrorism. The keynote speaker will be Dr. Ivan C.A. Walks, the highly acclaimed former Chief Health Officer of the District of Columbia and former Director of the Department of Health. Dr. Walks led the response teams in the aftermath of the September 11th attacks on the Pentagon and the Anthrax disaster that crippled the U.S. Postal Service in the District of Columbia.

The symposium will also address the NDA's position on dental amalgam. There is legislation pending (Bill H.R. 4163) in Congress that threatens to ban dental amalgam by the year 2007. The NDA has met with the bill's sponsor to provide scientific evidence that substantiates the safety and efficacy of dental amalgam. We have partnered with the American Dental Association and joined with other organizations to denounce this bill.

Throughout the convention, particular attention will be paid to the declining enrollment of African American dental students. This situation has serious implications for access issues as well as succession planning for retiring dentists.

We have worked diligently to bring in speakers with enormous appeal, including Johnnie Cochran, world-renowned attorney and Ron Kirk, former Mayor of Dallas and current Democratic U.S. Senatorial candidate.

These are critical times for Dentistry and our community, it is extremely important that you actively engage in dialogue, participate in the debate and support the National Dental Association so that we may address these issues on your behalf. Let us meet at the convention and develop strategies to resolve these issues.

Take advantage of the extended deadline, Friday, June 21st and register TODAY!

See you in Dallas and thanks for your support!

EXHIBIT 5

**washingtonpost.com**

# For Many, Debt Closes Doors

By Albert B. Crenshaw

Sunday, May 19, 2002; Page H04

As the 1990s slip into history, the decade is gaining a reputation as something of a golden era, in some ways parallel to the gilded age of the 19th century, but broader-based.

But as data emerge for economists and others to study, they demonstrate that while many Americans did indeed grow rich, many others accumulated little or nothing during the boom.

Certainly the "new economy," despite the crash of the dot-coms, did open ways to wealth unseen since the days of the robber barons -- and the path was wide enough for a large swath of society, including both those with talent and those with money to invest in those with talent.

At the other end, though, it appears that millions of households, including many with incomes well above the poverty line, were not able to save or invest in any meaningful way.

A study released last week by the Consumer Federation of America and the Credit Union National Association found that a quarter of U.S. households are "wealth-poor" -- meaning that they have net assets of less than $10,000. This share of households that are wealth-poor is far larger than the 10 percent share that are income-poor.

Net assets refers to the value of a family's real estate, financial and other principal assets, minus debts the family owes.

Of course, many of the wealth-poor households are income-poor as well, living, as CFA Executive Director Stephen Brobeck put it, "only a layoff or emergency expenditure away from financial disaster."

This was particularly true of those with positive but very low net worths.

But the study also found that those whose debts exceed the value of their assets were more likely to be young, well educated and earning middle-class incomes. Seven percent of these households had incomes of $50,000 or more.

In part this is because these families have not had time to build up equity in a home or accumulate substantial retirement-plan balances.