**[ FAX COVER PAGE ]**

DATE: JAN 8, 1998

TO: NAME: Dr. Whitehead
FAX NO.: (412) 648-9571

FROM: NAME: Dr. Avery
FAX NO.: 202 398-7744

Number of Pages: 4 (including cover page)

Subject / Notes: To Dr Whitehead Regarding my letter of December 26

**William K. Avery, D.M.D.**
General Dentistry
4244 Benning Road, N.E.
Washington, DC  20019
(202) 399-7744



January 7, 1999

Dr. Whitehead,

    Thank you for calling my office today. I did return your call.  You were unavailable.  Your secretary was very pleasant. As I believe that you were calling in  response to my letter of December 26, could you now please give me a written reply as to your policies and recruitment efforts.

    As I explained earlier, minority  students never received a written policy or statement regarding their matriculation through your school.   Yet in the  senior classes on practice management we were always instructed to get all agreements in writing.  All conversations between doctors and their patients.

    When I asked Ms. McFadden how she could say this in lecture and then not apply it to some of  her students - she ignored me.  It irritated her.   If you can say it, WRITE IT.

When she took her infamous position at Pitt Dental school,- she got HER position and  FINANCIAL arrangement - **in writing.** FACT. She was given privileges of authority and trust.

When SHE took out a loan for whatever reason - she got it in writing. The banks call it truth in lending.

However, I could get nothing in writing. She could manipulate people lives  as she felt.  She did.  Ms. McFadden certainly would not  have allowed it to be done to her.  It wasn't.

My learned experience, IF THEY CAN'T PUT IT IN WRITING -- then they can't  be trusted. The written document  removes any room for vagueness, or someone to say that "you must have misunderstood me." Experiences at Pitt taught me those tricks.

    Dr. Whitehead, if you could provide  a written response to my letter of December 26,  I would greatly appreciate it as it would be a FIRST in the history of that school in regards to me and your scholarship/ recruitment policies.  Please provide specifics and not generalities. They will be relied on as the truth should I refer other students.   Just sixteen years to late.

Otherwords,  treat me the way that you would want to  be treated.

I will await your written reply.

                                                                    Thank you,

                                                              *William Avery*

*William K. Avery, D.M.D.*
General Dentistry
4244 Benning Road, N.E.
Washington, DC  20019
(202) 399-7744



January 7, 1999

Dr. Whitehead,

I would like you to understand a reality that some Americans, -- very educated Americans - have to live. Unfortunately, there is a thing called racism.

Knowing that I would have less access to opportunity and employment - I relied and worked hard to earn scholarships.

When I graduated from Pitt dental school -- a school that was not my primary choice - but became such, only after they offered a full scholarship and stipend - here is the reality or "wall" that I hit at age 28.

        Here's what happened.

When I arrived in Washington, D.C. , I answered an employment advertisement for a dentist.

The dentist asked me what school had I attended. I said, "The University of Pittsburgh."

He said, "University of Pittsburgh !  Come right over... I can use you immediately."  I was hired.

I said, "thank you, I would like to inform you that I am black."

        What happened next ??

Dead Silence.

Followed by, "I am sorry but my patients would feel uncomfortable with that."

I knew what he was really saying.  He did also.

**The job offer was revoked and he asked me not to come top his office.**

Next advertisement that I answered.

The white dentist came to the telephone and asked me what school had I attended.  I said, "The University of Pittsburgh and I am new to the area."  He said "sure come right over, you can do my hygiene."

I said , "thank you, I need to inform you that I am black"

What happened next???

                Silence

Then, the dentist/employer stated "you'll do well in this area, but not in my office.." Another job that had been immediately given, WAS NOW IMMEDIATELY REVOKED.

I had the degree, the license and was probably a better dentist that he'll ever be.   I know I am.

So what do you think the real problem could have been?

You don't have to think to hard about it.

I'll never forget it.   Do you THINK that there is anything that I misunderstood.

      And I am suppose to regard you as "My Peers ?"
"A dental community ?"   Do a reality check.

That is how I ended up living in a high crime section of Washington, and sleeping next to a lawn mower, while I put together an office.

Since I had been lied to when recruited to Pitt, and as I now had a ton of debt --- the banks gave no assistance.

I just want you to clearly understand the reality for some of your graduates AND WHY SOME OF US ARE SMART ENOUGH to attend schools offering scholarships.

I will await your written reply to your scholarship procedures and recruitment.   I will sponsor no one to that school- until I see written documentation.

                                Dr. William Avery

```
Case 1:05-cv-01108-GK    Document 7-16    Filed 05/08/2006    Page 5 of 5
```

**TMT REPORT**

Jan. 08 1999 03:18PM

| OTHER FACSIMILE | START TIME | USAGE TIME | MODE | PAGES | RESULT |
|---|---|---|---|---|---|
| 01  14126489571 | Jan. 08 03:15PM | 02'22 | TX | 04 | OK |

IF YOU HAVE A PROBLEM WITH YOUR FAX, CALL TOLL-FREE 1-800-HELP-FAX (1-800-435-7329).