[ FAX COVER PAGE ]

DATE: JAN. 13, 1999

TO: NAME: Dr. Whitehead
FAX NO.: (412) 648-9571

FROM: NAME: Dr. Avery
FAX NO.:

Number of Pages: 2 (including cover page)

Subject / Notes: For your knowledge

*William K. Avery, D.M.D.*
General Dentistry
4244 Benning Road, N.E.
Washington, DC  20019
(202) 399-7744



January 13, 1999

Dr. Whitehead,

    There is something that I want you to know. I will not be communicating with you again until I receive the written documentation that I requested.

    Look in your computer file. The class of 1987. A student by the name of Jeff Chaney.  In his second year of dental school my lab partner  went home, wrote his father a good-bye note stating he was sorry for disappointing him  -  and then shot himself.

I didn't owe that white boy anything. The way I had been treated by Pitt,  I did not care for a lot of white people.

But whose black ass went to Ms. McFadden - because I sensed he was going to do something? I had no proof - just a gut feeling.  The day before, Jeff stayed on my mind. Nobody else went to the office. No white kids. I waited outside her office -  and she knew I was waiting.  She was on the telephone. She stayed on it.   Finally I left.

The next morning, I walk into our 8:00 lecture -  and see a bunch of people crying.  Dr. Eigenbrode, instructors and guess who -  Ms. McFadden, are sitting there in somber silence. "Why didn't Jeff talk to someone - they asked? "

I was ready  to tear that room apart.  I came to see your  ass about him and you didn't want to be bothered.   Now he's dead. I'm sure that Jeff's parents would love to know that.
    Would he still be alive if someone had listened ???

I did not have his address or his phone number. But for some reason, he liked to talk to me. I would just listen.  I had enough humiliation - repeating my first year - when cheaters were allowed to continue on.  I kept to myself.

He was worried about the debt he was creating, and if he had made the right career choice. I had told him "Jeff, people are going through  a lot more than you know... at least your dad BOUGHT YOU A NEW CAR- he's telling you he loves  you."

I couldn't bring myself to go to the funeral.  To pissed off at the gathering of phonies.

To think that you contacted my office asking me to sponsor minority students to your school -- well you found out a lot more that you wanted to know.  Live with it - like I do.
                                          Good day,

Jan. 13 1999 06:12PM

| | OTHER FACSIMILE | START TIME | USAGE TIME | MODE | PAGES | RESULT |
|---|---|---|---|---|---|---|
| 01 | 14126489571 | Jan. 13 06:11PM | 01'17 | TX | 02 | OK |

IF YOU HAVE A PROBLEM WITH YOUR FAX, CALL TOLL-FREE 1-800-HELP-FAX (1-800-435-7329).