**BlueCross BlueShield of the National Capital Area**



PERSONAL AND CONFIDENTIAL

*March 4, 1998*

March 4, 1998

William K. Avery, D.D.S.
4244 Benning Rd., N.E.
Washington, DC 20019

Dear Dr. Avery:

We were recently notified that sanctions have been placed against you by the Department of Health and Human Services. 1993 Federal Regulations prohibit payment of federal dollars to those providers who have been sanctioned.

In order for us to comply with this regulation and our policies for all government coverages, we must exclude payments for services rendered by sanctioned providers for all lines of business to ensure that no payments are made for any services provided to government employees. Consequently, this letter is to serve as notification that your participation with BCBSNCA will be terminated, effective April 4, 1998.

Pursuant to the terms of Paragraph 10 of the Agreement With Participating Dentist (BCBSNCA "Agreement"), which became effective December 15, 1988, termination of your participation in the Indemnity (PAF) dental network will become effective upon thirty (30) days prior written notice. The 30 day notice also applies to the terms of the Preferred Dental Network Amendment, Section 6 (b), which became effective on January 1, 1994. Please be advised that you have 30 days from the date of this letter in which to appeal our decision. To do so, you may submit a written request for review by the Credentialing Advisory Committee (CAC) to my attention at the address indicated below.

You have agreed to continue to provide dental services to our members during this interim period and to assist in the orderly transfer of patients now under your care, including their dental records, to other participating and preferred dentists identified by the patients, in compliance with the applicable Agreement.

In order to prevent the loss of benefits to the patient and to avoid any misunderstandings, we ask that any member erroneously referred to you after the date of cancellation be advised that you are no longer participating and be directed to the Customer Service Department servicing his/her local area.

550 12TH STREET, SW  WASHINGTON, DC 20065  PHONE (202) 479-8000

* An Independent Licensee of the Blue Cross and Blue Shield Association
® Registered Marks of the Blue Cross and Blue Shield Association, an Association of Independent Blue Cross and Blue Shield Plans.

61



## BlueCross BlueShield
### Federal Employee Program

## Explanation of Benefits
### THIS IS NOT A BILL

PAGE 02

```
CAREFIRST BLUECROSS BLUESHIELD
550 12TH STREET, S.W.
WASHINGTON, D.C.  20065
202-484-1650  1-800-848-9766  TDD NUMBER 202-479-3546

WWW.CAREFIRST.COM
```

```
WILLIAM K AVERY                          CLAIM NUMBER:   1155001943EA
4244 BENNING RD NE                       DATE RECEIVED:  06/04/2001
WASHINGTON   DC                          DATE PROCESSED: 06/08/2001
20019                                    DATE PAID:      06/11/2001
                                         PATIENT NAME:   ALMA  HALL
                                         ID NUMBER:      R21886717
```

---

* EXPLANATION OF CODES/REMARKS

220--THE CHARGE(S) FOR THESE DENTAL SERVICES EXCEED(S) THE STANDARD OPTION DENTAL
     FEE SCHEDULE ALLOWANCE BY    $358.00.  YOU ARE RESPONSIBLE FOR THIS BALANCE.

223--THE CHARGES FOR THESE DENTAL SERVICES EXCEED THE MAXIMUM ALLOWABLE CHARGE
     (MAC) BY    $315.00.  YOU ARE NOT RESPONSIBLE FOR THIS AMOUNT.  SEE THE
     STANDARD OPTION DENTAL BENEFIT SECTION OF YOUR BLUE CROSS AND BLUE SHIELD
     SERVICE BENEFIT PLAN BROCHURE.

