```
                              EQUIFAX CREDIT INFORMATION SERVICES
     Please address all future   P O BOX 740256
     correspondence to this add   ATLANTA, GA 30374

                                    (800)448-2321

                                            DATE 01/07/97
WILLIAM KEVIN AVERY                         SOCIAL SECURITY NUMBER 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
1244 BENNING RD NE                          DATE OF BIRTH 09/07/59
WASHINGTON DC 20009

                                    TELEPHONE (202) 388-1575
```

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct. | Date Opened | Months Reviewed | Date Of Last Activity | High Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HEALTH RESOURCES & S<br>COLLECTION ACCOUNT | 750084481 | I | 10/94 | | 10/94 | 47K | | 56K | | I1 | 01/97 |
| AMERICAN EXPRESS TRA | 3719029865300 | I | 03/88 | 01 | 12/96 | 0 | | 0 | | 01 | 12/96 |
| CHRYSLER CREDIT<br>AUTO | 213-4940014 | I | 10/96 | | 11/96 | 17K | 42M | 17K | | I0 | 11/96 |
| DISCOVER CARD | 6011004670029426 | I | 08/87 | 99 | 08/96 | 7000 | 143 | 6842 | | R1 | 11/96 |
| >>> PRIOR PAYING HISTORY - 30(01)60(00)90+(00) 12/95-R2 <<<<br>CREDIT CARD<br>AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| AMERICAN EXPRESS /S | 3728230989700 | I | 05/88 | 01 | 11/96 | 2058 | | 2058 | | R1 | 11/96 |
| AMERICAN EXPRESS TRA | 3728230989700 | I | 05/88 | 01 | 11/96 | 779 | | 492 | | 01 | 11/96 |
| HECHT COMPANY | 17569915 | I | 01/96 | 11 | 11/96 | 173 | | 0 | | I1 | 12/96 |
| HECHTS | 17569915 | I | 03/91 | 53 | 11/96 | 376 | | 0 | | R1 | 12/96 |
| KAUFMANN'S | 12736625 | I | 07/92 | 52 | 11/96 | 269 | | 0 | | R1 | 12/96 |
| FIRST NORTH AMERICAN<br>CREDIT CARD<br>AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 550000464240 | I | 10/94 | 26 | 11/96 | 500 | | 0 | | R1 | 10/96 |
| CAPITAL ONE<br>CREDIT CARD | 5291071297725101 | I | 12/93 | 31 | 10/96 | 380 | | 0 | | R1 | 12/96 |
| T CONSUMERS NATI<br>CREDIT CARD<br>AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5421169102077115 | I | 03/91 | 49 | 11/96 | 3150 | 63 | 0 | | | |
| NORWEST MORTGAGE INC<br>REAL ESTATE MORTGAGE | 5067169 | I | 03/91 | 15 | 10/96 | 184K | 2K | 176K | | I1 | 10/96 |
| PHEAA/SLMA<br>STUDENT LOAN<br>PAID ACCOUNT/ZERO BALANCE | 9350438500199 | I | 09/82 | 43 | 08/90 | 28K | 437 | 0 | | I1 | 05/96 |
| PHEAA - HELP | 9350438514001 | I | 11/83 | 57 | 10/94 | 16K | 341 | 0 | | I5 | 05/96 |
| >>> PRIOR PAYING HISTORY - 30(00)60(00)90+(30) 09/94-I5,02/94-I5,01/94-I5 <<<<br>STUDENT LOAN<br>ACCOUNT TRANSFERRED OR SOLD | | | | | | | | | | | |
| EDUCATION LOAN SERVI<br>ACCOUNT TRANSFERRED OR SOLD<br>STUDENT LOAN | 93504385 | I | 02/87 | | 09/94 | 3000 | 47 | 0 | | I1 | 10/95 |
| EDUCATION LOAN SERVI<br>ACCOUNT TRANSFERRED OR SOLD<br>STUDENT LOAN | 93504385 | I | 10/84 | | 09/94 | 4210 | 69 | 0 | | I1 | 10/95 |
| EDUCATION LOAN SERVI<br>ACCOUNT TRANSFERRED OR SOLD<br>STUDENT LOAN | 93504385 | I | 11/83 | | 09/94 | 16K | 341 | 0 | | I1 | 10/95 |
| AMERICAN EXPRESS /S | 3719029865300 | I | 03/88 | 59 | 10/93 | 0 | | 0 | | R1 | 04/95 |
| UNIVERSITY OF MINNES<br>PAID CHARGE OFF | 1090276 | I | 12/88 | 36 | 06/91 | 2790 | 30 | 0 | | I9 | 01/95 |
| FIRST CONSUMERS NATI | 5421169100400350 | | 03/91 | | 08/94 | LOST OR STOLEN CARD | | | | | 12/94 |
| AVCO FINANCIAL SERVI | 45-012-898717065 | I | 11/91 | 21 | 09/93 | 4700 | 195 | 0 | | I1 | 09/93 |
| J C PENNEY<br>CHARGE | 6-082729644320 | I | 07/95 | 04 | 12/95 | 24 | | 0 | | R1 | 03/96 |
| HECHTS | 13938363 | I | 09/94 | 16 | 02/96 | 0 | | 0 | | R1 | 02/96 |

```
    >>> COLLECTION REPORTED 02/95; ASSIGNED 12/91 TO WILLIAM DEAN AND ASS (612)938-9222
        CLIENT-METRO AFFILIATE; AMOUNT-$2780; PAID 02/95; BALANCE-$0 02/95
        DATE OF LAST ACTIVITY 12/91; INDIVIDUAL; ACCOUNT NUMBER 1090276

    >>> COLLECTION REPORTED 08/96; ASSIGNED 07/95 TO ERMS-BLTARS-24 (410)653-7000
        CLIENT-LAUREL REGIONAL; AMOUNT-$308; PAID 08/96; BALANCE-$0 08/96
        DATE OF LAST ACTIVITY 01/95; INDIVIDUAL; ACCOUNT NUMBER 896843
```

