JANUARY 31, 1997

WILLIAM KEVIN AVERY
4244 BENNING RD NE
WASHINGTON DC 20019

DEAR CUSTOMER,

PLEASE FIND ENCLOSED THE RESULTS OF YOUR REQUEST FOR EQUIFAX TO REINVESTIGATE CERTAIN ELEMENTS OF YOUR EQUIFAX CREDIT FILE. EQUIFAX CONTACTED EACH SOURCE DIRECTLY AND OUR INVESTIGATION IS NOW COMPLETED.

WE HAVE REVIEWED YOUR CURRENT ADDRESS. THE RESULTS ARE:

4244 BENNING RD NE
WASHINGTON DC 20019    PHONE: (202) 388-1575
DATE REPORTED: 12/96

THE CURRENT ADDRESS HAS BEEN ADDED/UPDATED PER THE INFORMATION YOU HAVE SUPPLIED.

HEALTH RESOURCES & SERVICE         ACCOUNT NUMBER:            750084481
DEPT OF HEALTH HUMAN SEVIC
5600 FISHERS LN
ROCKVILLE MD 20857

THIS ACCOUNT HAS BEEN UPDATED TO REPORT AS PAID.

WE HAVE REVIEWED YOUR CONCERNS AND OUR CONCLUSIONS ARE:

HENNEPIN COUNTY C0292732108530S7 IS NOT CURRENTLY REPORTING ON THE CREDIT FILE.

THANK YOU FOR GIVING EQUIFAX CREDIT INFORMATION SERVICES THE OPPORTUNITY TO SERVE YOU.

GLENN KING
P.O. BOX 740256
ATLANTA, GA 30374-0256

106

```
WILLIAM KEVIN AVE                    (888)395-3134
4244 BENNING RD N                    DATE 01/31/97
WASHINGTON DC 20019                  SOCIAL SECURITY NUMBER 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
                                     DATE OF BIRTH 09/07/59

                                     TELEPHONE (202) 388-1575
```

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct. | Date Opened | Months Reviewed | Date Of Last Activity | High Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HEALTH RESOURCES & S | 750084481 | I | 10/94 | | 10/94 | 47K | | 0 | 0 | I1 | 01/97 |
| CONSUMER DISPUTES-REINVESTIGATION IN PROCESS | | | | | | | | | | | |
| PHEAA/SLMA  STUDENT LOAN | 9350438500199 | I | 09/82 | 50 | 08/90 | 28K | 437 | 0 | | I1 | 12/96 |
| PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | | |
| PHEAA - HELP  STUDENT LOAN | 9350438514003 | I | 02/87 | 06 | 10/94 | 3000 | 47 | 0 | | I1 | 12/96 |
| ACCOUNT TRANSFERRED OR SOLD | | | | | | | | | | | |
| PHEAA - HELP  STUDENT LOAN | 9350438514002 | I | 10/84 | 06 | 10/94 | 4210 | 69 | 0 | | I1 | 12/96 |
| ACCOUNT TRANSFERRED OR SOLD | | | | | | | | | | | |
| PHEAA - HELP | 9350438514001 | I | 11/83 | 64 | 10/94 | 16K | 341 | 0 | | I5 | 12/96 |
