*Please address future*
*correspondence to this address* ➔

EQUIFAX CREDIT INFORMATION SERVICES
P O BOX 740256
ATLANTA, GA 30374

(800)947-8399

WILLIAM KEVIN AVERY
4244 BENNING RD NE
WASHINGTON DC 20019

DATE 04/25/97
SOCIAL SECURITY NUMBER 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
DATE OF BIRTH 09/07/59

TELEPHONE (202) 388-1575

# CREDIT HISTORY

| Company Name | Account Number | Whose Acct. | Date Opened | Months Re-viewed | Date Of Last Activity | High Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS /S | 3728230989700 | I | 05/88 | 01 | 03/97 | 283 | | O | | R1 | 04/97 |
| FIRST CONSUMERS NATI CREDIT CARD AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5421169102077115 | I | 03/91 | 52 | 04/97 | 3800 | 67 | O | | R1 | 04/97 |
| US DEPARTMENT OF EDU >>> PRIOR PAYING HISTORY - 30(00)60(00)90+(01) 03/97-I5 <<< STUDENT LOAN COLLECTION ACCOUNT | 21993090644170010 | M | 10/92 | 01 | | 38K | | 50K | 50K | I5 | 04/97 |
| HEALTH RESOURCES & S >>> PRIOR PAYING HISTORY - 30(00)60(00)90+(01) 03/97-I5 <<< COLLECTION ACCOUNT | 750084481 | I | 10/94 | 02 | 10/94 | 47K | | 56K | 56K | I5 | 04/97 |
| PHEAA/SLMA STUDENT LOAN PAID ACCOUNT/ZERO BALANCE | 9350438500199 | I | 09/82 | 53 | 08/90 | 28K | 437 | O | | I1 | 03/97 |
| PHEAA - HELP STUDENT LOAN ACCOUNT TRANSFERRED OR SOLD | 9350438514003 | I | 02/87 | 09 | 10/94 | 3000 | 47 | O | | I1 | 03/97 |
| PHEAA - HELP STUDENT LOAN ACCOUNT TRANSFERRED OR SOLD | 9350438514002 | I | 10/84 | 09 | 10/94 | 4210 | 69 | O | | I1 | 03/97 |
| PHEAA - HELP >>> PRIOR PAYING HISTORY - 30(00)60(00)90+(30) 09/94-I5,02/94-I5,01/94-I5 <<< STUDENT LOAN ACCOUNT TRANSFERRED OR SOLD | 9350438514001 | I | 11/83 | 67 | 10/94 | 16K | 341 | O | | I5 | 03/97 |
| CHRYSLER CREDIT AUTO | 213-4940014 | I | 10/96 | 05 | 03/97 | 17K | 403 | 15K | | I1 | 03/97 |
| NORWEST MORTGAGE INC PAID ACCOUNT/ZERO BALANCE REAL ESTATE MORTGAGE | 685716949 | I | 03/91 | 02 | 01/97 | 184K | 2K | O | | I1 | 02/97 |
| FIRST NORTH AMERICAN CREDIT CARD AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 550000464240 | I | 10/94 | 30 | 02/97 | 500 | | O | | R1 | 04/97 |
| AMERICAN EXPRESS TRA | 3728230989700 | I | 05/88 | 01 | 03/97 | O | | O | | O1 | 03/97 |
| AMERICAN INVESTMENT LINE OF CREDIT | 190062142 | I | 02/97 | | 03/97 | 12K | 50 | 969 | | RO | 03/97 |
| DISCOVER CARD >>> PRIOR PAYING HISTORY - 30(01)60(00)90+(00) 12/95-R2 <<< CREDIT CARD AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 6011004670029426 | I | 08/87 | 99 | 03/97 | 10K | 21 | O | | R1 | 03/97 |
| AMERICAN EXPRESS TRA | 3719029865300 | I | 03/88 | 01 | 03/97 | 1071 | | 1071 | | O1 | 03/97 |
| ~HT COMPANY | 17569915 | I | 01/96 | 14 | 02/97 | 173 | | O | | I1 | 03/97 |
| HECHTS | 17569915 | I | 03/91 | 56 | 02/97 | 376 | | O | | R1 | 03/97 |
| KAUFMANN'S | 12736625 | I | 07/92 | 55 | 02/97 | 269 | | O | | R1 | 03/97 |
| CAPITAL ONE CREDIT CARD | 5291071297725101 | I | 12/93 | 35 | 02/97 | 808 | 8 | 8 | | R1 | 02/97 |
| NORWEST MORTGAGE INC | 506716318 | I | 03/91 | 45 | 10/96 | 184K | 2K | 176K | | | |

