```
                                        (800)807-3848
WILLIAM KEVIN AVERY                     DATE 08/07/97
4244 BENNING RD NE                      SOCIAL SECURITY NUMBER 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
WASHINGTON DC 20019                     DATE OF BIRTH 09/07/59

                                            TELEPHONE (202) 388-1575
```

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct | Date Opened | Months Reviewed | Date Of Last Activity | High Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS TRA | 3719029865300 | I | 03/88 | 01 | 07/97 | 1077 | | 1077 | | 01 | 07/97 |
| CAPITAL ONE<br>    CREDIT CARD | 5291071297725101 | I | 12/93 | 39 | 06/97 | 808 | 10 | 269 | | R1 | 06/97 |
| DISCOVER CARD<br>  &gt;&gt;&gt; PRIOR PAYING HISTORY - 30(01)60(00)90+(00) 11/95-R2 &lt;&lt;&lt;<br>    CREDIT CARD<br>    AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 6011004670029426 | I | 08/87 | 99 | 07/97 | 10K | 5 | 5 | | R1 | 07/97 |
| FIRST NORTH AMERICAN<br>    CREDIT CARD<br>    AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 550000464240 | I | 10/94 | 33 | 02/97 | 500 | | 0 | | R1 | 07/97 |
| CHRYSLER CREDIT<br>    AUTO | 213-4940014 | I | 10/96 | 08 | 06/97 | 17K | 403 | 14K | | I1 | 06/97 |
| HEALTH RESOURCES & S<br>  &gt;&gt;&gt; PRIOR PAYING HISTORY - 30(00)60(00)90+(01) 03/97-I5 &lt;&lt;&lt;<br>    COLLECTION ACCOUNT | 750084481 | I | 10/94 | 03 | 10/94 | 83K | | 59K | 59K | I5 | 05/97 |
| PHEAA - HELP<br>    STUDENT LOAN<br>    ACCOUNT TRANSFERRED OR SOLD | 9350438514003 | I | 02/87 | 11 | 10/94 | 3000 | 47 | 0 | | I | 05/97 |
| PHEAA - HELP<br>    STUDENT LOAN<br>    ACCOUNT TRANSFERRED OR SOLD | 9350438514002 | I | 10/84 | 11 | 10/94 | 4210 | 69 | 0 | | I | 05/97 |
| PHEAA - HELP<br>  &gt;&gt;&gt; PRIOR PAYING HISTORY - 30(00)60(00)90+(30) 09/94-I5,02/94-I5,01/94-I5 &lt;&lt;&lt;<br>    STUDENT LOAN<br>    ACCOUNT TRANSFERRED OR SOLD | 9350438514001 | I | 11/83 | 69 | 10/94 | 16K | 341 | 0 | | I5 | 05/97 |
| AMERICAN EXPRESS /S | 3728230989700 | I | 05/88 | 01 | 06/97 | 0 | | 0 | | R1 | 06/97 |
| AMERICAN EXPRESS TRA | 3728230989700 | I | 05/88 | 01 | 06/97 | 0 | | 0 | | 01 | 06/97 |
| FCNB PREFERRED CHARG<br>    CHARGE<br>    AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5116464008 | I | 04/97 | 01 | 06/97 | 250 | | 0 | | R1 | 06/97 |
| HECHT COMPANY | 17569915 | I | 01/96 | 17 | 06/97 | 173 | | 0 | | I1 | 06/97 |
| HECHTS | 17569915 | I | 03/91 | 59 | 06/97 | 376 | 25 | 84 | | R1 | 06/97 |
| AMERICAN INVESTMENT<br>    LINE OF CREDIT | 190062142 | I | 02/97 | 03 | 06/97 | 12K | 200 | 10K | | R1 | 06/97 |
| US DEPARTMENT OF EDU<br>  &gt;&gt;&gt; PRIOR PAYING HISTORY - 30(00)60(00)90+(01) 03/97-I5 &lt;&lt;&lt;<br>    STUDENT LOAN<br>    COLLECTION ACCOUNT | 21993090644170010 | M | 10/92 | 03 | | 38K | | 38K | 38K | I5 | 06/97 |
| FIRST CONSUMERS NATI<br>    CREDIT CARD<br>    AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5421169102077115 | I | 03/91 | 54 | 05/97 | 3800 | | 0 | | R1 | 06/97 |
| KAUFMANN'S | 12736625 | I | 07/92 | 56 | 04/97 | 269 | | 0 | | R1 | 04/97 |
| NORWEST MORTGAGE INC<br>    PAID ACCOUNT/ZERO BALANCE<br>    REAL ESTATE MORTGAGE | 685716949 | I | 03/91 | 02 | 01/97 | 184K | 2K | 0 | | I1 | 02/97 |
| EDUCATION LOAN SERVI<br>    ACCOUNT TRANSFERRED OR SOLD<br>    STUDENT LOAN | 93504385 | I | 02/87 | | 09/94 | 3000 | 47 | 0 | | I | 10/95 |
| EDUCATION LOAN SERVI<br>    ACCOUNT TRANSFERRED OR SOLD<br>    STUDENT LOAN | 93504385 | I | 10/84 | | 09/94 | 4210 | 69 | 0 | | I | 10/95 |
| EDUCATION LOAN SERVI<br>    ACCOUNT TRANSFERRED OR SOLD<br>    STUDENT LOAN | 93504385 | I | 11/83 | | 09/94 | 16K | 341 | 0 | | I | 10/95 |
| AMERICAN EXPRESS /S | 3719029865300 | I | 03/88 | 59 | 10/93 | 0 | | 0 | | R1 | 04/95 |
| UNIVERSITY OF MINNES<br>    PAID CHARGE OFF | 1090276 | I | 12/88 | 36 | 06/91 | 2790 | 30 | 0 | | I9 | 01/95 |

