P.O. Box 740256
Atlanta, GA 30374

3/98

March 20, 1998

000031391-432   4   145
William K Avery
4244 Benning Rd NE
Washington, DC 20019-4549

Dear William K Avery:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file. Equifax contacted each source directly and our investigation is now completed. Enclosed is an updated copy of your credit file.

## Results of Your Investigation

We have researched the credit account. The results are:

Health Resources & Service     Account Number: 750084481
Dept of Health Human Sevic
5600 Fishers Ln
Rockville, MD 20857
Phone Number: (301) 443-2065

THIS CREDITOR HAS VERIFIED TO EQUIFAX THAT THE ACCOUNT INFORMATION IS BEING REPORTED CORRECTLY.

We have researched the credit account. The results are:

US Dept of Education     Account Number: 21993090644170010
50 United Nations Plaza
San Francisco, CA 94102-4912

YOUR CONCERN REGARDING THIS ITEM HAS BEEN NOTED ON THE CREDIT FILE.  — "Reinvestigation in process"

Thank you for giving Equifax Credit Information Services the opportunity to serve you.

Glenn King
P.O. Box 740256
Atlanta, GA 30374-0256

*[Handwritten:]* See page 2
Their verified debt now reads
$82,682.00

Dept of Educ. debt now reads
$38,155

108

# CREDIT FILE

*Personal Identification Information*                                                               March 20, 1998

William Kevin Avery
4244 Benning Rd NE
Washington, DC 20019

Social Security #: 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
Date of Birth: September 7th, 1959

Previous Address(es):
   1217 Golf Course Drive, Mitchellville, MD 20721
   4244 Benning Rd, Washington, DC 20019  (202) 388-1575

Last Reported Employment:  Self-Employed, Dentist

*Collection Agency Account Information*

**ERM Baltimore-Bltars (410) 653-7041**
   Collection Reported 08/96; Assigned 07/95 to ERM Baltimore-Bltars (410) 653-7041
   Client - Laurel Regional; Amount - $308; Paid; Balance - $0
   Date of Last Activity 01/95; Individual Account; Account Number 896843

**William Dean And Associates (612) 938-9222**
   Collection Reported 02/95; Assigned 12/91 to William Dean And Associates (612) 938-9222
   Client - Metro Affiliate; Amount - $2780; Paid; Balance - $0
   Date of Last Activity 12/91; Individual Account; Account Number 1090276

*edit Account Information*

| Company Name | Account Number | Whose Acct | Date Opened | Months Reviewed | Date of Last Activity | High Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| American Express | 3728230989700 | I | 05/88 | 1 | 02/98 | $627 | | $627 | | R1 | 02/98 |
| American Express | 3728230989700 | I | 05/88 | 1 | 02/98 | $597 | | $597 | | 01 | 02/98 |
| American Express | 3719029865300 | I | 03/88 | 1 | 02/98 | $0 | | $0 | | 01 | 02/98 |
| American Express | 3719029865300 | I | 03/88 | 59 | 10/93 | $0 | | $0 | | R1 | 04/95 |
| American Investment | 190062142 | I | 02/97 | 10 | 12/97 | $12000 | 213 | $11726 | | I1 | 01/98 |
| Avco Financial Servi | 45-012-898717065 | I | 11/91 | 21 | 09/93 | $4700 | 195 | $0 | | I1 | 09/93 |
| Capital One   CREDIT CARD | 5291071297725101 | I | 12/93 | 46 | 12/97 | $825 | | $0 | | R1 | 01/98 |
| Chrysler Credit   AUTO | 213-4940014 | I | 10/96 | 16 | 02/98 | $16953 | 42M | $10894 | | I1 | 02/98 |
| Discover Card | 6011004670029426 | I | 08/87 | 99 | 11/97 | $0 | | $0 | | R1 | 02/98 |

   Previous Payment History:  1 Time 30 days late
   Previous Status: 11/95 - R2
   CREDIT CARD
   AMOUNT IN H/C COLUMN IS CREDIT LIMIT

