
Equifax Credit Information Services
P. O. Box 10551
Atlanta, GA 30348
1(800) 440-5059

# CREDIT FILE

*Personal Identification Information*                                    *May 7, 1998*

William Kevin Avery
4244 Benning Rd NE
Washington, DC 20019

Social Security #: 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
Date of Birth: September 7th, 1959
Telephone: (202) 388-1575

Previous Address(es):
    1217 Golf Course Drive, Mitchellville, MD 20721

Last Reported Employment:  Self-Employed, Dentist

## Collection Agency Account Information

**ERM Baltimore-Bltars (410) 653-7041**
    Collection Reported 08/96; Assigned 07/95 to ERM Baltimore-Bltars (410) 653-7041
    Client - Laurel Regional; Amount - $308; Paid; Balance - $0
    Date of Last Activity 01/95; Individual Account; Account Number 896843

**Credit Management (612) 938-9222**
    Collection Reported 02/95; Assigned 12/91 to Credit Management (612) 938-9222
    Client - Metro Affiliate; Amount - $2780; Paid; Balance - $0
    Date of Last Activity 12/91; Individual Account; Account Number 1090276

## Credit Account Information

| Company Name | Account Number | Whose Acct | Date Opened | Months Reviewed | Date of Last Activity | High Credit | Terms | Items as of Date Reported | | | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Balance | Past Due | Status | |
| American Express | 3719029865300 | I | 03/88 | 1 | 04/98 | $839 | | $839 | | R1 | 04/98 |
| American Express | 3719029865300 | I | 03/88 | 1 | 04/98 | $301 | | $301 | | 01 | 04/98 |
| American Express | 3728230989700 | I | 05/88 | 1 | 03/98 | $596 | | $596 | | R1 | 03/98 |
| American Express | 3728230989700 | I | 05/88 | 1 | 03/98 | $237 | | $237 | | 01 | 03/98 |
| American Investment | 190062142 | I | 02/97 | 3 | 02/98 | $12000 | 228 | $11603 | | I1 | 02/98 |
| Previous Payment History: 2 Times 30 days late | | | | | | | | | | | |
| Avco Financial Servi | 45-012-898717065 | I | 11/91 | 21 | 09/93 | $4700 | 195 | $0 | | I1 | 09/93 |
| Capital One CREDIT CARD | 5291071297725101 | I | 12/93 | 48 | 01/98 | $825 | | $0 | | R1 | 03/98 |
| Chrysler Credit AUTO | 213-4940014 | I | 10/96 | 17 | 03/98 | $16953 | 403 | $10490 | | I1 | 03/98 |
| Discover Card | 6011004670029426 | I | 08/87 | 99 | 02/98 | $0 | | $0 | | R1 | 04/98 |
| Previous Payment History:  1 Time 30 days late | | | | | | | | | | | |
| Previous Status: 11/95 - R2 | | | | | | | | | | | |
| CREDIT CARD | | | | | | | | | | | |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |

46

809809831-V51-000039913-516

| Company Name | Account Number | Whose Acct | Date Opened | Months Reviewed | Date of Last Activity | High Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ...cation Loan Servi<br>ACCOUNT TRANSFERRED OR SOLD<br>STUDENT LOAN | 93504385 | I | 02/87 | | 09/94 | $3000 | 47 | $0 | | I | 10/95 |
| ...n Loan Servi<br>ACCOUNT TRANSFERRED OR SOLD<br>STUDENT LOAN | 93504385 | I | 10/84 | | 09/94 | $4210 | 69 | $0 | | I | 10/95 |
| ...ucation Loan Servi<br>ACCOUNT TRANSFERRED OR SOLD<br>STUDENT LOAN | 93504385 | I | 11/83 | | 09/94 | $15990 | 341 | $0 | | I | 10/95 |
| ...NB Preferred Charg<br>CHARGE<br>AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5116464008 | I | 04/97 | 3 | 08/97 | $250 | | $0 | | R1 | 08/97 |
| ...st Consumers Nati<br>CREDIT CARD<br>AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5421169102077115 | I | 03/91 | 64 | 12/97 | $4600 | 10 | $270 | | R1 | 04/98 |
| ...rst Consumers Nati | 5421169100400350 | | 03/91 | | 08/94 | Lost or Stolen Card | | | | | 12/94 |
| ...rst North American<br>CREDIT CARD<br>AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 550000464240 | I | 10/94 | 42 | 11/97 | $500 | | $0 | | R1 | 04/98 |
| ...ealth Resources & S<br>Previous Payment History: 3 Times 90 + days late<br>Previous Status: 02/98 - I5<br>CONSUMER DISPUTES-REINSTIGATION IN PROCESS<br>COLLECTION ACCOUNT | 750084481 | I | 10/94 | 5 | 10/94 | $82682 | | $62660 | $62660 | I5 | 04/98 |
| ...echt Company | 17569915 | I | 01/96 | 27 | 04/96 | $173 | | $0 | | I1 | 04/98 |
| ...e. | 17569915 | I | 03/91 | 69 | 06/97 | $376 | | $0 | | R1 | 04/98 |
| ...C Penney<br>CHARGE | 6-082729644320 | I | 07/95 | 4 | 12/95 | $24 | | $0 | | I1 | 03/96 |
| ...orwest Mortgage Inc<br>PAID ACCOUNT/ZERO BALANCE<br>REAL ESTATE MORTGAGE | 685716949 | I | 03/91 | 2 | 01/97 | $184K | 2000 | $0 | | I1 | 02/97 |
| ...HEAA - Help<br>STUDENT LOAN<br>ACCOUNT TRANSFERRED OR SOLD | 9350438514003 | I | 02/87 | 21 | 10/94 | $3000 | 47 | $0 | | I | 03/98 |
| ...HEAA - Help<br>STUDENT LOAN<br>ACCOUNT TRANSFERRED OR SOLD | 9350438514002 | I | 10/84 | 21 | 10/94 | $4210 | 69 | $0 | | I | 03/98 |
| ...HEAA - Help<br>Previous Payment History: 30 Times 90 + days late<br>Previous Status: 09/94 - I5; 02/94 - I5; 01/94 - I5<br>STUDENT LOAN<br>ACCOUNT TRANSFERRED OR SOLD | 9350438514001 | I | 11/83 | 79 | 10/94 | $15990 | 341 | $0 | | I5 | 03/98 |
| ...JS Department of Edu<br>Previous Payment History: 4 Times 90 + days late<br>Previous Status: 01/98 - I5; 09/97 - I5; 06/97 - I5 | 21993090644170010 | M | 10/92 | 7 | | $38155 | | $38155 | $38155 | I5 | 05/98 |

