| Company Name | Account Number | Whose Acct | Date Opened | Months Reviewed | Date of Last Activity | High Credit | Terms | Items as of Date Reported Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ucation Loan Servi<br>ACCOUNT TRANSFERRED OR SOLD<br>STUDENT LOAN | 93504385 | I | 02/87 | | 09/94 | $3000 | 47 | $0 | | I | 10/95 |
| tion Loan Servi<br>ACCOUNT TRANSFERRED OR SOLD<br>STUDENT LOAN | 93504385 | I | 10/84 | | 09/94 | $4210 | 69 | $0 | | I | 10/95 |
| ucation Loan Servi<br>ACCOUNT TRANSFERRED OR SOLD<br>STUDENT LOAN | 93504385 | I | 11/83 | | 09/94 | $15990 | 341 | $0 | | I | 10/95 |
| NB Preferred Charg<br>CHARGE<br>AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5116464008 | I | 04/97 | 3 | 08/97 | $250 | | $0 | | R1 | 08/97 |
| rst Consumers Nati<br>CREDIT CARD<br>AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5421169102077115 | I | 03/91 | 64 | 12/97 | $4600 | 10 | $270 | | R1 | 04/98 |
| rst Consumers Nati | 5421169100400350 | | 03/91 | | 08/94 | Lost or Stolen Card | | | | | 12/94 |
| rst North American<br>CREDIT CARD<br>AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 550000464240 | I | 10/94 | 42 | 11/97 | $500 | | $0 | | R1 | 04/98 |
| ealth Resources & S<br>Previous Payment History: 3 Times 90 + days late<br>Previous Status: 02/98 - I5<br>CONSUMER DISPUTES-REINVESTIGATION IN PROCESS<br>COLLECTION ACCOUNT | 750084481 | I | 10/94 | 5 | 10/94 | $82682 | | $62660 | $62660 | I5 | 04/98 |
| echt Company | 17569915 | I | 01/96 | 27 | 04/96 | $173 | | $0 | | I1 | 04/98 |
| echts | 17569915 | I | 03/91 | 69 | 06/97 | $376 | | $0 | | R1 | 04/98 |
| ney<br>CHARGE | 6-082729644320 | I | 07/95 | 4 | 12/95 | $24 | | $0 | | R1 | 03/96 |
| orwest Mortgage Inc<br>PAID ACCOUNT/ZERO BALANCE<br>REAL ESTATE MORTGAGE | 685716949 | I | 03/91 | 2 | 01/97 | $184K | 2000 | $0 | | I1 | 02/97 |
| HEAA - Help<br>STUDENT LOAN<br>ACCOUNT TRANSFERRED OR SOLD | 9350438514003 | I | 02/87 | 21 | 10/94 | $3000 | 47 | $0 | | I | 03/98 |
| HEAA - Help<br>STUDENT LOAN<br>ACCOUNT TRANSFERRED OR SOLD | 9350438514002 | I | 10/84 | 21 | 10/94 | $4210 | 69 | $0 | | I | 03/98 |
| HEAA - Help<br>Previous Payment History: 30 Times 90 + days late<br>Previous Status: 09/94 - I5; 02/94 - I5; 01/94 - I5<br>STUDENT LOAN<br>ACCOUNT TRANSFERRED OR SOLD | 9350438514001 | I | 11/83 | 79 | 10/94 | $15990 | 341 | $0 | | I5 | 03/98 |
| S Department of Edu<br>Previous Payment History: 4 Times 90 + days late<br>Previous Status: 01/98 - I5; 09/97 - I5; 06/97 - I5 | 21993090644170010 | M | 10/92 | 7 | | $38155 | | $38155 | $38155 | I5 | 05/98 |

(Continued on next page)
Page 2 of 3

51

**EQUIFAX**

William Kevin Avery
4244 Benning Rd NE
Washington, DC 20019
Social Security #: 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

# CREDIT FILE - Confirmation Number: 910324458

May 5, 1999

### Credit Account Information - Continued

| Company Name / Account Number | Whose Acct | Date Opened | Months Reviewed | Date of Last Activity | High Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|
| US Department of Edu  2199309064417**** | M | 10/88 | 4 | 10/92 | $38155 | | $38155 | $38155 | I5 | 04/99 |
| Previous Payment History: 1 Time 90 + days late  #4 | | | | | | | | | | |
| Previous Status: 01/99 - I5 | | | | | | | | | | |
| CONSUMER DISPUTES-REINVESTIGATION IN PROCESS | | | | | | | | | | |
| COLLECTION ACCOUNT | | | | | | | | | | |
| US Department of Edu  2199309064417**** | M | 01/89 | 4 | 10/92 | $38155 | | $38155 | $38155 | I5 | 10/98 |
| CONSUMER DISPUTES-REINVESTIGATION IN PROCESS  #5 | | | | | | | | | | |

### Companies that Requested your Credit File

05/05/99 Equifax - Update
03/03/99 Equifax - Disclosure / ACIS 906203803
01/25/99 USA Leasing-Atlanta
01/15/99 Equifax - Disclosure
01/11/99 PRM-Percision List Services
01/01/99 PRM-Fingerhut National Bank
11/16/98 PRM-National Magazine Exchang
05/98 AR-At&T Risk Management
2/98 AR-Capital One
08/17/98 First Government Mortgage
07/16/98 Equifax - Update
06/19/98 Equifax - Disclosure / ACIS 817001431
06/09/98 AR-Washington Gas
05/24/98 PRM-American Express
04/08/98 Equifax - Disclosure / ACIS 809809831
02/28/98 Household Bank Na (il)
02/20/98 Equifax - Disclosure / ACIS 805109085
01/27/98 Equifax - Disclosure / ACIS 802709810
09/09/97 Equifax - Update
08/12/97 Equifax - Disclosure / ACIS 708045429
07/01/97 First USA Bank
05/09/97 The Credit Network

04/13/99 Equifax - Disclosure / ACIS 910324458
02/18/99 First American Credco / SUPERIOR BANK FSB
01/18/99 AR-American Express
01/11/99 PRM-National Magazine Exchang
01/05/99 PRM-American Express
12/26/98 AR-Capital One
10/09/98 First USA Bank
09/24/98 PRM-American Express
09/01/98 Crestar Bank
08/12/98 EZ Mortgage
07/15/98 Crestar Bank
06/11/98 Equifax - Disclosure
06/01/98 PRM-Direct Lending Source Inc
05/07/98 Equifax - Update
03/03/98 Fredbg CR Bur Inc / ELDER MORTGAGE
02/28/98 Marlo Furniture
02/14/98 Equifax - Update
09/26/97 Master Collectors
08/29/97 Birchwood Credit Services
08/07/97 Equifax - Disclosure
05/13/97 Avondale Federal Savings Bank
05/06/97 Mortgage Credit Reports

*Credit Denials*

### Consumer Statement

Date Recorded: 09/97                                           Date To Remove: 07/01

RE: STUDENT LOANS-LATE PAYMENT HISTORY// WHILE ATTENDING GRADUATE SCHOOL A CASE OF RACIAL DISCRIMINATION AND CORRUPT RECRUITMENT PRACTICES OCCURRED/MY ATTORNEY ADVISED ME NOT TO MAKE ANY FURTHER PAYMENTS TO STUDENT LOAN COMPANIES UNTIL THE COURT CASE WAS SETTLED

- End of Credit File -
Page 3 of 3