correspondence to this address ?        ATLANTA GA 30374
(800)448-2321

WILLIAM KEVIN AVERY                     DATE 10/18/96
4244 BENNING RD NE                      SOCIAL SECURITY NUMBER 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
WASHINGTON DC 20019                     DATE OF BIRTH 09/07/59

TELEPHONE (202) 388-1575

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct. | Date Opened | Months Reviewed | Date Of Last Activity | High Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NORWEST MORTGAGE, INC REAL ESTATE MORTGAGE | 506716949 | I | 03/91 | 14 | 09/96 | 184K | 2K | 176K | | I1 | 09/96 |
| HECHT COMPANY | 17569915 | I | 01/96 | 08 | 09/96 | 173 | | 0 | | I1 | 09/96 |
| HECHTS | 17569915 | I | 03/91 | 50 | 09/96 | 376 | | 0 | | R1 | 09/96 |
| KAUFMANN'S | 12736625 | I | 07/92 | 49 | 09/96 | 269 | | 0 | | R1 | 09/96 |
| FIRST NORTH AMERICAN CREDIT CARD AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 550000464240 | I | 10/94 | 24 | 04/96 | 500 | | 0 | | R1 | 10/96 |
| US DEPARTMENT OF EDU STUDENT LOAN COLLECTION ACCOUNT | 21993090644170010 | M | 10/92 | 02 | | 38K | | 38K | 38K | I5 | 09/96 |
| CAPITAL ONE CREDIT CARD | 5291071297725101 | I | 12/93 | 29 | 06/96 | 380 | | 0 | | R1 | 08/96 |
| FIRST CONSUMERS NATI CREDIT CARD AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5421169102077115 | I | 03/91 | 48 | 09/96 | 2450 | 43 | 1712 | | R1 | 09/96 |
| DISCOVER CARD >>> PRIOR PAYING HISTORY - 30(01)60(00)90+(00) 12/95-R2 <<< CREDIT CARD AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 6011004670029426 | I | 08/87 | 99 | 08/96 | 7000 | | 0 | | R1 | 09/96 |
| AMERICAN EXPRESS TRA | 3719029865300 | I | 03/88 | 01 | 09/96 | 118 | | 18 | | 01 | 09/96 |
| HEALTH RESOURCES & S | 750084481 | I | 10/94 | | 10/94 | 47K | | 54K | | L1 | 08/96 |
| AMERICAN EXPRESS /S | 3728230989700 | I | 05/88 | 01 | 08/96 | 2110 | | 2110 | | R1 | 08/96 |
| AMERICAN EXPRESS TRA | 3728230989700 | | | | | | | | | | |
| PHEAA/SLMA STUDENT LOAN PAID ACCOUNT/ZERO BALANCE | 9350438500199 | I | 09/82 | 43 | 08/90 | 28K | 437 | 0 | | I1 | 05/96 |
| PHEAA - HELP >>> PRIOR PAYING HISTORY - 30(00)60(00)90+(30) 09/94-I5,02/94-I5,01/94-I5 <<< STUDENT LOAN ACCOUNT TRANSFERRED OR SOLD | 9350438514001 | I | 11/83 | 57 | 10/94 | 16K | 341 | 0 | | I5 | 05/96 |
| EDUCATION LOAN SERVI ACCOUNT TRANSFERRED OR SOLD STUDENT LOAN | 93504385 | I | 02/87 | | 09/94 | 3000 | 47 | 0 | | I1 | 10/95 |
| EDUCATION LOAN SERVI ACCOUNT TRANSFERRED OR SOLD STUDENT LOAN | 93504385 | I | 10/84 | | 09/94 | 4210 | 69 | 0 | | I1 | 10/95 |
| EDUCATION LOAN SERVI ACCOUNT TRANSFERRED OR SOLD STUDENT LOAN | 93504385 | I | 11/83 | | 09/94 | 16K | 341 | 0 | | I1 | 10/95 |
| AMERICAN EXPRESS /S | 3719029865300 | I | 03/88 | 59 | 10/93 | 0 | | 0 | | R1 | 04/95 |
| UNIVERSITY OF MINNES PAID CHARGE OFF | 1090276 | I | 12/88 | 36 | 06/91 | 2790 | 30 | 0 | | I9 | 01/95 |
| FIRST CONSUMERS NATI | 5421169100400350 | | 03/91 | | 08/94 | LOST OR STOLEN CARD | | | | | 12/94 |
| AVCO FINANCIAL SERVI | 45-012-898717065 | I | 11/91 | 21 | 09/93 | 4700 | 195 | 0 | | I1 | 09/93 |
| J C PENNEY CHARGE | 6-082729644320 | I | 07/95 | 04 | 12/95 | 24 | | 0 | | R1 | 03/96 |
| HECHTS | 13938363 | I | 09/94 | 16 | 02/96 | 0 | | 0 | | R1 | 02/96 |

