This is your TRW consumer identification number. Please refer to this number when you call or write TRW.

ID# 2148809728

WILLIAM K AVERY
4244 BENNING RD NE
WASHINGTON, DC 20019

HOW TO READ THIS REPORT:

AN EXPLANATORY ENCLOSURE ACCOMPANIES THIS REPORT. IT DESCRIBES YOUR CREDIT RIGHTS AND OTHER HELPFUL INFORMATION. IF THE ENCLOSURE IS MISSING, OR YOU HAVE QUESTIONS ABOUT THIS REPORT, PLEASE CONTACT THE OFFICE LISTED ON THE LAST PAGE.

YOUR CREDIT HISTORY:

THIS INFORMATION COMES FROM PUBLIC RECORDS OR ORGANIZATIONS THAT HAVE GRANTED CREDIT TO YOU. AN ASTERISK BY AN ACCOUNT INDICATES THAT THIS ITEM MAY REQUIRE FURTHER REVIEW BY A PROSPECTIVE CREDITOR WHEN CHECKING YOUR CREDIT HISTORY. IF YOU BELIEVE ANY OF THE INFORMATION IS INCORRECT, PLEASE LET US KNOW.

| | ACCOUNT | DESCRIPTION |
|---|---|---|
| 1 | * DC SPR CT/SMALL CLAIMS<br>500 INDIANA AVENUE NW<br>WASHINGTON DC 20001<br>Docket #<br>22003-93 | CIVIL CLAIM JUDGMENT FILED ON 11/19/93. PLAINTIFF: IDE EXCHANG. AMOUNT: $500. |
| 2 | AMEX/CENTURION S&T<br>P O BOX 7871<br>FORT LAUDERDALE FL 33329<br>NATL CREDIT CARDS<br>ACCT #<br>3719029865300 | THIS CREDIT CARD ACCOUNT WAS OPENED 03/01/88 AND HAS REVOLVING REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS PAYMENT. HIGH BALANCE: $418. |

AS OF 03/01/88, THIS OPEN ACCOUNT IS CURRENT AND ALL PAYMENTS ARE BEING MADE ON TIME. BALANCE $0 ON 07/02/96. MONTHS REVIEWED: 99.

| | | |
|---|---|---|
| 3 | AMEX/CENTURION S&T<br>P O BOX 7871<br>FORT LAUDERDALE FL 33329<br>NATL CREDIT CARDS<br>ACCT #<br>3728230989700 | THIS CREDIT CARD ACCOUNT WAS OPENED 05/01/88 AND HAS REVOLVING REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS PAYMENT. HIGH BALANCE: $2,206. |

OF 05/01/88, THIS OPEN ACCOUNT IS CURRENT AND ALL PAYMENTS ARE BEING MADE ON TIME. ANCE $2,206 ON 06/29/96. MONTHS REVIEWED: 99.

16

| ACCOUNT | DESCRIPTION |
|---|---|
| AMERICAN EXPRESS CO<br>P O BOX 7871 SROC<br>FORT LAUDERDALE FL 33329<br>NATL CREDIT CARDS<br>ACCT #<br>3719029865300 | THIS CREDIT CARD ACCOUNT WAS OPENED 03/01/88 AND HAS REVOLVING REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS PAYMENT. HIGH BALANCE: $1,314. |

AS OF 03/01/88, THIS OPEN ACCOUNT IS CURRENT AND ALL PAYMENTS ARE BEING MADE ON TIME. BALANCE $239 ON 07/17/96. MONTHS REVIEWED: 99.

| 5 | AMERICAN EXPRESS CO<br>P O BOX 7871 SROC<br>FORT LAUDERDALE FL 33329<br>NATL CREDIT CARDS<br>ACCT #<br>3728230989700 | THIS CREDIT CARD ACCOUNT WAS OPENED 05/01/88 AND HAS REVOLVING REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS PAYMENT. HIGH BALANCE: $387. |
|---|---|---|

AS OF 05/01/88, THIS OPEN ACCOUNT IS CURRENT AND ALL PAYMENTS ARE BEING MADE ON TIME. BALANCE $387 ON 06/29/96. MONTHS REVIEWED: 99.

| 6 | AVCO FINANCIAL SERVICES<br>7402 LITL RIVER TURNPIKE<br>ANNANDALE VA 22003<br>FINANCE<br>ACCT #<br>91110000898717065 | THIS INSTALLMENT SALES LOAN WAS OPENED 11/23/91 AND HAS 24 MONTH REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS PAYMENT. ORIGINAL AMOUNT: $4,700. |
|---|---|---|

AS OF 10/01/93, THIS ACCOUNT IS PAID. PREVIOUSLY WAS CURRENT AND ALL PAYMENTS WERE MADE ON TIME. BALANCE $0 ON 10/04/93. MONTHS REVIEWED: 23.

