is your TRW consumer identification
ier. Please refer to this number when
all or write TRW.

ID # 3224064390

WILLIAM K AVERY
4244 BENNING RD NE
WASHINGTON, DC 20019

HOW TO READ THIS REPORT:

AN EXPLANATORY ENCLOSURE ACCOMPANIES THIS REPORT. IT DESCRIBES YOUR CREDIT RIGHTS AND OTHER HELPFUL INFORMATION. IF THE ENCLOSURE IS MISSING, OR YOU HAVE QUESTIONS ABOUT THIS REPORT, PLEASE CONTACT THE OFFICE LISTED ON THE LAST PAGE.

YOUR CREDIT HISTORY:

THIS INFORMATION COMES FROM PUBLIC RECORDS OR ORGANIZATIONS THAT HAVE GRANTED CREDIT TO YOU. AN ASTERISK BY AN ACCOUNT INDICATES THAT THIS ITEM MAY REQUIRE FURTHER REVIEW BY A SPECTIVE CREDITOR WHEN CHECKING YOUR CREDIT HISTORY. IF YOU BELIEVE ANY OF THE INFORMATION IS INCORRECT, PLEASE LET US KNOW.

| | ACCOUNT | DESCRIPTION |
|---|---|---|
| 1 | * DC SPR CT SMALL CLAIMS<br>500 INDIANA AVENUE NW<br>WASHINGTON DC 20001<br>Docket #<br>22003-93 | CIVIL CLAIM JUDGMENT FILED ON 11 19 93. PLAINTIFF: IDE EXCHANG. AMOUNT: $500. |
| 2 | AMEX CENTURION S&T<br>P O BOX 7871<br>FORT LAUDERDALE FL 33329<br>NATL CREDIT CARDS<br>ACCT #<br>3728230989700 | THIS CREDIT CARD ACCOUNT WAS OPENED 05 01 88 AND HAS REVOLVING REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS PAYMENT. HIGH BALANCE: $2,206. |

AS OF 05 01 88, THIS OPEN ACCOUNT IS CURRENT AND ALL PAYMENTS ARE BEING MADE ON TIME. BALANCE $2,110 ON 08 30 96. MONTHS REVIEWED: 99.

| | | |
|---|---|---|
| 3 | AMEX CENTURION S&T<br>P O BOX 7871<br>FORT LAUDERDALE FL 33329<br>NATL CREDIT CARDS<br>ACCT #<br>3719029865300 | THIS CREDIT CARD ACCOUNT WAS OPENED 03 01 88 AND HAS REVOLVING REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS PAYMENT. HIGH BALANCE: $418. |

AS OF 03 01 88, THIS OPEN ACCOUNT IS CURRENT AND ALL PAYMENTS ARE BEING MADE ON TIME. BALANCE $0 ON 05 18 96. MONTHS REVIEWED: 99.

22

| ACCOUNT | DESCRIPTION |
|---|---|
| AMERICAN EXPRESS CO<br>P O BOX 7871 SROC<br>FORT LAUDERDALE FL 33329<br>NATL CREDIT CARDS<br>ACCT #<br>3728230989700 | THIS CREDIT CARD ACCOUNT WAS OPENED 05 01 88 AND HAS REVOLVING REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS PAYMENT. HIGH BALANCE: $387. |

AS OF 05 01 88, THIS OPEN ACCOUNT IS CURRENT AND ALL PAYMENTS ARE BEING MADE ON TIME. BALANCE $194 ON 08 30 96. MONTHS REVIEWED: 99.

| | | |
|---|---|---|
| 5 | AMERICAN EXPRESS CO<br>P O BOX 7871 SROC<br>FORT LAUDERDALE FL 33329<br>NATL CREDIT CARDS<br>ACCT #<br>3719029865300 | THIS CREDIT CARD ACCOUNT WAS OPENED 03 01 88 AND HAS REVOLVING REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS PAYMENT. HIGH BALANCE: $1,314. |

AS OF 03 01 88, THIS OPEN ACCOUNT IS CURRENT AND ALL PAYMENTS ARE BEING MADE ON TIME. BALANCE $118 ON 09 17 96. MONTHS REVIEWED: 99.

| | | |
|---|---|---|
| 6 | AVCO FINANCIAL SERVICES<br>7402 LITL RIVER TURNPIKE<br>ANNANDALE VA 22003<br>FINANCE<br>ACCT #<br>91110000898717065 | THIS INSTALLMENT SALES LOAN WAS OPENED 11 23 91 AND HAS 24 MONTH REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS PAYMENT. ORIGINAL AMOUNT: $4,700. |

AS OF 10 01 93, THIS ACCOUNT IS PAID. PREVIOUSLY WAS CURRENT AND ALL PAYMENTS WERE MADE ON TIME. BALANCE $0 ON 10 04 93. MONTHS REVIEWED: 23.

| | | |
|---|---|---|
| 7 | CAPITALONE BANK<br>P O BOX 26030<br>RICHMOND VA 23260<br>BANKING<br>ACCT #<br>5291071297725101 | THIS CREDIT CARD ACCOUNT WAS OPENED 12 23 93 AND HAS REVOLVING REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS PAYMENT. HIGH BALANCE: $380. |

