```
                                    EQUIFAX CREDIT INFORMATION SERVICES
Please address all future             P O BOX 740256
correspondence to this address        ATLANTA, GA 30374

                                      (800)448-2321
```

```
WILLIAM KEVIN AVERY
4244 BENNING RD NE                              DATE  12/03/96
WASHINGTON DC 20009                             SOCIAL SECURITY NUMBER 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
                                                DATE OF BIRTH  09/07/59

                                                TELEPHONE (202) 388-1575
```

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct. | Date Opened | Months Reviewed | Date Of Last Activity | High Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FIRST CONSUMERS NATI CREDIT CARD  AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 5421169102077115 | I | 03/91 | 49 | 11/96 | 3150 | 63 | 0 | | R1 | 12/96 |
| AMERICAN EXPRESS TRA | 3719029865300 | I | 03/88 | 01 | 11/96 | 0 | | 0 | | O1 | 11/96 |
| CHRYSLER CREDIT  AUTO | 213-4940014 | I | 10/96 | | | 17K | 403 | 17K | | I0 | 10/96 |
| HECHT COMPANY | 17569915 | I | 01/96 | 09 | 10/96 | 173 | | 0 | | I1 | 10/96 |
| HECHTS | 17569915 | I | 03/91 | 51 | 10/96 | 376 | | 0 | | R1 | 10/96 |
| KAUFMANN'S | 12736625 | I | 07/92 | 50 | 10/96 | 269 | | 0 | | R1 | 10/96 |
| US DEPARTMENT OF EDU  >>> PRIOR PAYING HISTORY - 30(00)60(00)90+(01) 09/96-I5 <<<  CONSUMER DISPUTES-REINVESTIGATION IN PROCESS | 21993090644170010 | M | 10/92 | 02 | | 38K | | 48K | 38K | I5 | 11/96 |
| HEALTH RESOURCES & S  COLLECTION ACCOUNT | 750084481 | I | 10/94 | | 10/94 | 47K | | 56K | | I1 | 11/96 |
| DISCOVER CARD  >>> PRIOR PAYING HISTORY - 30(01)60(00)90+(00) 12/95-R2 <<<  CREDIT CARD  AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 6011004670029426 | I | 08/87 | 99 | 08/96 | 7000 | | 0 | | R1 | 10/96 |
| AMERICAN EXPRESS /S | 3728230989700 | I | 05/88 | 01 | 10/96 | 503 | | 503 | | R1 | 10/96 |
| AMERICAN EXPRESS TRA | 3728230989700 | I | 05/88 | 01 | 10/96 | 749 | | 749 | | O1 | 10/96 |
| NORWEST MORTGAGE, INC  REAL ESTATE MORTGAGE | 506716849 | I | 03/91 | 15 | 10/96 | 184K | 2K | 176K | | I1 | 10/96 |
| 1ST NORTH AMERICAN  CREDIT CARD  AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 55000464240 | I | 10/94 | 25 | 11/96 | 500 | 3 | 3 | | R1 | 11/96 |
| CAPITAL ONE  CREDIT CARD | 5291071297725101 | I | 12/93 | 30 | 06/96 | 380 | | 0 | | R1 | 09/96 |
| PHEAA/SLMA  STUDENT LOAN  PAID ACCOUNT/ZERO BALANCE | 9350438500199 | I | 09/82 | 43 | 08/90 | 28K | 437 | 0 | | I1 | 05/96 |
| PHEAA - HELP  >>> PRIOR PAYING HISTORY - 30(00)60(00)90+(30) 09/94-I5,02/94-I5,01/94-I5 <<<  STUDENT LOAN  ACCOUNT TRANSFERRED OR SOLD | 9350438514001 | I | 11/83 | 57 | 10/94 | 16K | 341 | 0 | | I5 | 05/96 |
| EDUCATION LOAN SERVI  ACCOUNT TRANSFERRED OR SOLD  STUDENT LOAN | 93504385 | I | 02/87 | | 09/94 | 3000 | 47 | 0 | | I1 | 10/95 |
| EDUCATION LOAN SERVI  ACCOUNT TRANSFERRED OR SOLD  STUDENT LOAN | 93504385 | I | 10/84 | | 09/94 | 4210 | 69 | 0 | | I1 | 10/95 |
| EDUCATION LOAN SERVI  ACCOUNT TRANSFERRED OR SOLD  STUDENT LOAN | 93504385 | I | 11/83 | | 09/94 | 16K | 341 | 0 | | I1 | 10/95 |
| AMERICAN EXPRESS /S | 3719029865300 | I | 03/88 | 59 | 10/93 | 0 | | 0 | | R1 | 04/95 |
| UNIVERSITY OF MINNES  PAID CHARGE OFF | 1090276 | I | 12/88 | 36 | 06/91 | 2790 | 30 | 0 | | I9 | 01/95 |
| FIRST CONSUMERS NATI | 5421169100400350 | | 03/91 | | 08/94 | LOST OR STOLEN CARD | | | | | 12/94 |
| AVCO FINANCIAL SERVI | 45-012-898717065 | I | 11/91 | 21 | 09/93 | 4700 | 195 | 0 | | I1 | 09/93 |
| J C PENNEY  CHARGE | 6-082729644320 | I | 07/95 | 04 | 12/95 | 24 | | 0 | | R1 | 03/96 |
| HECHTS | 13938363 | I | 09/94 | 16 | 02/96 | 0 | | 0 | | R1 | 02/96 |

```
>>> COLLECTION REPORTED 02/95; ASSIGNED 12/91 TO WILLIAM DEAN AND ASS (612)938-9222
    CLIENT-METRO AFFILIATE; AMOUNT-$2780;  PAID 02/95;  BALANCE-$0 02/95
    DATE OF LAST ACTIVITY 12/91;  INDIVIDUAL;  ACCOUNT NUMBER 1090276

>>> COLLECTION REPORTED 08/96;  ASSIGNED 07/95 TO ERMS-BLTARS-24 (410)653-7000
```

