P. O. Box 105518
Atlanta, GA 30348

March 29, 1999

000112673-499  5    17
William Kevin Avery
4244 Benning Rd NE
Washington DC 20019-4549

Dear William Kevin Avery:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file. Equifax contacted each source directly and our investigation is now completed. Enclosed is an updated copy of your credit file.

**Results of Your Investigation** (For your security, the last 4 digits of your credit account number(s) have been replaced by --- )

**We have reviewed the current address. The results are:**

4244 Benning Rd NE
Washington DC 20019

THE CURRENT ADDRESS HAS BEEN ADDED/UPDATED PER THE INFORMATION YOU HAVE SUPPLIED.

**We have researched the credit account. The results are:**

US Dept of Education            Account Number:    2199309064417----
50 United Nations Plz
San Francisco, CA 94102-4912
Phone Number: (800) 557-7392

THIS ACCOUNT HAS BEEN DELETED.

**We have researched the credit account. The results are:**

US Dept of Education            Account Number:    2199309064417----
50 United Nations Plz
San Francisco, CA 94102-4912
Phone Number: (800) 557-7392

THIS ACCOUNT HAS BEEN DELETED.

Thank you for giving Equifax Credit Information Services the opportunity to serve you.

Glenn King
P.O. Box 740256
Atlanta, GA 30374-0256