U. S. ATTORNEY OFFICE  
555 FOURTH STREET, NW  
JUDICIARY CENTER BUILDING  
WASHINGTON, DC 20530

U.S. DEPARTMENT OF JUSTICE  
NCIF Debtor Statement

*This communication is from the United States Department of Justice. All correspondence on this debt should be sent to the representative of the United States at the address to the left above.*

For inquiries regarding debt call: 202-514-7211

| DATE OF STATEMENT | 04-MAY-2006 |
|---|---|
| CLAIM NUMBER | C-58771 |

William K. AVERY D.M.D  
4244 BENNING ROAD, N.E.  
WASHINGTON, DC 20019

Retain top portion for your records. This is your official receipt. Make name/address corrections on the reverse. This statement reflects the balances for this debt only. You may have additional outstanding debt. Detach bottom portion, indicate amount enclosed, and return with your payment.

### ACCOUNT INFORMATION

| Last Payment Received Date | 07-DEC-2005 | Current Balance | $101,678.11 |
|---|---|---|---|
| Last Payment Amount | $6,149.49 | Next Payment Amount | $550.00 |
| Annual Interest Rate | 7.500% | Payment Amount Due | $21,900.51 |
| | | Payment Due By | DUE NOW |

MAKE CHECK OR MONEY ORDER PAYABLE TO U.S. DEPARTMENT OF JUSTICE  
INCLUDE CLAIM NUMBER ON CHECK OR MONEY ORDER  
Please detach and enclose bottom with payment  
DO NOT SEND CASH!

Payment Options:
1. Check or Money Order
2. Credit Card
3. EZ Pay (Call the number above to learn about our automatic debit program)

**PAY YOUR DEBT BY CREDIT CARD BY USING THE FORM BELOW**



We accept credit cards

---

| PAYMENT AMOUNT DUE | $21,900.51 |
|---|---|
| PAYMENT DUE BY | DUE NOW |

CARD NO._____  
EXPIRATION DATE_____

Payment must be received by the PAYMENT DUE BY date, in order for payment to be applied before the next billing cycle.

If payment amount is not indicated, I authorize the Department of Justice to charge my card for the payment amount due.

SIGNATURE_____

| CLAIM NUMBER | C-58771 |
|---|---|
| NAME | William K. AVERY D.M.D. |
| AGENCY CODE  HHHP | DISTRICT DC   COA Recov |
| AGENCY FILE NUMBER | HHHP-50084481 |
| PAYMENT AMOUNT | |

ADDRESS CORRECTION (Please Check Box and Place new address on reverse)  ☐

MAIL COUPON TO:  
U.S. DEPARTMENT OF JUSTICE  
NATIONWIDE CENTRAL INTAKE FACILITY  
P.O. BOX 70940  
CHARLOTTE, NC 28272-0940

AVERYC-58771     DC HHHP-50084481     000002190051



*D.C.S., Inc.*
*P.O. Box 9049*
*Pleasanton, CA 94566-9049*

Address Service Requested

**PERSONAL AND CONFIDENTIAL**
IMMEDIATE REPLY REQUESTED

20721+2226 16



**Diversified Collection Services, Inc.**

333 North Canyons Parkway, Suite 100, Livermore, CA 94551-7661

Direct Line: 541-955-7817
Main Line: 888-335-6267

January 10, 2005

*3-136303169*

WILLIAM K AVERY
1217 GOLF COURSE DR
MITCHELLVILLE MD 20721-2326

Re:          Diversified Collection Services, Inc.
Claim of:    US Department of Education
Account No:  G199309064417001S

Dear WILLIAM K AVERY:

Enclosed you will find the payment history you requested for the above-referenced account. The history is provided directly from the U.S. Department of Education's computer system and accurately represents your payments received and posted.

We will hold your account for ten (10) days from the date of this letter to give you the opportunity to evaluate this information and to make arrangements to repay this obligation.

Failure to respond within the allotted time may result in your account being reviewed for possible administrative wage garnishment or for referral to the U.S. Department of Education for litigation through the U.S. Department of Justice. Additionally, the Internal Revenue Service and other applicable federal agencies may be authorized by the Department of the Treasury to withhold any payments you receive from the federal government, such as income tax refunds, federal retirement benefits, and/or other financial assistance, if your loan is not currently in repayment.

This is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose.

