```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|                           |   |                              |
|---------------------------|---|------------------------------|
| **WILLIAM AVERY,**        | ) |                              |
|                           | ) |                              |
|    Plaintiff, | ) |                           |
|                           | ) |                              |
|    v.      | ) | Civil Action No. 05-1108 (GK) |
|                           | ) |                              |
| **UNITED STATES OF AMERICA,** | ) |                          |
|                           | ) |                              |
|    Defendant. | ) |                           |

### O R D E R

This matter comes before the Court upon Defendant's Motion for Judgment on the Pleadings [Dkt. No. 8]. Plaintiff is proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, it is hereby

**ORDERED** that Plaintiff shall respond to Defendant's Motion for Judgment on the Pleadings [Dkt. No. 8] no later than **June 25, 2006.**

If Plaintiff does not respond, the Court will treat the Motion as granted and enter judgment in favor of Defendant.

|  |  |
|---|---|
| May 24, 2006 | /s/<br>Gladys Kessler<br>U.S. District Judge |

**Copies to: attorneys on record via ECF and**

**DR. WILLIAM AVERY**
**4244 Benning Road, NE**
**Washington, DC 20019**