UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dr. William Avery, | ) | |
| Plaintiff, | ) | June 12, 2006 |
| | ) | |
| Vs. | ) | Civil Action No: 05-01108 GK |
| | ) | |
| UNITED STATES OF AMERICA, | ) | The Honorable Judge Kessler |
| Defendant | ) | |

## NOTICE OF REMAILING CORRECT DOCUMENT DATED JUNE 12 INSTEAD OF DOCUMENT DATED JUNE 5, 2006.

On June 5, plaintiff, Dr. William Avery mailed his document and reply to the defendants entitled, "Plaintiff's Motion To Deny Defendants Motion For Judgment and Memorandum to Describe and Assert Violations"

On June 9, 2006, Plaintiff delivered two copies of said document dated June 5, to the Courthouse.

RECEIVED

JUN 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

On June 10, 2006 plaintiff discovered in e-mail, that defendants had not received plaintiff's document. See attached document from postal service.

On June 12, 2006, plaintiff again mailed his document to the defendants, having added point eleven, which appears at the bottom of page 13 and entitled "XI. Claim for Negligent Noncompliance".

That is the only difference in the June 5 and June 12 documents. A delivery issues with the postal service will hopefully be resolved. Defendants never received the June 5 document, so plaintiff is notifying the court to disregard it and accept the document dated June 12 instead.

Respectfully Submitted,

*Dr. William Avery*

Dr. William Avery

3



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **0306 0320 0004 0840 5409**
Status: **Notice Left**

We attempted to deliver your item at 2:43 am on June 10, 2006 in WASHINGTON, DC 20530 and a notice was left. It can be redelivered or picked up at the Post Office. If the item is unclaimed, it will be returned to the sender. Information, if available, is updated every evening. Please check again later.

Additional Details >    Return to USPS.com Home >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

---

*[Receipt image, rotated:]*

KETTERING FINANCE UNIT
UPPER MARLBORO, Maryland
20749996
1050050773-0099
(800)275-8777          04:47:00 PM
06/05/2006

Sales Receipt
Product    Sale    Unit    Final
Description Qty   Price   Price

WASHINGTON DC 20530                $4.05
Priority Mail
3.50 oz.
Delivery Confirmation              $0.50
Label #:
0306032000040840 5409
==============
Issue PVI:                         $4.55

Total:                             $4.55
Paid by:
Cash                              $10.55
Change Due:                       -$6.00

Bill#: 1000100637718
Clerk: 23

— All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
                              Customer Copy

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)
*(Please Print Clearly)*   June 5  To Fred Haynes

DELIVERY CONFIRMATION NUMBER: 0306 0320 0004 0840 5409

Postmark Here    JUN -5 2006

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002