```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

DR. WILLIAM AVERY,              )
                                )
          Plaintiff,            )
                                )
     v.                         )  Civil Action No. 05-01108 GK
                                )
UNITED STATES OF AMERICA,       )
                                )
          Defendant.            )
```

REPLY MEMORANDUM IN SUPPORT OF THE
MOTION FOR JUDGMENT ON THE PLEADINGS

As defendant explained in its memorandum in support of the motion for judgment on the pleadings, this is an action against the United States for allegedly reporting inaccurate information as to plaintiff's student-loan debt to the credit reporting agencies. Plaintiff claims that the reporting of inaccurate information has adversely impacted his practice as a dentist. The complaint alleges two causes of action: defamation and negligence. Defendant noted, however, that there is no waiver of sovereign immunity that would permit this action to proceed against the United States as to the defamation claim. Similarly, the action cannot proceed against the United States as to the simple negligence claim, in that a private person in the jurisdiction where the alleged tort occurred would not have been liable for such a non-intentional tort. Liability under the Federal Tort Claims Act is dependent on a finding that a private person in the relevant jurisdiction would have been so liable.

The latter argument is based on the fact that there is a federal law that preempts most state tort law in the context of the reporting of information to the credit reporting agencies. This is the Fair Credit Reporting Act (FCRA), 15 U.S.C. §§ 1681 et seq., which regulates the relationships of entities furnishing information to the credit reporting agencies for further release to their subscribers. The FCRA does provide a private right of action as to violations of one of its provisions, but since there is no waiver of sovereign immunity in the act, the federal government cannot be sued under that provision.

It is respectfully submitted that plaintiff's lengthy response to the motion for judgment on the pleadings does not come to grips with the legal arguments made by defendant. To the extent that individuals claim to have been damaged by the negligent reporting by the government of credit information, their remedy is not under tort law or the FCRA; it is, rather, under the Privacy Act, 5 U.S.C. § 552a, a cause of action not relied on by the plaintiff. However, as recovery under the Privacy Act requires a showing of intentional or willful conduct, 5 U.S.C. § 552a, plaintiff's negligence claim would not be viable under that theory.

For the reasons set forth above and in the memorandum in support in support of the motion for judgment on the pleadings,

defendant's motion should be granted.

                          Respectfully submitted,

                          KENNETH L. WAINSTEIN, D.C. Bar #451058
                          United States Attorney

                          RUDOLPH CONTRERAS, D.C. Bar #434122
                          Assistant United States Attorney
                                      /S/
                          FRED E. HAYNES, D.C. BAR #165654
                          Assistant United States Attorney
                          555 4th Street, N.W., Room E-4110
                          Washington, D.C. 20530
                          (202) 514-7201

CERTIFICATE OF SERVICE

I certify that on this 19th day of June, 2006, a copy of the foregoing reply memorandum in support of the motion for judgment on the pleadings was served on plaintiff by first-class mail, postage prepaid, to the following address:

>     Dr. William Avery
>     4244 Benning Road, N.E.
>     Washington, D.C. 20019

>     /s/
>     FRED E. HAYNES, D.C. BAR #165654
>     Assistant United States Attorney
>     555 4th Street, N.W., Room E-4110
>     Washington, D.C. 20530
>     (202) 514-7201