UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. WILLIAM AVERY,        )

       Plaintiff        )        August 21, 2006

Vs.        )

               )        Civil Action No: 05-01108 GK
UNITED STATES OF AMERICA           The Honorable Judge Gladys Kessler
               )

       Defendant        )


## UPDATE REGARDING INCORRECT STUDENT LOAN BALANCE

The enclosed document, sent from a collection agency representing the United States and named **Collection Company of America**, is dated July 26, 2006, and clearly arrived after the July 5th time period for plaintiff's submission to the Court. As it is new information/ evidence, the Court may accept or request submission at another time.

The point to be made here, is if you review plaintiff's July 3rd document filed with the Court, you already see two different balances submitted by the government for the month of July 2006. This document now submitted and dated July 26 is yet a third and incorrect balance. Defendants cannot seem to provide a correct balance and to the continued detriment of the plaintiff.

RECEIVED

AUG 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Now observe that this balance listed by the **Collection Company of America** stating **$99,027.65** is also lower than the previous government balance. You also now see that this collection agency has added/ tacked on a collection fee **$19,805.53.** Even with $19,805 being trumped up and added to the incorrect balance, this bill is still less than the government's incorrect balance. Plaintiff's student loan account has been clearly handled improperly and certainly not professionally – of which he has had to live with much grief and nonsense involved with a thus far unknown and incorrect balance as maintained by the defendants for several years.

With this trumped up collection fee being removed, plaintiff's still incorrect balance is **$79,222.12.**

Is there any wonder as to why plaintiff filed this lawsuit? Please correct the math if it is wrong. Furthermore, collection agencies play legal games. The United States has made the plaintiff to endure incorrect balance and collection issues for approximately 16 years, with collection adding as much as they can onto the bill – to increase their profits. You don't need accuracy if you can obtain a judgment and collect a higher amount written on a judgment. Collection agencies will then legally try to make Avery appear as guilty/ irresponsible and claiming to be collecting in the "interest of the United States".

Just one small problem. Do or did the defendants ever know the correct balance? Obviously and as evidenced, they don't.

When the profit level for the collection agency becomes high enough, they will then attempt prosecution for the higher fee. This is an example of profit driven collection activity. Another sham.

Furthermore, the balance in July 2006 and before legal "charges" is $79, 222.12 and creating an almost $25,000 discrepancy of different balances being "created" for plaintiff's student loans in just the month of July 2006 alone. Plaintiff is not a wealthy corporation and this large inaccuracy is simply devastating. All three collection documents, having three largely different amounts are three different actions demanding three different payments – for the month and yet claim to represent **the same account**.

Respectfully Submitted,

*Dr. William Avery*

Dr. William Avery

### CERTIFICATION OF SERVICE

I hereby certify that on August 21, 2006, a copy of the foregoing document was served on defendant by first class mail, postage prepaid, to the following address:

Fred E. Haynes
Assistant United States Attorney
555 4th Street, N.W.
  Room E-4110
Washington, D.C.  20530
(202) 514-7201

3

| | | |
|---|---|---|
| Account # :<br>19-674457 | Client Reference # :<br>G199309064417001 | Total Due :<br>**$ 99027.65** |
| Do not send cash | NOTE NAME / ADDRESS /<br>PHONE NO. CHANGES<br>ON BACK OF COUPON |
| Make checks payable to:<br>U.S. Department of Education | |
| Show your social security number on your check | |

CCA
PO BOX 5369
NORWELL MA 02061-5369
FORWARD SERVICE REQUESTED

Return this portion with your payment

PERSONAL & CONFIDENTIAL
S-ONCCOA19 L-28A (ED001) A-19-674457-12
P05RIZ00409621 I13572
WILLIAM AVERY
1217 GOLF COURSE DR
MITCHELLVILLE MD 20721-2326

SEND PAYMENT TO:
12-28A

NATIONAL PAYMENT CENTER
U.S. DEPARTMENT OF EDUCATION
PO BOX 4169
GREENVILLE TX 75403-4169

4 320935043850 0000004950 00000538    4 320935043850 0007262006 99027650

✂ Detach Upper Portion And Return With Payment ✂

July 26, 2006

PO BOX 5369
NORWELL MA 02061-5369
Toll Free : 1-800-896-4539

**CCA**
Collection Company of America

Office Hours :
Monday - Thursday   8:00AM - 9:00 PM   ET
Friday              8:00AM - 5:00 PM   ET
Saturday            8:00AM - 12:00 PM  ET

### *** FIRST DEMAND NOTICE ***

RE : Your Account with our client : U.S. DEPARTMENT OF EDUCATION
Client Reference # : G199309064417001
CCA Account # : 19-674457

Total Due:   $99027.65

Your account(s) has been placed with us for collection. Please see below for details of your outstanding obligation. This is a demand for payment of your debt.