FRA--URGENT MESSAGE-  THE U.S. OFFICE OF PERSONNEL MANAGEMENT (OPM) HAS INFORMED
     US THAT THIS PROVIDER HAS BEEN EXCLUDED OR DEBARRED FROM PARTICIPATION IN THE
     FEDERAL EMPLOYEES HEALTH BENEFITS PROGRAM.  FEDERAL REGULATIONS PROHIBIT US
     FROM PAYING CLAIMS FOR SERVICES GIVEN BY EXCLUDED OR DEBARRED PROVIDERS.
     PLEASE NOTE THAT WE CAN ONLY HONOR CLAIMS FOR CARE GIVEN BY THIS PROVIDER UP
     TO 30 DAYS AFTER THE DATE OF THIS NOTIFICATION.  PLEASE REFER TO YOUR BLUE
     CROSS AND BLUE SHIELD SERVICE BENEFIT PLAN BROCHURE.

034--THIS PROVIDER HAS BEEN DEBARRED FROM THIS PROGRAM INDEFINITELY.  PLEASE REFER
     TO YOUR BLUE CROSS AND BLUE SHIELD SERVICE BENEFIT PLAN BROCHURE.

219--YOUR STANDARD OPTION COVERAGE PROVIDES BENEFITS ONLY FOR THE DENTAL SERVICES
     SPECIFICALLY DESCRIBED OR REFERENCED IN THE BLUE CROSS AND BLUE SHIELD
     SERVICE BENEFIT PLAN BROCHURE.  IT DOES NOT PAY BENEFITS FOR THESE DENTAL
     SERVICES.  YOU ARE RESPONSIBLE FOR THESE CHARGES.

---

| WHAT YOU OWE | | SUMMARY OF OUT-OF-POCKET EXPENSES FOR 2001 | | |
|---|---|---|---|---|
| | | | CATASTROPHIC PROTECTION | |
| | | CALENDAR YEAR DEDUCTIBLE | PPO | NON-PPO |
| CALENDAR YR DEDUCTIBLE | $ | | | |
| PER ADMISSION DEDUCTIBLE | $ | | | |
| COINSURANCE | $ | | | |
| COPAYMENT | $ | WHAT YOU HAVE PAID | | |
| NON-COVERED CHARGES | $ 1,008.00 | INDIVIDUAL | $105 | $105 |
| PRECERTIFICATION PENALTY | $ | FAMILY | | |
| | | ANNUAL MAXIMUM | | |
| TOTAL: | $ 1,008.00 | INDIVIDUAL | $3,000 | $5,000 |
| | | FAMILY | | |

Any resubmission of eligible expenses on this claim must be received no later than December 31 of the calendar year following the
date of service or 90 days from the process date on this form, whichever is later.

4C1-57012 - F Rev. 8/95



**Principal Financial Group**

July 13, 2005

Dr William Avery
4244 Benning Rd NE
Washington D.C. 20019

We have received notification that your contract with Insurance Dentists of America (IDOA) has been terminated.

Your contractual agreement with The Principal Plan Dental PPO states you must be a member of IDOA. Therefore, we are terminating your contract with The Principal Plan Dental PPO effective July 20, 2005.

If this information is not correct, **please contact IDOA at 1-800-336-8250.**

If you have any further questions, please feel free to contact me.

Sincerely,

Jennifer L Sorem
Dental Consultant
Group Non Medical
Phone 1-800-832-4450

711 High Street, Des Moines, Iowa 50392-0001 (515) 247-5111

S1-Group Insurance Division
Attn. Jennifer Kruml
Mutual of Omaha
Mutual of Omaha Plaza
Omaha, NE 68175-0001



July 27, 2005

Dr William Avery
4244 Benning Rd NE
Washington, DC 20019

RE: Mutually Preferred®
Dental (MPD) Program

Dear Dr. Avery,

We have received notification that your contract with Insurance Dentists of America (IDOA) has been terminated.

Your contractual agreement with Mutually Preferred Dental Program states you must be a member of IDOA. Therefore, we are terminating your contract with Mutually Preferred Dental Program effective August 5, 2005.

If this information is not correct, **please contact IDOA at 1-800-336-8250.**

If you have any further questions, please feel free to contact me.