31

```
Please address all future      EQUIFAX CREDIT INFORMATION SERVICES
correspondence to this ad      PO BOX 740256
                               ATLANTA, GA 30374

                               (800)448-2321
```

WILLIAM KEVIN AVERY
4244 BENNING RD NE
WASHINGTON DC 20009

DATE 01/07/97
SOCIAL SECURITY NUMBER 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

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct | Date Opened | Months Reviewed | Date Of Last Activity | High Credit | Terms | Items as of Date Reported | | | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Balance | Past Due | Status | |

```
>>>>>>>>>>>   COLLECTION AGENCY TELEPHONE NUMBER(S)    <<<<<<<<<<<<

   WILLIAM DEAN AND ASS(612)938-9222    ERMS-BLTARS-24      (410)653-7000


**********   ADDITIONAL INFORMATION   **********

FORMER/OTHER ADDRESS 1217 GOLF COURSES DR, MITCHELLVILLE, MD. 20721

LAST REPORTED EMPL - SLF EMP DDS

**********   COMPANIES THAT REQUESTED YOUR CREDIT HISTORY    **********

01/07/97 EQUIFAX - UPDATE                01/03/97 ACIS 701008188 915AA00018
12/23/96 CITIZENS BANK & TRUS            12/18/96 EQUIFAX - UPDATE
12/17/96 ASSOCIATES INVESTMEN            12/16/96 ACIS 612057034 915AA00018
12/12/96 AR AMERICAN EXPRESS             12/09/96 EQUIFAX - UPDATE
11/20/96 ACIS 611073456 915AA00018       11/19/96 ACIS 611066814 915AA00018
11/15/96 AR AMERICAN EXPRESS             11/14/96 EQUIFAX - UPDATE
11/11/96 PRM AMERICAN EXPRESS            11/10/96 NATIONSBANK BANKCARD
11/01/96 PRM UNITED LENDING GROUP        10/22/96 ACIS 610082654 915AA00018
10/22/96 NATIONSBANK BANKCARD            10/18/96 ACIS 610072286 915AA00018
10/18/96 EQUIFAX - UPDATE                10/18/96 SUBURBAN BANK OF MAR
10/17/96 CHRYSLER FINANCIAL C            10/17/96 CRESTAR BANK
10/16/96 TIDEWATER FINANCE CO            10/16/96 WHEATON DODGE CITY
10/14/96 AR FIRST NORTH AMERICAN         10/07/96 CITIZENS BANK & TRUS
10/01/96 FIRST USA                       09/21/96 MWCC/WARD
09/18/96 PRM AMERICAN EXPRESS            09/16/96 CITY FEDERAL FUNDING
09/13/96 DISCOVER CARD SERVIC            09/12/96 CITIBANK
09/05/96 EQUIFAX - UPDATE                08/26/96 EQUIFAX - UPDATE
08/21/96 ACIS 608080315 915AA00018       08/14/96 FK 401YG09232 NATL CREDIT