| >>> PRIOR PAYING HISTORY - 30(00)60(00)90+(30) 09/94-I5,02/94-I5,01/94-I5 <<< STUDENT LOAN  ACCOUNT TRANSFERRED OR SOLD | | | | | | | | | | | |
| AMERICAN EXPRESS TRA | 3719029865300 | I | 03/88 | 01 | 01/97 | 0 | | 0 | | 01 | 01/97 |
| CHRYSLER CREDIT  AUTO | 213-4940014 | I | 10/96 | 02 | 12/96 | 17K | 403 | 16K | | I1 | 12/96 |
| DISCOVER CARD | 6011004670029426 | I | 08/87 | 99 | 11/96 | 7000 | 129 | 6147 | | R1 | 12/96 |
| >>> PRIOR PAYING HISTORY - 30(01)60(00)90+(00) 12/95-R2 <<<  CREDIT CARD  AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| FIRST NORTH AMERICAN  CREDIT CARD  AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 550000464240 | I | 10/94 | 27 | 11/96 | 500 | | 0 | | R1 | 01/97 |
| AMERICAN EXPRESS /S | 3728230989700 | I | 05/88 | 01 | 12/96 | 2090 | | 2090 | | R1 | 12/96 |
| AMERICAN EXPRESS TRA | 3728230989700 | I | 05/88 | 01 | 12/96 | 492 | | 492 | | 01 | 12/96 |
| CAPITAL ONE  CREDIT CARD | 5291071297725101 | I | 12/93 | 32 | 11/96 | 569 | | 569 | | R1 | 11/96 |
| HECHT COMPANY | 17569915 | I | 01/96 | 11 | 11/96 | 173 | | 0 | | I1 | 12/96 |
| HECHTS | 17569915 | I | 03/91 | 53 | 11/96 | 376 | | 0 | | R1 | 12/96 |
| KAUFMANN'S | 12736625 | I | 07/92 | 52 | 11/96 | 269 | | 0 | | R1 | 12/96 |
| FIRST CONSUMERS NATI  CREDIT CARD  AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5421169102077115 | I | 03/91 | 49 | 11/96 | 3150 | 63 | 0 | | R1 | 12/96 |
| NORWEST MORTGAGE, INC  REAL ESTATE MORTGAGE | 506716949 | I | 03/91 | 15 | 10/96 | 184K | 2K | 176K | | I1 | 10/96 |
| EDUCATION LOAN SERVI  ACCOUNT TRANSFERRED OR SOLD  STUDENT LOAN | 93504385 | I | 02/87 | | 09/94 | 3000 | 47 | 0 | | I1 | 10/95 |
| EDUCATION LOAN SERVI  ACCOUNT TRANSFERRED OR SOLD  STUDENT LOAN | 93504385 | I | 10/84 | | 09/94 | 4210 | 69 | 0 | | I1 | 10/95 |
| EDUCATION LOAN SERVI  ACCOUNT TRANSFERRED OR SOLD  STUDENT LOAN | 93504385 | I | 11/83 | | 09/94 | 16K | 341 | 0 | | I1 | 10/95 |
| AMERICAN EXPRESS /S | 3719029865300 | I | 03/88 | 59 | 10/93 | 0 | | 0 | | R1 | 04/95 |
| UNIVERSITY OF MINNES  PAID CHARGE OFF | 1090276 | I | 12/88 | 36 | 06/91 | 2790 | 30 | 0 | | I9 | 01/95 |
| FIRST CONSUMERS NATI | | | | | | | | | | | |