37

P.O. BOX 740256
ATLANTA, GA 30374

(800)947-8399

WILLIAM KEVIN AVERY
4244 BENNING RD NE
WASHINGTON DC 20019

DATE 04/25/97
SOCIAL SECURITY NUMBER 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

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct. | Date Opened | Months Reviewed | Date Of Last Activity | High Credit | Terms | Items as of Date Reported | | | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Balance | Past Due | Status | |
| UNIVERSITY OF MINNES PAID CHARGE OFF | 1090276 | I | 12/88 | 36 | 06/91 | 2790 | 30 | 0 | | I9 | 01/95 |
| FIRST CONSUMERS NATI | 5421169100400350 | | 03/91 | | 08/94 | LOST OR STOLEN CARD | | | | | 12/94 |
| AVCO FINANCIAL SERVI | 45-012-898717065 | I | 11/91 | 21 | 09/93 | 4700 | 195 | 0 | | I1 | 09/93 |
| J C PENNEY CHARGE | 6-082729644320 | I | 07/95 | 04 | 12/95 | 24 | | 0 | | R1 | 03/96 |

>>> COLLECTION REPORTED 02/95;  ASSIGNED 12/91 TO WILLIAM DEAN AND ASS (612)938-9222
    CLIENT-METRO AFFILIATE;  AMOUNT-$2780;  PAID    ;  BALANCE-$0
    DATE OF LAST ACTIVITY 12/91;  INDIVIDUAL;  ACCOUNT NUMBER 1090276

>>> COLLECTION REPORTED 08/96;  ASSIGNED 07/95 TO ERMS-BALTIMORE-24 (800)944-8195
    CLIENT-LAUREL REGIONAL;  AMOUNT-$308;  PAID    ;  BALANCE-$0
    DATE OF LAST ACTIVITY 01/95;  INDIVIDUAL;  ACCOUNT NUMBER 896843