Z97

PAGE 1 OF 3

FORM EISC07

40

WILLIAM KEVIN AVERY  
4244 BENNING RD NE  
WASHINGTON DC 20019

DATE 08/07/97  
SOCIAL SECURITY NUMBER 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

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct | Date Opened | Months Reviewed | Date Of Last Activity | High Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FIRST CONSUMERS NATI | 542116910040035O | | 03/91 | | 08/94 | LOST OR STOLEN CARD | | | | | 12/94 |
| AVCO FINANCIAL SERVI | 45-012-898717065 | I | 11/91 | 21 | 09/93 | 4700 | 195 | 0 | | I1 | 09/93 |
| J C PENNEY CHARGE | 6-082729644320 | I | 07/95 | 04 | 12/95 | 24 | | 0 | | R1 | 03/96 |

```
    >>> COLLECTION REPORTED 02/95;  ASSIGNED 12/91 TO WILLIAM DEAN AND ASS (612)938-9222
        CLIENT-METRO AFFILIATE;  AMOUNT-$2780;  PAID        ;  BALANCE-$0
        DATE OF LAST ACTIVITY 12/91;  INDIVIDUAL;  ACCOUNT NUMBER 1090276

    >>> COLLECTION REPORTED 08/96;  ASSIGNED 07/95 TO ERMS-BALTIMORE-24 (800)944-8195
        CLIENT-LAUREL REGIONAL;  AMOUNT-$308;  PAID        ;  BALANCE-$0
        DATE OF LAST ACTIVITY 01/95;  INDIVIDUAL;  ACCOUNT NUMBER 896843

    >>>>>>>>>>>     COLLECTION AGENCY TELEPHONE NUMBER(S)      <<<<<<<<<<<<

        WILLIAM DEAN AND ASS(612)938-9222      ERMS-BALTIMORE-24   (800)944-8195


        *********   ADDITIONAL INFORMATION    **********

        FORMER/OTHER ADDRESS 1217 GOLF COURSE, DR. BOWIE, MD. 20721

        LAST REPORTED EMPL - WILLIAM K AVERY DDS

        FORMER EMPLOYMENT - DENTIST, SELF EMPLOYED

        *********   COMPANIES THAT REQUESTED YOUR CREDIT HISTORY   **********
        08/07/97 EQUIFAX - DISCLOSURE              07/15/97 PRM FIRST DEPOSIT/CG MAR
        07/01/97 FIRST USA BANK                    06/27/97 AR  FIRST NORTH AMERICAN
        06/19/97 AR  AMERICAN EXPRESS              06/15/97 PRM FIRST DEPOSIT/CG MAR
        05/18/97 PRM FIRST DEPOSIT/CG MAR          05/13/97 AVONDALE FEDERAL SAV
        05/08/97 THE CREDIT NETWORK                05/06/97 MORTGAGE CREDIT REPO
        04/30/97 FK 491Z880119 CAPITAL             04/30/97 CAPITAL CONSULTING C
        04/26/97 FIRST CONSUMERS NATI              04/25/97 EQUIFAX - UPDATE
        04/22/97 AR  AMERICAN EXPRESS              04/11/97 AR  AMERICAN EXPRESS
        04/09/97 ACIS 704033782 915AA00018         04/09/97 PRM TELE-MAIL,INC
        03/25/97 EQUIFAX - DISCLOSURE              02/28/97 AR  AMERICAN EXPRESS
        02/25/97 AR  CAPITAL ONE                   02/19/97 NOVUS/DISCOVER
        02/17/97 AR  FIRST NORTH AMERICAN          02/13/97 MORTGAGE CREDIT REPO
        02/05/97 EQUIFAX - UPDATE                  02/05/97 AMERICAN INVEST BANK
        01/31/97 EQUIFAX - UPDATE                  01/30/97 JOHN DEERE CREDIT-PR
        01/23/97 ACIS 701081408 915AA00018         01/23/97 DTC 801VS00402 CHILD SUPP
        01/23/97 EQUIFAX - UPDATE                  01/18/97 ASSOCIATES NATIONAL