(Continued on reverse)
Page 1 of 3

| any Name | Account Number | Whose | Date Opened | Months Reviewed | Date of Last Activity | High Credit | Terms | Items as of Date Reported Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ition Loan Servi<br>ACCOUNT TRANSFERRED OR SOLD<br>STUDENT LOAN | 93504385 | I | 02/87 | | 09/94 | $3000 | | $0 | | I | 10/95 |
| `oan Servi<br>`OUNT TRANSFERRED OR SOLD<br>STUDENT LOAN | 93504385 | I | 10/84 | | 09/94 | $4210 | 69 | $0 | | I | 10/95 |
| ation Loan Servi<br>ACCOUNT TRANSFERRED OR SOLD<br>STUDENT LOAN | 93504385 | I | 11/83 | | 09/94 | $15990 | 341 | $0 | | I | 10/95 |
| Preferred Charg<br>CHARGE<br>AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5116464008 | I | 04/97 | 3 | 08/97 | $250 | | $0 | | R1 | 08/97 |
| Consumers Nati<br>CREDIT CARD<br>AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5421169102077115 | I | 03/91 | 62 | 12/97 | $4600 | | $0 | | R1 | 02/98 |
| Consumers Nati | 5421169100400350 | | 03/91 | | 08/94 | Lost or Stolen Card | | | | | 12/94 |
| North American<br>CREDIT CARD<br>AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 550000464240 | I | 10/94 | 40 | 11/97 | $500 | | $0 | | R1 | 02/98 |
| h Resources & S<br>Previous Payment History: 2 Times 90 + days late<br>CONSUMER DISPUTES-REINVESTIGATION IN PROCESS | 750084481 | I | 10/94 | 3 | 10/94 | $82682 | | $61855 | $61855 | I5 | 02/98 |
| t Company | 17569915 | I | 01/96 | 25 | 04/96 | $173 | | $0 | | I1 | 02/98 |
| its | 17569915 | I | 03/91 | 67 | 06/97 | $376 | | $0 | | R1 | 02/98 |
| ey<br>CHARGE | 6-082729644320 | I | 07/95 | 4 | 12/95 | $24 | | $0 | | R1 | 03/96 |
| ves. ...ortgage Inc<br>PAID ACCOUNT/ZERO BALANCE<br>REAL ESTATE MORTGAGE | 685716949 | I | 03/91 | 2 | 01/97 | $184K | 2000 | $0 | | I1 | 02/97 |
| AA - Help<br>STUDENT LOAN<br>ACCOUNT TRANSFERRED OR SOLD | 9350438514003 | I | 02/87 | 20 | 10/94 | $3000 | 47 | $0 | | I | 02/98 |
| AA - Help<br>STUDENT LOAN<br>ACCOUNT TRANSFERRED OR SOLD | 9350438514002 | I | 10/84 | 20 | 10/94 | $4210 | 69 | $0 | | I | 02/98 |
| AA - Help<br>Previous Payment History: 30 Times 90 + days late<br>Previous Status: 09/94 - I5; 02/94 - I5; 01/94 - I5<br>STUDENT LOAN<br>ACCOUNT TRANSFERRED OR SOLD | 9350438514001 | I | 11/83 | 78 | 10/94 | $15990 | 341 | $0 | | I5 | 02/98 |
| Department of Edu<br>Previous Payment History: 3 Times 90 + days late<br>Previous Status: 09/97 - I5; 06/97 - I5; 03/97 - I5<br>CONSUMER DISPUTES-REINVESTIGATION IN PROCESS | 21993090644170010 | M | 10/92 | 7 | | $38155 | | $38155 | $38155 | I5 | 01/98 |