(Continued on next page)

809809831-V51-000039913-516

47

William Kevin Avery
244 Benning Rd NE
Washington, DC 20019
Social Security #: 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

# CREDIT FILE

*May 7, 1998*

## Companies that Requested your Credit File

07/98 Equifax - Update
03/98 Fredbg CR Bur Inc  / ELDER MORTGAGE
28/98 Marlo Furniture
19/98 AR-Capital One
02/98 AR-At&T Risk Management
27/98 Equifax - Disclosure  / ACIS 802709810
10/97 PRM-American Express
26/97 Master Collectors
09/97 Equifax - Update
28/97 AR-Capital One
07/97 Equifax - Disclosure
15/97 PRM-First Deposit/Cg Marketin
01/97 First USA Bank
15/97 PRM-First Deposit/Cg Marketin
13/97 Avondale Federal Savings Bank
06/97 Mortgage Credit Reports
30/97 Capital Consulting Corp.
25/97 Equifax - Update
25/97 Equifax - Disclosure
13/97 Mortgage Credit Reports, Inc.
05/97 American Invest Bank Executiv
30/97 John Deere Credit-Pref Resour
..../97 Equifax - Update
.... Advantanational Bank
/1... American Express/Optima
/07/97 Equifax - Update
23/96 Crestar Bank
/17/96 Associates Investment Corp-Cp
/03/96 Equifax - Update
/19/96 Equifax - Disclosure  / ACIS 611066814
/10/96 Nationsbank Bankcard
/22/96 Nationsbank Bankcard
/18/96 Equifax - Update
/17/96 Chrysler Financial Corporatio
/16/96 Tidewater Finance Company
/07/96 Crestar Bank
9/21/96 Montgomery Ward/MBGA
9/13/96 Novus/Discover
9/05/96 Equifax - Update
8/21/96 Equifax - Disclosure  / ACIS 608080315
8/14/96 Equifax - Disclosure  / ACIS 608055890
7/30/96 Equifax - Disclosure

04/08/98 Equifax - Disclosure  / ACIS 809809831
02/28/98 Household Bank Na (il)
02/20/98 Equifax - Disclosure  / ACIS 805109085
02/14/98 Equifax - Update
02/01/98 PRM-Creative Auto Financing
01/17/98 AR-First North American Natio
11/20/97 AR-American Express
09/17/97 PRM-American Express
08/29/97 Birchwood Credit Services
08/12/97 Equifax - Disclosure  / ACIS 708045429
07/22/97 AR-Associates Fin Credit Card
07/01/97 PRM-Fingerhut Corporation
06/27/97 AR-First North American Natio
05/18/97 PRM-First Deposit/Cg Marketin
05/08/97 The Credit Network
04/30/97 FK-Capital Consulting Corp.  / CAPITAL
04/26/97 First Consumers National Bank
04/09/97 Equifax - Disclosure  / ACIS 704033782
02/19/97 Novus/Discover
02/05/97 Equifax - Update
01/31/97 Equifax - Update
01/23/97 Equifax - Disclosure  / ACIS 701081408
01/18/97 Associates National Bank (de)
01/15/97 City Federal Funding
01/08/97 Equifax - Disclosure  / ACIS 701023358
01/03/97 Equifax - Disclosure  / ACIS 701008188
12/18/96 Equifax - Update
12/16/96 Equifax - Disclosure  / ACIS 612057034
11/20/96 Equifax - Disclosure  / ACIS 611073456
11/14/96 Equifax - Update
10/22/96 Equifax - Disclosure  / ACIS 610082654
10/18/96 Equifax - Disclosure  / ACIS 610072286
10/18/96 Suburban Bank of Maryland
10/17/96 Crestar Bank
10/16/96 Wheaton Dodge City
10/01/96 First USA Bank
09/16/96 City Federal Funding & Morg C
09/12/96 Citibank
08/26/96 Equifax - Update
08/14/96 FK-Nationwide Credit Inc  / NAT CREDIT
08/02/96 Hennepin Cty Econ Asst Dept
05/10/96 Citibank SD (na)

## Consumer Statement

Date To Remove:  07/01

Date Recorded:  09/97

RE:  STUDENT LOANS-LATE PAYMENT HISTORY//  WHILE ATTENDING GRADUATE SCHOOL A CASE OF RACIAL DISCRIMINATION AND CORRUPT RECRUITMENT PRACTICES OCCURRED/MY ATTORNEY ADVISED ME NOT TO MAKE ANY FURTHER PAYMENTS TO STUDENT LOAN COMPANIES UNTIL THE COURT CASE WAS SETTLED

- End of Credit File -

809809831-V51-000039913-516

48