>>> COLLECTION REPORTED 02/95; ASSIGNED 12/91 TO WILLIAM DEAN AND ASS (612)938-9222
    CLIENT-METRO AFFILIATE; AMOUNT-$2780; PAID 02/95; BALANCE-$0 02/95
    DATE OF LAST ACTIVITY 12/91; INDIVIDUAL; ACCOUNT NUMBER 1090276

>>> COLLECTION REPORTED 08/96; ASSIGNED 07/95 TO ERMS-BLTARS-24
    CLIENT-LAUREL REGIONAL; AMOUNT-$308; PAID 08/96; BALANCE-$0 08/96
    DATE OF LAST ACTIVITY 01/95; INDIVIDUAL; ACCOUNT NUMBER 896843

V77                                                          PAGE 1 OF 3

19

ATLANTA, GA 30374
(800)448-2321

WILLIAM KEVIN AVERY
4244 BENNING RD NE
WASHINGTON DC 20019

DATE 10/18/96
SOCIAL SECURITY NUMBER 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

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct | Date Opened | Months Re-viewed | Date Of Last Activity | High Credit | Terms | Items as of Date Reported | | | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Balance | Past Due | Status | |

>>>>>>>>>>>>  COLLECTION AGENCY TELEPHONE NUMBER(S)   <<<<<<<<<<<<

WILLIAM DEAN AND ASS(612)938-9222

••••••••••  ADDITIONAL INFORMATION  ••••••••••

FORMER/OTHER ADDRESS 1217 GOLF COURSE. DR. BOWIE, MD, 20721

LAST REPORTED EMPL - DENTIST, DR WILLIAM AVERY

FORMER EMPLOYMENT - DENTIST DMD, SELF EMPLOYED, WASHINGT, DC

••••••••••  COMPANIES THAT REQUESTED YOUR CREDIT HISTORY  ••••••••••

```
10/18/96 ACIS 610072286 915AA00018     10/18/96 EQUIFAX - UPDATE
10/17/96 CHRYSLER FINANCIAL C          10/17/96 CRESTAR BANK
10/16/96 TIDEWATER FINANCE CO          10/16/96 WHEATON DODGE CITY
10/07/96 CITIZENS BANK & TRUS          10/01/96 FIRST USA
09/21/96 MWCC/WARD                     09/17/96 AR  AMERICAN EXPRESS
09/16/96 PRM AMERICAN EXPRESS          09/16/96 CITY FEDERAL FUNDING
09/13/96 DISCOVER CARD SERVIC          09/12/96 CITIBANK
09/05/96 EQUIFAX - UPDATE              08/26/96 EQUIFAX - UPDATE
08/21/96 ACIS 608080315 915AA00018     08/14/96 FK 401YCO9232 NAT CREDIT
08/14/96 ACIS 608055890 915AA00018     08/02/96 HENNEPIN CTY ECON AS
07/30/96 EQUIFAX - DISCLOSURE          07/13/96 PRM FIRST DEPOSIT/CG MAR
06/18/96 AR FIRST NORTH AMERICAN       06/17/96 PRM THE FINANCIAL UNDERW
06/16/96 PRM FIRST DEPOSIT/CG MAR      05/26/96 AR MBNA AMERICA
05/16/96 PRM FIRST DEPOSIT/CG MAR      05/10/96 CITIBANK SO (NA)
05/03/96 AR AMERICAN EXPRESS           04/18/96 PRM FIRST DEPOSIT/CG MAR
04/07/96 DIRECT MERCH CR CARD          01/25/96 AMERICAN EXPRESS