| 7 | CAPITALONE BANK<br>P O BOX 26030<br>RICHMOND VA 23260<br>BANKING<br>ACCT #<br>5291071297725101 | THIS CREDIT CARD ACCOUNT WAS OPENED 12/23/93 AND HAS REVOLVING REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS PAYMENT. HIGH BALANCE: $380. |
|---|---|---|

AS OF 1994, THIS OPEN ACCOUNT IS CURRENT AND ALL PAYMENTS ARE BEING MADE ON TIME. LAST PAYMENT REPORTED TO TRW: 06/12/96. BALANCE $0 ON 07/06/96. MONTHS REVIEWED: 31.

| 8 | * DEPT HHS/HRSA<br>PARKLAWN BLDG RM 16A09<br>ROCKVILLE MD 20857<br>GOVERNMENT<br>ACCT #<br>750084481 | THIS EDUCATIONAL LOAN WAS OPENED 10/13/94 AND HAS UNSPECIFIED REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS PAYMENT. ORIGINAL AMOUNT: $47,229. |
|---|---|---|

AS OF 03/01/96, THIS ACCOUNT IS SERIOUSLY PAST DUE AND REFERRED TO A CREDIT GRANTOR'S INTERNAL COLLECTION DEPARTMENT, ATTORNEY OR COLLECTION AGENCY. ORIGINAL DELINQUENCY DATE 04/15/94. BALANCE $53,526 ON 06/30/96. PAST DUE: $53,526. MONTHS REVIEWED: 4. PAYMENT HISTORY: 9999
TIMES LATE: 30=0, 60=0, 90+=0, DEROG=4.

/7

| ACCOUNT | DESCRIPTION |
|---|---|
| * U S DEPT OF ED/GSL/SF<br>50 UNITED NATIONS PLAZA<br>SAN FRANCISCO CA 94102<br>GOVERNMENT<br>ACCT #<br>21993090644170010 | THIS EDUCATIONAL LOAN WAS OPENED ON AN UNSPECIFIED DATE AND HAS 36 MONTH REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS PAYMENT. ORIGINAL AMOUNT: $38,155. |

AS OF 02/01/94, THIS ACCOUNT IS SERIOUSLY PAST DUE AND REFERRED TO A CREDIT GRANTOR'S INTERNAL COLLECTION DEPARTMENT, ATTORNEY OR COLLECTION AGENCY. ORIGINAL DELINQUENCY DATE 04/15/92. BALANCE $38,155 ON 07/22/96. PAST DUE: $38,155. MONTHS REVIEWED: 30.
PAYMENT HISTORY: 9--9--------- ------------ ----9
TIMES LATE: 30=0, 60=0, 90+=0, DEROG=4.

**YOUR CREDIT HISTORY WAS REVIEWED BY:**

THE FOLLOWING INQUIRIES ARE REPORTED TO THOSE WHO ASK TO REVIEW YOUR CREDIT HISTORY

| | ACCOUNT | DESCRIPTION |
|---|---|---|
| 31 | AMERICAN EXPRESS OPTIMA<br>4315 SOUTH 2700 WEST<br>SALT LAKE CITY UT 84184<br>NATL CREDIT CARDS | 10/06/94 INQUIRY MADE FOR EXTENSION OF CREDIT, REVIEW OR OTHER PERMISSIBLE PURPOSE.. |
| | CRED BUR SYSTEMS INC<br>550 GREENSBORO AVENUE<br>TUSCALOOSA AL 35401<br>UNDEFINED FIRM TYPE | 12/06/94 INQUIRY MADE FOR REAL ESTATE LOAN. THE INQUIRY WAS MADE ON BEHALF OF FIRST DOMINION MTGE. |
| 33 | FIRST USA BANK<br>201 N WALNUT ST/6TH FL<br>WILMINGTON DE 19801<br>BANKING | 01/23/95 INQUIRY MADE FOR EXTENSION OF CREDIT, REVIEW OR OTHER PERMISSIBLE PURPOSE.. |
| 34 | H MEER DENTAL SUPPLY CO<br>7277 NORTH HAGGERTY ROAD<br>CANTON MI 48187<br>MEDICAL/HEALTH | 07/10/95 INQUIRY MADE FOR EXTENSION OF CREDIT, REVIEW OR OTHER PERMISSIBLE PURPOSE.. |
| 35 | HPSC INC<br>60 STATE STREET/35TH FLO<br>BOSTON MA 02109<br>UNDEFINED FIRM TYPE | 01/18/95 INQUIRY MADE FOR EXTENSION OF CREDIT, REVIEW OR OTHER PERMISSIBLE PURPOSE.. |
| 36 | LITTMAN JEWELERS<br>3 ETHEL ROAD<br>EDISON NJ 08817<br>UNDEFINED FIRM TYPE | 11/19/94 INQUIRY MADE FOR EXTENSION OF CREDIT, REVIEW OR OTHER PERMISSIBLE PURPOSE.. |

18