AS OF 1994, THIS OPEN ACCOUNT IS CURRENT AND ALL PAYMENTS ARE BEING MADE ON TIME. LAST PAYMENT REPORTED TO TRW: 06 12 96. BALANCE $0 ON 09 07 96. MONTHS REVIEWED: 33.

| | | |
|---|---|---|
| 8 | * DEPT HHS HRSA<br>PARKLAWN BLDG RM 16A09<br>ROCKVILLE MD 20857<br>GOVERNMENT<br>ACCT #<br>750084481 | THIS EDUCATIONAL LOAN WAS OPENED 10 13 94 AND HAS UNSPECIFIED REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS PAYMENT. ORIGINAL AMOUNT: $47,229. |

AS OF 03 01 96, THIS ACCOUNT IS SERIOUSLY PAST DUE AND REFERRED TO A CREDIT GRANTOR'S INTERNAL COLLECTION DEPARTMENT, ATTORNEY OR COLLECTION AGENCY. ORIGINAL DELINQUENCY DATE 04 15 94. BALANCE $53,526 ON 07 31 96. PAST DUE: $53,526. MONTHS REVIEWED: 5.
PAYMENT HISTORY: 99999
TIMES LATE: 30=0, 60=0, 90+=0, DEROG=5.

| ACCOUNT | DESCRIPTION |
|---|---|
| U S DEPT OF ED GSL SF<br>50 UNITED NATIONS PLAZA<br>SAN FRANCISCO CA 94102<br>GOVERNMENT<br>ACCT #<br>21993090644170010 | THIS EDUCATIONAL LOAN WAS OPENED ON AN UNSPECIFIED DATE AND HAS 36 MONTH REPAYMENT TERMS. YOU HAVE CONTRACTUAL RESPONSIBILITY FOR THIS ACCOUNT AND ARE PRIMARILY RESPONSIBLE FOR ITS PAYMENT. ORIGINAL AMOUNT: $38,155. |

AS OF 03 01 94, THIS ACCOUNT IS SERIOUSLY PAST DUE AND REFERRED TO A CREDIT GRANTOR'S INTERNAL COLLECTION DEPARTMENT, ATTORNEY OR COLLECTION AGENCY. ORIGINAL DELINQUENCY DATE 04 15 92. BALANCE $38,155 ON 09 16 96. PAST DUE: $38,155. MONTHS REVIEWED: 31.
PAYMENT HISTORY: 9-9-9-------- ------------ -----9
TIMES LATE: 30=0, 60=0, 90+=0, DEROG=5.

YOUR CREDIT HISTORY WAS REVIEWED BY:

THE FOLLOWING INQUIRIES ARE REPORTED TO THOSE WHO ASK TO REVIEW YOUR CREDIT HISTORY

| | ACCOUNT | DESCRIPTION |
|---|---|---|
| 32 | AMERICAN EXPRESS OPTIMA<br>4315 SOUTH 2700 WEST<br>SALT LAKE CITY UT 84184<br>NATL CREDIT CARDS | 10 06 94 INQUIRY MADE FOR EXTENSION OF CREDIT, REVIEW OR OTHER PERMISSIBLE PURPOSE.. |
| | AMERICAN EXPRESS OPTIMA<br>4315 SOUTH 2700 WEST<br>SALT LAKE CITY UT 84184<br>NATL CREDIT CARDS | 09 28 96 INQUIRY MADE FOR EXTENSION OF CREDIT, REVIEW OR OTHER PERMISSIBLE PURPOSE.. |
| 34 | CITY FEDERAL FUNDING<br>9658 BALTIMORE AVENUE<br>COLLEGE PARK MD 20740<br>FINANCE | 09 16 96 INQUIRY MADE FOR REAL ESTATE LOAN. THE INQUIRY WAS MADE ON BEHALF OF CITY FEDERAL FUNDING. |
| 35 | CRED BUR SYSTEMS INC<br>550 GREENSBORO AVENUE<br>TUSCALOOSA AL 35401<br>UNDEFINED FIRM TYPE | 12 06 94 INQUIRY MADE FOR REAL ESTATE LOAN. THE INQUIRY WAS MADE ON BEHALF OF FIRST DOMINION MTGE. |
| 36 | CRED BUR SYSTEMS INC<br>550 GREENSBORO AVENUE<br>TUSCALOOSA AL 35401<br>UNDEFINED FIRM TYPE | 09 24 96 INQUIRY MADE FOR REAL ESTATE LOAN. THE INQUIRY WAS MADE ON BEHALF OF METROPOLITAN MTG BAN. |
| 37 | FIRST USA BANK<br>201 N WALNUT ST 6TH FL<br>WILMINGTON DE 19801<br>BANKING | 01 23 95 INQUIRY MADE FOR EXTENSION OF CREDIT, REVIEW OR OTHER PERMISSIBLE PURPOSE.. |