U54                                                                 PAGE 1 OF 3

25

correspondence to this address ➤ P O BOX 740256
ATLANTA, GA 30374
(800)448-2321

WILLIAM KEVIN AVERY
4244 BENNING RD NE
WASHINGTON DC 20009

DATE 12/03/96
SOCIAL SECURITY NUMBER 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

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct. | Date Opened | Months Reviewed | Date Of Last Activity | High Credit | Terms | Items as of Date Reported | | | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Balance | Past Due | Status | |

CLIENT-LAUREL REGIONAL; AMOUNT-$308; PAID 08/96; BALANCE-$0 08/96
DATE OF LAST ACTIVITY 01/95; INDIVIDUAL; ACCOUNT NUMBER 896843

>>>>>>>>>>>>   COLLECTION AGENCY TELEPHONE NUMBER(S)   <<<<<<<<<<<<

WILLIAM DEAN AND ASS(612)938-9222    ERMS-BLTARS-24    (410)653-7000


**********   ADDITIONAL INFORMATION   **********

FORMER/OTHER ADDRESS 1217 GOLF COURSE, DR, BOWIE, MD, 20721

LAST REPORTED EMPL - DENTIST, DR WM AVERY

**********   COMPANIES THAT REQUESTED YOUR CREDIT HISTORY   **********

```
12/03/96 EQUIFAX - UPDATE              11/20/96 ACIS 611073456 915AA00018
11/19/96 ACIS 611066814 915AA00018     11/14/96 EQUIFAX - UPDATE
11/10/96 NATIONSBANK BANKCARD          11/01/96 PRM UNITED LENDING GROUP
10/22/96 ACIS 610082654 915AA00018     10/22/96 NATIONSBANK BANKCARD
10/18/96 ACIS 610072286 915AA00018     10/18/96 EQUIFAX - UPDATE
10/18/96 SUBURBAN BANK OF MAR          10/17/96 CHRYSLER FINANCIAL C
10/17/96 CRESTAR BANK                  10/16/96 TIDEWATER FINANCE CO
10/16/96 WHEATON DODGE CITY            10/15/96 AR  AMERICAN EXPRESS
10/14/96 AR  FIRST NORTH AMERICAN      10/07/96 CITIZENS BANK & TRUS
10/01/96 FIRST USA                     09/21/96 MWCC/WARD
09/16/96 PRM AMERICAN EXPRESS          09/16/96 CITY FEDERAL FUNDING
09/13/96 DISCOVER CARD SERVIC          09/12/96 CITIBANK
09/05/96 EQUIFAX - UPDATE              08/26/96 EQUIFAX - UPDATE
08/21/96 ACIS 608080315 915AA00018     08/14/96 FK 401YC09232 NAT CREDIT
08/14/96 ACIS 608055890 915AA00018     08/02/96 HENNEPIN CTY ECON AS
07/30/96 EQUIFAX - DISCLOSURE          07/13/96 PRM FIRST DEPOSIT/CG MAR