If you should have any questions with regard to this matter, you may contact:

DCS, Inc.
P.O. Box 9049
Pleasanton, CA  94566-9049
888-335-6267

Enclosure

**SEE THE REVERSE SIDE FOR THE FEDERAL VALIDATION NOTICE AND OTHER REQUIRED STATE COMPLIANCE INFORMATION.**

ED/LR023/02R

*A Value Driven Company With A Commitment To Excellence*

```
Page: 1 Document Name: untitled

( R103 )                    ACCOUNT TRANSACTION SCREEN
                     REGION: 09   ACCT OWNER: AG406      EA40681        01/11/05
      ACCT NO: S093504385    ACCT NAME: AVERY                           10:38
DATA HAS BEEN ARCHIVED (  )                          WILLIAM
   ED BALANCE:   74,388.62                                 AMNESTY: N
    TOTAL PMT:       0.00   PROJ/ACT CA:  18,597.16     CA BALANCE:
  VOLNTRY PMT:       0.00                              NET ADJ TRANS:  92,985.78
                                                                           50.00
                                                     NET OTHER TRANS:
  EFFECTIVE     TOTAL     TRAN   INSTRUMENT    SEQ                PAGE     514.52
    DATE       PAYMENT    TP RS   NUMBER      NUMBER  IN  ORIG-B.SRC CRED  1 OF  1
                                                      TP  POSTCL NBR  SITE POSTING
                                                                           DATE    S
  11/05/93      50.00     AA EF  000000000000  000631      DCSI    DCS
  11/05/93     514.52-    IA     000000000000  000000      POS     POS    02/06/03
                                                                          02/06/03
```

PF13-R101 14-R102 15-R103 16-R104 17-R105 18-R106 19-R107 20-R108 21-R109

Date: 1/11/ 5 Time: 08:36:59 AM

```
Page: 1 Document Name: untitled

( R109 )                    ACCOUNT PROFILE SCREEN 1        EA40681        01/11/05
   ACCT NO: S093504385  REGION: 09  ACCT OWNER: AG406   COLL NUM: 99999    10:38
ACCT NAME: AVERY                    WILLIAM                    REQUESTOR: EA40681
   -ORIGINAL PRINCIPAL BALANCE:              35,449.88   AS OF (MM/DD/YY): 01/11/05
   -ORIGINAL INTEREST BALANCE:                2,655.47
   -ORIGINAL FEES/COST BALANCE:                  50.00   ICRP:
   -TOTAL INTEREST ACCRUED:                  36,283.27
   -ADMINISTRATIVE COSTS:
   -PENALTY COSTS:
   -FEES:
LESS CREDITS:                          SUBTOTAL:         ----------
   -DEBTOR PAYMENTS:                                      74,438.62
   -REFUND TRANSACTIONS:
   -WRITEOFF TRANSACTIONS:
   -OTHER ADJUSTMENTS:                           50.00
                                       SUBTOTAL:         ----------
                                                              50.00
CURRENT TOTAL DUE:                                       ----------
                                                          74,388.62
PROJECTED/ACTUAL COLL AGENCY FEES:                       ==========
                                                          18,597.16
TOTAL PAYOUT:                                            ==========
                                                          92,985.78
PF13-R101 14-R102 15-R103 16-R104 17-R105 18-R106 19-R107 20-R108 21-R109
```

Date: 1/11/05  Time: 08:37:04 AM

Page: 1  Document Name: untitled

```
( R110 )                    ACCOUNT PROFILE SCREEN 2        EA40681        01/11/05
                      REGION: 09   ACCT OWNER: AG406   COLL NUM: 99999     10:38
ACCT NAME: AVERY                   WILLIAM             REQUESTOR: EA40681
   ACCT NO: S093504385                              AS OF (MM/DD/YY): 01/11/05
------------------------------------------------------------------------------
DEBT ID                                                              PAGE  1 OF  1
          PRINCIPAL      INTEREST    PROJ/ACT CA              CA BALANCE
G199309064417001                       PENALTY      ADMIN         FEES     ED BALANCE
          35,449.88     38,938.74    18,597.16                92,985.78
                                                                           74,388.62
```

TOTALS:
```
      35,449.88   38,938.74      18,597.16              92,985.78
PF13-R101 14-R102 15-R103 16-R104 17-R105 18-R106 19-R107 20-R108 21-R109   74,388.62
```

Date: 1/11/ 5 Time: 08:37:06 AM