We urge you to remit payment to the National Payment Center, using the top portion of this coupon. If you dispute this debt please see the reverse side of this notice for important rights.

| DEBT ID # | PRINCIPAL | INTEREST | CHARGES | BALANCE |
|---|---|---|---|---|
| G199309064417001 | $35449.88 | $43772.24 | $19805.53 | $99027.65 |
| | | | Total Due: | $99027.65 |

NOTE: Your account is accruing interest on a daily basis; please contact our office for an exact payoff amount.

All payments should be mailed to: National Payment Center, US Department of Education, PO Box 4169, Greenville, TX 75403-4169.

| Please direct disputes or other correspondence regarding your account to:<br>**CCA ED Administrative Unit, PO Box 5369, Norwell, MA 02061-5369** |
|---|

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

## NOTE CHANGES ONLY

FIRST NAME ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   MI ☐
LAST NAME ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
ADDRESS ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
CITY ☐☐☐☐☐☐☐☐☐☐☐☐☐☐   HOME PHONE ☐☐☐-☐☐☐-☐☐☐☐
STATE ☐☐   ZIP ☐☐☐☐☐-☐☐☐☐   WORK PHONE ☐☐☐-☐☐☐-☐☐☐☐

### FEDERAL LAW

Unless you dispute the validity of this debt, or any portion thereof, within thirty days after receipt of this notice, we shall assume the debt to be valid. If you notify us in writing of your dispute within this thirty-day period, we will obtain verification of the debt, or a copy of a judgment against you, and a copy of such verification or judgment will be mailed to you. Upon your written request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor.

Rec'd 7/31/06

CCA
PO BOX 5369
NORWELL MA 02061-5369
FORWARD SERVICE REQUESTED

PERSONAL & CONFIDENTIAL
S-ONCCOA19 L-28A (ED001) A-19-674457-12
P05RIZ00409621 I13572
WILLIAM AVERY
1217 GOLF COURSE DR
MITCHELLVILLE MD 20721-2326

U. S. ATTORNEY OFFICE
555 FOURTH STREET, NW
JUDICIARY CENTER BUILDING
WASHINGTON, DC 20530

U.S. DEPARTMENT OF JUSTICE
IF Debtor Statement

This communication is from the United States Department of Justice. All correspondence on this debt should be sent to the representative of the United States at the address to the left above.

| DATE OF STATEMENT | 04-AUG-2006 |
|---|---|
| CLAIM NUMBER | C-58771 |

For inquiries regarding debt call: 202-514-7211

William K. Avery D.M.D.
4244 BENNING ROAD, N.E.
WASHINGTON, DC 20019

Retain top portion for your records. This is your official receipt. Make name/address corrections on the reverse. This statement reflects the balances for this debt only. You may have additional outstanding debt. Detach bottom portion, indicate amount enclosed, and return with your payment.

| ACCOUNT INFORMATION | | | |
|---|---|---|---|
| Last Payment Received Date | 07-DEC-2005 | Current Balance | $103,570.27 |
| Last Payment Amount | $6,149.49 | Next Payment Amount | $550.00 |
| Annual Interest Rate | 7.500% | Payment Amount Due | $23,550.51 |
| | | Payment Due By | DUE NOW |

MAKE CHECK OR MONEY ORDER PAYABLE TO U.S. DEPARTMENT OF JUSTICE
INCLUDE CLAIM NUMBER ON CHECK OR MONEY ORDER
Please detach and enclose bottom with payment

DO NOT SEND CASH!

**Payment Options:**
1. Check or Money Order
2. Credit Card
3. EZ Pay (Call the number above to learn about our automatic debit program)

**PAY YOUR DEBT BY CREDIT CARD BY USING THE FORM BELOW**

We accept credit cards: VISA, MasterCard, American Express, NOVUS, Diners Club

| PAYMENT AMOUNT DUE | $23,550.51 |
|---|---|
| PAYMENT DUE BY | DUE NOW |

Payment must be received by the PAYMENT DUE BY date, in order for payment to be applied before the next billing cycle.

| CLAIM NUMBER | C-58771 |
|---|---|
| NAME | William K. Avery D.M.D. |
| AGENCY CODE   HHHP | DISTRICT  DC          COA Recov |
| AGENCY FILE NUMBER | HHHP-50084481 |
| PAYMENT AMOUNT | |

CARD NO._____
EXPIRATION DATE_____

If payment amount is not indicated, I authorize the Department of Justice to charge my card for the payment amount due.

SIGNATURE_____

ADDRESS CORRECTION (Please Check Box and Place new address on reverse) ☐

MAIL COUPON TO:
U.S. DEPARTMENT OF JUSTICE
NATIONWIDE CENTRAL INTAKE FACILITY
P.O. BOX 70940
CHARLOTTE, NC 28272-0940

AveryC-58771        DC HHHP-50084481        000002355051