Sincerely,

Authorized Representative
Mutually Preferred Dental (MPD) Network

Metropolitan Life Insurance Company
Group Dental and Vision Product Management
501 US Highway 22, Bridgewater, NJ 08807

**MetLife®**

Dr. WILLIAM AVERY
4244 BENNING RD NE
WASHINGTON, DC '20019

Re: MetLife Preferred Dentist Program

Dear Dr. AVERY:

This is to inform you that we are exercising our right to terminate our agreement with you for membership as a participating dentist in the MetLife Preferred Dentist Program. You are hereby notified that the Agreement is being terminated in accordance with the written notice of termination provision of the Agreement (Paragraph 10). The termination will be effective 10/27/2005.

The termination was due to the action taken by the Department of Health and Human Services or the State Board of Dental Examiners. This is in direct conflict with the MetLife PDP Selection Retention Program. Please be advised that Section 5 - Sanction Free Status of our Selection & Retention guidelines states:

- The license to practice dentistry must be free from any sanctions. A history of one or more sanctions represents adequate grounds for denying/terminating participation. Sanctions include: default on student loans; revocation or suspension of a license from any state or country; having license placed on probation, reprimanded, fined or having dental practice restricted by any state agency that disciplines providers; Medicare or Medicaid, reprimand, censure, disqualification or suspension; or conviction of or indictment for a felony, submission of erroneous or improper claims, or failure to comply with MetLife's application, selection or retention program.

In addition, the following will apply to all covered persons of the named employee groups listed in the Plan Sponsor List of the Agreement who are currently receiving dental care in your office:

- The Table of Maximum Allowable Charges (Fee Schedule) will be in effect for any treatment started prior to the above indicated effective date of termination and;

- Regarding any services for which a plan of treatment has been established but not initiated prior to the effective date of termination, you should immediately advise patients of the termination of your Agreement. This will inform the patients of their new financial liability prior to the start of treatment and will allow them to make informed choices regarding their dental care. This knowledge should help avoid any problems that could arise by reason of misunderstanding pertaining to financial responsibility for the treatment rendered.

If you have any questions, I can be reached at 1-866-438-5472 Ext. 2534. Thank you.

Sincerely,

Alan J. Vogel, DMD, MPH
National Dental Director
Dental Product Management

July 27, 2005



## Dental Benefit Providers

A UnitedHealth Group Company

**Corporate Headquarters**
7200 Wisconsin Avenue
Suite 800
Mail Route MD070-1000
Bethesda, MD 20814
301 654 6900
1 800 896 4831
Fax 301 986 7965

**West Coast**
425 Market Street
12th Floor
Mail Route CA035-1200
San Francisco, CA 94105
415 778 3800
Fax 415 778 3833

**Customer Inquiries**
1 800 445 9090
**Dentist Inquiries**
1 800 822 5353

www.dbp.com

April 29, 2002

Dr. William K. Avery                              <u>*via certified mail*</u>
4244 Benning Road NE
Washington, DC  20019

Re: Application for Participation in Dental Benefit Providers Network

Dear Dr. Avery,

During our quality review of credentialing files, it has come to our attention that you are currently under sanction and cannot treat patients participating with Medicare or State Health Care Programs.

Your continued participation with our network was discussed at the most recent Clinical Affairs Committee meeting on April 15, 2002. It was the Committee's decision to remove your name from our provider panel based on your current status, per DBP policy. This termination is effective immediately.

You can appeal the committee's decision in writing, including any additional information in support of your position to:

        Attention: CREDENTIALING APPEAL PROCESS
        Quality Management Department
        Dental Benefit Providers, Inc.
        7200 Wisconsin Avenue, Suite 800
        Bethesda, MD  20814

Sincerely,

Michael D. Weitzner, D.M.D., M.S.
Chair, Clinical Affairs Committee

Cc: File