08/14/96 ACIS 608055890 915AA00018       08/02/96 HENNEPIN CTY ECON AS
07/30/96 EQUIFAX - DISCLOSURE            07/19/96 PRM FIRST DEPOSIT/CG MAR
05/10/96 CITICORP CO (NA)                04/07/96 DIRECT MERCH CR CARD
01/25/96 AMERICAN EXPRESS                12/26/95 AMERICAN PERSONAL CO
12/07/95 FK 801VS00402 CHILD SUPP        12/04/95 HENNEPIN CTY ECON AS
11/26/95 MWCC/WARD                       10/13/95 HENNEPIN CTY ECON AS
09/22/95 EQUIFAX - UPDATE                09/21/95 MBNA AMERICA
08/24/95 ACIS 508083887 915AA00018       07/27/95 EQUIFAX - DISCLOSURE
07/25/95 EQUIFAX - RISK MGT              07/21/95 EQUIFAX - RISK MGT
07/20/95 EQUIFAX - RISK MGT              06/26/95 FIRST GOVERNMENT MTG
05/04/95 EQUIFAX - DISCLOSURE            05/01/95 EQUIFAX - UPDATE
04/27/95 HENNEPIN CTY ECON AS            04/11/95 ACIS 504033582 915AA00018
04/06/95 EQUIFAX - UPDATE                03/31/95 MWCC/WARD
03/13/95 ACIS 503038078 915AA00018       03/10/95 EQUIFAX - UPDATE
02/13/95 ACIS 502037957 915AA00018       02/05/95 HOUSEHOLD BANK NA (I
02/05/95 AMERICAN GENERAL FIN            02/05/95 MARLO FURNITURE CO I
01/31/95 CITIBANK OF SOUTH DA            01/26/95 EQUIFAX - UPDATE
01/09/95 ACIS 501017076 915AA00018
```

Y82

PAGE 2 OF 3

32

correspondence to this address     P O BOX 740230
                                   ATLANTA, GA 30374

(800)448-2321

WILLIAM KEVIN AVERY                           DATE  01/07/97
4244 BENNING RD NE                            SOCIAL SECURITY NUMBER 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
WASHINGTON DC 20009

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct. | Date Opened | Months Re-viewed | Date Of Last Activity | High Credit | Terms | Items as of Date Reported | | | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Balance | Past Due | Status | |

CONSUMER STATEMENT ON FILE WITH:

EQUIFAX CREDIT INFORMATION SERVICES
5505 P TREE DUNWOODY RD NE STE 600
P O BOX 740241
ATLANTA, GA 30374

DATE RECORDED 08/96   DATE TO REMOVE  03/01
THE LATE PAY HISTORY FOR THE STUDENT LOANS IS BECAUSE THERE WAS A CASE OF RACIAL DISCRIMINAT
ION AND CORRUPT RECRUITMENT PRACTICES BY THE GRADUATE SCHOOL THAT I ATTENDED--UNDER MY ATTOR
NEYS CONSULT I COULD NOT PAY ANYONE OR RESPOND UNTIL THIS COURT CASE WAS SETTLED

EQUIFAX

33