34

(888)395-3134

WILLIAM KEVIN AVERY
4244 BENNING RD NE
WASHINGTON DC 20019

DATE 01/31/97
SOCIAL SECURITY NUMBER 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

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct. | Date Opened | Months Re-viewed | Date Of Last Activity | High Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|

>>> COLLECTION REPORTED 08/96; ASSIGNED 07/95 TO ERMS-BALTIMORE-24 (800)944-8195
CLIENT-LAUREL REGIONAL; AMOUNT-$308; PAID 08/96; BALANCE-$0 08/96
DATE OF LAST ACTIVITY 01/95; INDIVIDUAL; ACCOUNT NUMBER 896843

>>>>>>>>>>>>>  COLLECTION AGENCY TELEPHONE NUMBER(S)    <<<<<<<<<<<<

WILLIAM DEAN AND ASS(612)938-9222    ERMS-BALTIMORE-24   (800)944-8195


**********  ADDITIONAL INFORMATION  **********

FORMER/OTHER ADDRESS 1217 GOLF COURSE, DR, MITCHELLVILLE, MD, 20721

FORMER/OTHER ADDRESS 1217 GOLF COURSE, DR, BOWIE, MD, 20721

LAST REPORTED EMPL - DENTIST, SELF EMPLOYED

**********  COMPANIES THAT REQUESTED YOUR CREDIT HISTORY  **********

```
01/31/97 EQUIFAX - UPDATE                01/30/97 JOHN DEERE CREDIT-PR
01/23/97 ACIS 701081408 915AA00018       01/23/97 DTC 801VS00402 CHILD SUPP
01/23/97 EQUIFAX - UPDATE                01/18/97 ASSOCIATES NATIONAL
01/16/97 ADVANTA FINANCIAL CO            01/15/97 CITY FEDERAL FUNDING
01/11/97 AMERICAN EXPRESS/OPT            01/08/97 ACIS 701023358 915AA00018
01/07/97 EQUIFAX - UPDATE                01/03/97 ACIS 701008188 915AA00018
12/23/96 CITIZENS BANK & TRUS            12/18/96 EQUIFAX - UPDATE
12/17/96 ASSOCIATES INVESTMEN            12/16/96 ACIS 612057034 915AA00018
12/12/96 AR  AMERICAN EXPRESS            12/03/96 EQUIFAX - UPDATE
11/20/96 ACIS 611073456 915AA00018       11/19/96 ACIS 611066814 915AA00018
11/14/96 EQUIFAX - UPDATE                11/11/96 PRM AMERICAN EXPRESS
11/10/96 NATIONSBANK BANKCARD            11/01/96 PRM UNITED LENDING GROUP
10/22/96 ACIS 610082654 915AA00018       10/22/96 NATIONSBANK BANKCARD
10/18/96 ACIS 610072286 915AA00018       10/18/96 EQUIFAX - UPDATE
10/18/96 SUBURBAN BANK OF MAR            10/17/96 CHRYSLER FINANCIAL C
10/17/96 CRESTAR BANK                    10/16/96 TIDEWATER FINANCE CO
10/16/96 WHEATON DODGE CITY              10/14/96 AR  FIRST NORTH AMERICAN
10/07/96 CITIZENS BANK & TRUS            10/01/96 FIRST USA
09/21/96 MWCC/WARD                       09/16/96 PRM AMERICAN EXPRESS
09/16/96 CITY FEDERAL FUNDING            09/13/96 DISCOVER CARD SERVIC
09/12/96 CITIBANK                        09/05/96 EQUIFAX - UPDATE
08/26/96 EQUIFAX - UPDATE                08/21/96 ACIS 608080315 915AA00018
08/14/96 FK 401YC09232 NAT CREDIT        08/14/96 ACIS 608055890 915AA00018
08/02/96 HENNEPIN CTY ECON AS            07/30/96 EQUIFAX - DISCLOSURE
07/13/96 PRM FIRST DEPOSIT/CG MAR        05/10/96 CITIBANK SD (NA)
04/07/96 DIRECT MERCH CR CARD            01/25/96 AMERICAN EXPRESS
12/26/95 AMERICAN PERSONAL CO            12/07/95 FK 801VS00402 CHILD SUPP
12/04/95 HENNEPIN CTY ECON AS            11/26/95 MWCC/WARD
10/13/95 HENNEPIN CTY ECON AS            09/22/95 EQUIFAX - UPDATE
09/21/95 MBNA AMERICA                    08/24/95 ACIS 508083887 915AA00018
07/27/95 EQUIFAX - DISCLOSURE            07/25/95 EQUIFAX - RISK MGT
07/21/95 EQUIFAX - RISK MGT              07/20/95 EQUIFAX - RISK MGT
06/26/95 FIRST GOVERNMENT MTG            05/04/95 EQUIFAX - DISCLOSURE
05/01/95 EQUIFAX - UPDATE                04/27/95 HENNEPIN CTY ECON AS
04/11/95 ACIS 504033582 915AA00018       04/06/95 EQUIFAX - UPDATE
03/31/95 MWCC/WARD                       03/13/95 ACIS 503038078 915AA00018
03/10/95 EQUIFAX - UPDATE                02/13/95 ACIS 502037957 915AA00018
02/05/95 HOUSEHOLD BANK NA (I            02/05/95 AMERICAN GENERAL FIN
02/05/95 MARLO FURNITURE CO I            01/31/95 CITIBANK OF SOUTH DA
```

35

(888)395-3134

WILLIAM KEVIN AVERY
4244 BENNING RD NE
WASHINGTON DC 20019

DATE  01/31/97
SOCIAL SECURITY NUMBER 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

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct. | Date Opened | Months Reviewed | Date Of Last Activity | High Credit | Terms | Items as of Date Reported | | | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Balance | Past Due | Status | |

CONSUMER STATEMENT ON FILE WITH:

EQUIFAX CREDIT INFORMATION SERVICES
5505 P TREE DUNWOODY RD NE STE 600
P O BOX 740241
ATLANTA, GA 30374

DATE RECORDED  08/96    DATE TO REMOVE  03/01
THE LATE PAY HISTORY FOR THE STUDENT LOANS IS BECAUSE THERE WAS A CASE OF RACIAL DISCRIMINATION AND CORRUPT RECRUITMENT PRACTICES BY THE GRADUATE SCHOOL THAT I ATTENDED--UNDER MY ATTORNEYS CONSULT I COULD NOT PAY ANYONE OR RESPOND UNTIL THIS COURT CASE WAS SETTLED

EQUIFAX

36