>>>>>>>>>>>>    COLLECTION AGENCY TELEPHONE NUMBER(S)    <<<<<<<<<<<<

    WILLIAM DEAN AND ASS(612)938-9222     ERMS-BALTIMORE-24   (800)944-8195


********** ADDITIONAL INFORMATION **********

FORMER/OTHER ADDRESS 1217 GOLF COURSES DR, MITCHELLVILLE, MD, 20721

LAST REPORTED EMPL - DENTIST, SELF EMPLOYED

********** COMPANIES THAT REQUESTED YOUR CREDIT HISTORY **********

```
04/25/97 EQUIFAX - UPDATE            04/09/97 ACIS 704033782 915AA00018
03/25/97 EQUIFAX - DISCLOSURE        02/28/97 AR   AMERICAN EXPRESS
02/25/97 AR  CAPITAL ONE             02/19/97 NOVUS/DISCOVER
02/17/97 AR  FIRST NORTH AMERICAN    02/13/97 MORTGAGE CREDIT REPO
02/05/97 EQUIFAX - UPDATE            02/05/97 AMERICAN INVEST BANK
01/31/97 EQUIFAX - UPDATE            01/30/97 JOHN DEERE CREDIT-PR
01/23/97 ACIS 701081408 915AA00018   01/23/97 DTC 801VS00402 CHILD SUPP
01/23/97 EQUIFAX - UPDATE            01/18/97 ASSOCIATES NATIONAL
01/16/97 ADVANTA FINANCIAL CO        01/15/97 CITY FEDERAL FUNDING
01/11/97 AMERICAN EXPRESS/OPT        01/08/97 ACIS 701023358 915AA00018
01/07/97 EQUIFAX - UPDATE            01/03/97 ACIS 701008188 915AA00018
12/23/96 CRESTAR BANK                12/18/96 EQUIFAX - UPDATE
12/17/96 ASSOCIATES INVESTMEN        12/16/96 ACIS 612057034 915AA00018
12/12/96 AR  AMERICAN EXPRESS        12/03/96 EQUIFAX - UPDATE
11/20/96 ACIS 611073456 915AA00018   11/19/96 ACIS 611066814 915AA00018
11/14/96 EQUIFAX - UPDATE            11/11/96 PRM AMERICAN EXPRESS
11/10/96 NATIONSBANK BANKCARD        11/01/96 PRM UNITED LENDING GROUP
10/22/96 ACIS 610082654 915AA00018   10/22/96 NATIONSBANK BANKCARD
10/18/96 ACIS 610072286 915AA00018   10/18/96 EQUIFAX - UPDATE
10/18/96 SUBURBAN BANK OF MAR        10/17/96 CHRYSLER FINANCIAL C
10/17/96 CRESTAR BANK                10/16/96 TIDEWATER FINANCE CO
10/16/96 WHEATON DODGE CITY          10/14/96 AR   FIRST NORTH AMERICAN
10/07/96 CRESTAR BANK                10/01/96 FIRST USA
09/21/96 MWCC/WARD                   09/16/96 PRM AMERICAN EXPRESS
09/16/96 CITY FEDERAL FUNDING        09/13/96 NOVUS/DISCOVER
09/12/96 CITIBANK                    09/05/96 EQUIFAX - UPDATE
08/26/96 EQUIFAX - UPDATE            08/21/96 ACIS 608080315 915AA00018
08/14/96 FK 401YC09232 NAT CREDIT    08/14/96 ACIS 608055880 915AA00018
08/02/96 HENNEPIN CTY ECON AS        07/30/96 EQUIFAX - DISCLOSURE
07/13/96 PRM FIRST DEPOSIT/CG MAR    05/10/96 CITIBANK SD (NA)
04/07/96 DIRECT MERCH CR CARD        01/25/96 AMERICAN EXPRESS
12/26/95 AMERICAN PERSONAL CO        12/07/95 FK 801VS00402 CHILD SUPP
12/04/95 HENNEPIN CTY ECON AS        11/26/95 MWCC/WARD
10/13/95 HENNEPIN CTY ECON AS        09/22/95 EQUIFAX - UPDATE
09/21/95 MBNA AMERICA                08/21/95 ACIS 508083867 915AA00018
```

38

*Please address all future correspondence to this address*

EQUIFAX CREDIT INFORMATION SERVICES
BOX 740256
ATLANTA, GA 30374

(800)947-8399

WILLIAM KEVIN AVERY
4244 BENNING RD NE
WASHINGTON DC 20019

DATE  04/25/97
SOCIAL SECURITY NUMBER 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

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct. | Date Opened | Months Re-viewed | Date Of Last Activity | High Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|

CONSUMER STATEMENT ON FILE WITH:

EQUIFAX CREDIT INFORMATION SERVICES
5505 P TREE DUNWOODY RD NE STE 600
P O BOX 74024
ATLANTA, GA 30374

DATE RECORDED  08/96    DATE TO REMOVE  03/01
THE LATE PAY HISTORY FOR THE STUDENT LOANS IS BECAUSE THERE WAS A CASE OF RACIAL DISCRIMINATION AND CORRUPT RECRUITMENT PRACTICES BY THE GRADUATE SCHOOL THAT I ATTENDED--UNDER MY ATTORNEYS CONSULT I COULD NOT PAY ANYONE OR RESPOND UNTIL THIS COURT CASE WAS SETTLED

EQUIFAX

39