        01/16/97 ADVANTA FINANCIAL CO              01/15/97 CITY FEDERAL FUNDING
        01/11/97 AMERICAN EXPRESS/OPT              01/08/97 ACIS 701023358 915AA00018
        01/07/97 EQUIFAX - UPDATE                  01/03/97 ACIS 701008188 915AA00018
        12/23/96 CRESTAR BANK                      12/18/96 EQUIFAX - UPDATE
        12/17/96 ASSOCIATES INVESTMEN              12/16/96 ACIS 612057034 915AA00018
        12/12/96 AR  AMERICAN EXPRESS              12/03/96 EQUIFAX - UPDATE
        11/20/96 ACIS 611073456 915AA00018         11/19/96 ACIS 611066814 915AA00018
        11/14/96 EQUIFAX - UPDATE                  11/11/96 PRM AMERICAN EXPRESS
        11/10/96 NATIONSBANK BANKCARD              11/01/96 PRM UNITED LENDING GROUP
        10/22/96 ACIS 610082654 915AA00018         10/22/96 NATIONSBANK BANKCARD
        10/18/96 ACIS 610072286 915AA00018         10/18/96 EQUIFAX - UPDATE
        10/18/96 SUBURBAN BANK OF MAR              10/17/96 CHRYSLER FINANCIAL C
        10/17/96 CRESTAR BANK                      10/16/96 TIDEWATER FINANCE CO
        10/16/96 WHEATON DODGE CITY                10/14/96 AR  FIRST NORTH AMERICAN
        10/07/96 CRESTAR BANK                      10/01/96 FIRST USA BANK
        09/21/96 MONTGOMERY WARD/MBGA              09/16/96 CITY FEDERAL FUNDING
        09/13/96 NOVUS/DISCOVER                    09/12/96 CITIBANK
        09/05/96 EQUIFAX - UPDATE                  08/26/96 EQUIFAX - UPDATE
        08/21/96 ACIS 608080315 915AA00018         08/14/96 FK 401YC09232 NAT CREDIT
        08/04/96 ACIS 608055890 915AA00018         08/02/96 HENNEPIN CTY ECON AS
        07/30/96 EQUIFAX - DISCLOSURE              05/10/96 CITIBANK SD (NA)
        04/07/96 DIRECT MERCH CR CARD              01/25/96 AMERICAN EXPRESS
        12/26/95 AMERICAN PERSONAL CO              12/07/95 FK 801VS00402 CHILD SUPP
        12/04/95 HENNEPIN CTY ECON AS              11/26/95 MONTGOMERY WARD/MBGA
        10/13/95 HENNEPIN CTY ECON AS              09/22/95 EQUIFAX - UPDATE
        09/21/95 MBNA AMERICA                      08/24/95 ACIS 508083887 915AA00018
```

41

(800)807-3848

DATE 08/07/97
SOCIAL SECURITY NUMBER 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

WILLIAM KEVIN AVERY
4244 BENNING RD NE
WASHINGTON DC 20019

# CREDIT HISTORY

| Company Name | Account Number | Whose Acct | Date Opened | Months Reviewed | Date Of Last Activity | High Credit | Terms | Items as of Date Reported | | | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Balance | Past Due | Status | |

CONSUMER STATEMENT ON FILE WITH:

EQUIFAX CREDIT INFO SERVICES
1829 REISTERTOWN RD
BALTIMORE, MD 21208

DATE RECORDED 08/96   DATE TO REMOVE 03/01
THE LATE PAY HISTORY FOR THE STUDENT LOANS IS BECAUSE THERE WAS A CASE OF RACIAL DISCRIMINAT
ION AND CORRUPT RECRUITMENT PRACTICES BY THE GRADUATE SCHOOL THAT I ATTENDED--UNDER MY ATTOR
NEYS CONSULT I COULD NOT PAY ANYONE OR RESPOND UNTIL THIS COURT CASE WAS SETTLED

EQUIFAX