(Continued on next page)
Page 2 of 3

805109085-V51-000031391-432

44

**CREDIT FILE**

March 20, 1998

**...anies that Requested your Credit File**

| | |
|---|---|
| 03/.. .edbg CR Bur Inc / ELDER MORTGAGE | 02/28/98 Household Bank Na (il) |
| 28/98 Marlo Furniture | 02/20/98 Equifax - Disclosure / ACIS 805109085 |
| 14/98 Equifax - Update | 02/02/98 AR-At&T Risk Management |
| 27/98 Equifax - Disclosure / ACIS 802709810 | 01/23/98 PRM-Citicorp Gold ML |
| 22/98 AR-American Express | 01/17/98 AR-First North American Natio |
| 10/97 PRM-American Express | 11/20/97 AR-American Express |
| 26/97 Master Collectors | 09/17/97 PRM-American Express |
| 09/97 Equifax - Update | 08/29/97 Birchwood Credit Services |
| 28/97 AR-Capital One | 08/12/97 Equifax - Disclosure / ACIS 708045429 |
| 07/97 Equifax - Disclosure | 07/22/97 AR-Associates Fin Credit Card |
| 15/97 PRM-First Deposit/Cg Marketin | 07/01/97 PRM-Fingerhut Corporation |
| 01/97 First USA Bank | 06/27/97 AR-First North American Natio |
| 15/97 PRM-First Deposit/Cg Marketin | 05/18/97 PRM-First Deposit/Cg Marketin |
| 13/97 Avondale Federal Savings Bank | 05/08/97 The Credit Network |
| 06/97 Mortgage Credit Reports | 04/30/97 FK-Capital Consulting Corp. / CAPITAL |
| 30/97 Capital Consulting Corp. | 04/26/97 First Consumers National Bank |
| 25/97 Equifax - Update | 04/09/97 Equifax - Disclosure / ACIS 704033782 |
| 09/97 PRM-Tele-Mail,Inc. | 03/25/97 Equifax - Disclosure |
| 19/97 Novus/Discover | 02/13/97 Mortgage Credit Reports, Inc. |
| 05/97 Equifax - Update | 02/05/97 American Invest Bank Executiv |
| 31/97 Equifax - Update | 01/30/97 John Deere Credit-Pref Resour |
| 23/97 Equifax - Disclosure / ACIS 701081408 | 01/23/97 Equifax - Update |
| 18/97 Associates National Bank (de) | 01/16/97 Advantanational Bank |
| 15/97 City Federal Funding | 01/11/97 American Express/Optima |
| 08/97 Equifax - Disclosure / ACIS 701023358 | 01/07/97 Equifax - Update |
| 03/97 Equifax - Disclosure / ACIS 701008188 | 12/23/96 Crestar Bank |
| 18/96 Equifax - Update | 12/17/96 Associates Investment Corp-Cp |
| ...96 Equifax - Disclosure / ACIS 612057034 | 12/03/96 Equifax - Update |
| ...6 Equifax - Disclosure / ACIS 611073456 | 11/19/96 Equifax - Disclosure / ACIS 611066814 |
| ... Equifax - Update | 11/10/96 Nationsbank Bankcard |
| /2.. Equifax - Disclosure / ACIS 610082654 | 10/22/96 Nationsbank Bankcard |
| /18/96 Equifax - Disclosure / ACIS 610072286 | 10/18/96 Equifax - Update |
| /18/96 Suburban Bank of Maryland | 10/17/96 Chrysler Financial Corporatio |
| /17/96 Crestar Bank | 10/16/96 Tidewater Finance Company |
| /16/96 Wheaton Dodge City | 10/07/96 Crestar Bank |
| /01/96 First USA Bank | 09/21/96 Montgomery Ward/MBGA |
| /16/96 City Federal Funding & Morg C | 09/13/96 Novus/Discover |
| /12/96 Citibank | 09/05/96 Equifax - Update |
| /26/96 Equifax - Update | 08/21/96 Equifax - Disclosure / ACIS 608080315 |
| /14/96 FK-Nationwide Credit Inc / NAT CREDIT | 08/14/96 Equifax - Disclosure / ACIS 608055890 |
| /02/96 Hennepin Cty Econ Asst Dept | 07/30/96 Equifax - Disclosure |
| 5/10/96 Citibank SD (na) | 04/07/96 Direct Merch CR Card Bk |

45