12/26/95 AMERICAN PERSONAL CO          12/07/95 FK 801VS00402 CHILD SUPP
12/04/95 HENNEPIN CTY ECON AS          11/26/95 MWCC/WARD
10/13/95 HENNEPIN CTY ECON AS          09/22/95 EQUIFAX - UPDATE
09/21/95 MBNA AMERICA                  08/24/95 ACIS 508083887 915AA00018
07/27/95 EQUIFAX - DISCLOSURE          07/25/95 EQUIFAX - RISK MGT
07/21/95 EQUIFAX - RISK MGT            07/20/95 EQUIFAX - RISK MGT
06/26/95 FIRST GOVERNMENT MTG          05/04/95 EQUIFAX - DISCLOSURE
05/01/95 EQUIFAX - UPDATE              04/27/95 HENNEPIN CTY ECON AS
04/11/95 ACIS 504033582 915AA00018     04/06/95 EQUIFAX - UPDATE
03/31/95 MWCC/WARD                     03/13/95 ACIS 503038078 915AA00018
03/10/95 EQUIFAX - UPDATE              02/13/95 ACIS 502037957 915AA00018
02/05/95 HOUSEHOLD BANK NA (I          02/05/95 AMERICAN GENERAL FIN
02/05/95 MARLO FURNITURE CO I          01/31/95 CITIBANK OF SOUTH DA
01/26/95 EQUIFAX - UPDATE              01/09/95 ACIS 501017076 915AA00018
12/28/94 EQUIFAX - UPDATE              12/15/94 CRESTAR BANK, NA
12/06/94 C.B.S. RICHMOND               12/05/94 NATIONSBANK BANKCARD
11/29/94 ACIS 411088621 915AA00018     11/28/94 FIRST DOMINION MORTG
11/19/94 MWCC/WARD                     11/19/94 HOUSEHOLD BANK NA (I
11/16/94 SOUTHERN MORTGAGE RE          11/07/94 EQUIFAX - DISCLOSURE
11/02/94 EQUIFAX - UPDATE
```

V77

ATLANTA, GA 30374
(800)448-2321

WILLIAM KEVIN AVERY
4244 BENNING RD NE
WASHINGTON DC 20019

DATE   10/18/96
SOCIAL SECURITY NUMBER 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

## CREDIT HISTORY

| Company Name | Account Number | Where Acct. | Date Opened | Months Reviewed | Date Of Last Activity | High Credit | Terms | Items as of Date Reported | | | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Balance | Past Due | Status | |

CONSUMER STATEMENT ON FILE WITH:

EQUIFAX CREDIT INFORMATION SERVICES
5505 P TREE DUNWOODY RD NE STE 600
P O BOX 740241
ATLANTA, GA 30374

DATE RECORDED  08/96    DATE TO REMOVE   03/01
THE LATE PAY HISTORY FOR THE STUDENT LOANS IS BECAUSE THERE WAS A CASE OF RACIAL DISCRIMINATION AND CORRUPT RECRUITMENT PRACTICES BY THE GRADUATE SCHOOL THAT I ATTENDED--UNDER MY ATTORNEYS CONSULT I COULD NOT PAY ANYONE OR RESPOND UNTIL THIS COURT CASE WAS SETTLED

**EQUIFAX**

V77-RESTART 00043                                                                                          COMPLETE PAGE 3 OF 3

21