06/18/96 AR  FIRST NORTH AMERICAN      06/17/96 PRM THE FINANCIAL UNDERW
06/16/96 PRM FIRST DEPOSIT/CG MAR      05/10/96 CITIBANK SD (NA)
04/07/96 DIRECT MERCH CR CARD          01/25/96 AMERICAN EXPRESS
12/26/95 AMERICAN PERSONAL CO          12/07/95 FK 801VS00402 CHILD SUPP
12/04/95 HENNEPIN CTY ECON AS          11/26/95 MWCC/WARD
10/13/95 HENNEPIN CTY ECON AS          09/22/95 EQUIFAX - UPDATE
09/21/95 MBNA AMERICA                  08/24/95 ACIS 508083887 915AA00018
07/27/95 EQUIFAX - DISCLOSURE          07/25/95 EQUIFAX - RISK MGT
07/21/95 EQUIFAX - RISK MGT            07/20/95 EQUIFAX - RISK MGT
06/26/95 FIRST GOVERNMENT MTG          05/04/95 EQUIFAX - DISCLOSURE
05/01/95 EQUIFAX - UPDATE              04/27/95 HENNEPIN CTY ECON AS
04/11/95 ACIS 504033582 915AA00018     04/06/95 EQUIFAX - UPDATE
03/31/95 MWCC/WARD                     03/13/95 ACIS 503038078 915AA00018
03/10/95 EQUIFAX - UPDATE              02/13/95 ACIS 502037957 915AA00018
02/05/95 HOUSEHOLD BANK NA (I          02/05/95 AMERICAN GENERAL FIN
02/05/95 MARLO FURNITURE CO I          01/31/95 CITIBANK OF SOUTH DA
01/26/95 EQUIFAX - UPDATE              01/09/95 ACIS 501017076 915AA00018
12/28/94 EQUIFAX - UPDATE              12/15/94 CRESTAR BANK, NA
12/06/94 C.B.S. RICHMOND               12/05/94 NATIONSBANK BANKCARD
```

26

*Please address all correspondence to this address*

EQUIFAX CREDIT INFORMATION SERVICES
P O BOX 740256
ATLANTA, GA 30374

(800)448-2321

WILLIAM KEVIN AVERY
4244 BENNING RD NE
WASHINGTON DC 20009

DATE 12/03/96
SOCIAL SECURITY NUMBER 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

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct. | Date Opened | Months Re-viewed | Date Of Last Activity | High Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|

CONSUMER STATEMENT ON FILE WITH:

EQUIFAX CREDIT INFORMATION SERVICES
5505 P TREE DUNWOODY RD NE STE 600
P O BOX 740241
ATLANTA, GA 30374

DATE RECORDED 08/96    DATE TO REMOVE 03/01
THE LATE PAY HISTORY FOR THE STUDENT LOANS IS BECAUSE THERE WAS A CASE OF RACIAL DISCRIMINATION AND CORRUPT RECRUITMENT PRACTICES BY THE GRADUATE SCHOOL THAT I ATTENDED--UNDER MY ATTORNEYS CONSULT I COULD NOT PAY ANYONE OR RESPOND UNTIL THIS COURT CASE WAS SETTLED

27