NAME *ATTACHMENT*
DATE *1*

CCA
PO Box 5369
Norwell, MA 02061-5369
FORWARD SERVICE REQUESTED

| Account #<br>674457 | Client Reference #:<br>S093504385 | Total Due:<br>$99870.28 |
|---|---|---|
| Do not send cash | | NEW NAME/ADDRESS<br>PHONE NO CHANGES<br>ON BACK |
| Make checks payable to:<br>US Department of Education | | |
| Show your social security number on your check | | |

**PERSONAL & CONFIDENTIAL**
S-ONCCOA L-ED28L-18659397-04
P00BCS001000002 I0001

WILLIAM AVERY
1217 GOLF COURSE DRIVE
MITCHELLVILLE, MD

Return this portion with your payment

SEND PAYMENT TO:
OHED7R.

NATIONAL PAYMENT CENTER
U.S. DEPARTMENT OF EDUCATION
P.O. BOX 4169
GREENVILLE, TX 75403-4169

(75403416969:)

4 32029932193 0000004950 00000538      4 320239932193 0011192004 0031004

✂ Detach Upper Portion and Return with Payment ✂                    10/2/06

CCA
P.O. Box 5369
Norwell, MA 02061-5369
Toll Free: 1-800-850-1070

# ⊩CCA
Collection Company of America

Office Hours:
Monday – Thursday  8:00AM-9:00PM ET
Friday                    8:00AM-5:00PM ET
Saturday               8:00AM-12:00PM ET

**#57,687**

*****COMPROMISE AGREEMENT***

RE: Your Account with our Client: US DEPARTMENT OF EDUCATION
Client Reference #: S 093504385
CCA Account #: 674457

Principal:   $35449.88
Interest:    $44446.34
Charges:    $19974.06
Total Due: $99870.28

This notice confirms our offer to accept $57687.00 as full settlement and satisfaction of your obligation on this debt. To take advantage of this offer, you must forward secured payment (payment in the form of certified funds, cashier's check or money order) along with the detachable coupon at the top of this notice to the address on that coupon. This payment must be received by 10/25/06.

If we do not receive payment within this time period, this offer will be voided and you will be responsible for the full amount of your account plus all penalties and fees that may be added.

Please note the following exceptions to this compromise: If your account has been reduced by offset of any funds owed you by the federal government, and that offset is reversed for any reason in the future, this debt will be restored to the extent of that reversal, and you will be required to pay the amount of any reduction cause by a reversal of that offset. Additionally, if the Department is successful in offsetting any federal funds due you through the federal offset program before you payment is received, the offset will be credited to the amount owed on this compromise settlement of your account. Should any such offset result in an overpayment of the agreed upon settlement listed above, the Department will refund the overpaid portion directly to you.

This compromise is effective on the following DEBT ID # (s): G19930064417001

Please direct disputes or other correspondence regarding your account to:
**CCA ED Administrative Unit, PO Box 5369, Norwell, MA 02061-5369**

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

COLLECTO, INC.

## FACSIMILE TRANSMITTAL SHEET

| TO: WILLIAM AVERY | FROM: CCA |
|---|---|
| COMPANY: Collecto, Inc dba CCA | DATE: 10/2/2006 |
| FAX NUMBER: 202-388-1575 | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: information requested | YOUR REFERENCE NUMBER: |

☐ URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

**NAME** *ATTACHMENT*
**DATE** *2*

 **American Home Loans**

13260 N. 94ᵗʰ Drive, Suite 200 Peoria, AZ 85381
(623) 977-4518 ~ Fax (623) 977-4519

William K Avery
1217 Golf Course Drive
Bowie, MD 20721

Dear William,

Thank you for taking the time to speak to me regarding a home loan.  I have enclosed all the necessary documents to be signed and returned.  Please pay close attention to the highlighted areas.  To expedite the closing of your loans please sign and date all documents.  Make any necessary corrections to this paperwork.  Your loan will take approximately 10 business to complete.  A DHL envelope is included for your convenience.

To move forward with the application, we will need the following items:

- Signed/dated application and disclosures.
- Please provide a clear copy of driver licenses and social security cards.

**\*\*\*APPRAISAL FEE IS DUE UPON INSPECTION $250.00 IS THE FEE\*\*\***
Appraiser Banner-Williams 301-449-4000.

Any item you may be waiting on can be faxed at a later date.  Your file will be expedited upon the return of these documents.

Sincerely,

Susan Saunders
Assistant Branch Manager
American Home Loans



## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed by that spouse or other person also.

Completed ☐ Jointly ☑ Not Jointly

| Description   ASSETS | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | | | |
| | | **LIABILITIES** | Monthly Payment & Months Left to Pay | Unpaid Balance |
| *List checking and savings accounts below* | | Name and address of Company **COUNTRYWIDE HOME LOANS** | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 104948184 | * (2,158) /348 | 283,570 |
| Acct. no. | $ | Name and address of Company **AMEX** | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. -002481997010330591 | 297 /0 | 14,837 |
| Acct. no. | | Name and address of Company **CAPITAL 1 BK** 11013 W BROAD ST GLEN ALLEN VA 23060 | $ Payment/Months | $ |
| Name and address of Bank, S&L, | | | | |
| | | Acct. no. 430572206042 | 42 /0 | 1,366 |
| Acct. no. | $ | Name and address of Company **STUDENT LOANS SETTLEMENT** | $ Payment/Months | $ |
| Stocks & Bonds (Company name/number description) | $ | | | |
| | | Acct. no. | * | 57,687 |
| | | Name and address of Company | $ Payment/Months | $ |
| Life insurance net cash value | $ | | | |
| Face amount: $ | | | | |
| **Subtotal Liquid Assets** | $ | Acct. no. | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 520,000 | Name and address of Company | $ Payment/Months | $ |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | Acct. no. | | |
| Automobiles owned (make and year) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | **Total Monthly Payments** | $ 339 | |
| **Total Assets a.** | $ 520,000 | Net Worth (a minus b) ⇒ $ 162,540 | **Total Liabilities b.** | $ 357,460 |

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 1217 GOLF COURSE DRIVE Bowie, MD 20721 | SFR | $ 520,000 | $ 280,000 | $ | $ 2,000 | $ 364 | $ |
| | | | | | | | |
| | | | | | | | |
| | Totals | $ 520,000 | $ 280,000 | $ | $ 2,000 | $ 364 | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s).

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

NAME *Attachment*
DATE *3*

**HRSA** **Bureau of Health Professions**    Questions?

U.S. Department of Health and Human Services

Health Resources and Services Administration

# Defaulted Borrowers
Health Education Assistance Loans (HEAL)

VIEW LIST BY

- Name
- Discipline
- State
- Amount Due
- School
- Full List
- Search List

A B C D E F G H I J K L M N O P Q R S T U V W X Y

## Letter A

| Last Name | First Name | MI | Discipline |
|-----------|-----------|-----|-------------------------|
| Aromola | Joseph | J | Chiropractic |
| Ashkinazy | Alan | C | Chiropractic |
| Ashlock | Ken | A | Chiropractic |
| Assem | Ahmad | H | Chiropractic |
| Attig Jr | Robert | C | Allopathic Medicine |
| Avery | William | K | Dentistry |
| Ayala | Juan | E | Dentistry |
| Azzopardi | Thomas | J | Chiropractic |

First Page | Previous Page | Next Page | Last Page

Top | Home | HRSA | HHS | Privacy Policy | Search | Disclaimers | Accessibility | Questions?





**U.S. Department of Health and Human Services** | **Bureau of Health Professions** | Questions?

Health Resources and Services Administration

# Defaulted Borrowers
Health Education Assistance Loans (HEAL)

**VIEW LIST BY**

Name

Discipline

State

Amount Due

School

Full List

Search List

## Defaulted Borrower Information

| | |
|---|---|
| Last Name: | Avery |
| First Name: | William |
| Middle Initial: | K |
| Amount Due: | $78,803 |
| City: | Washington |
| State: | DC |
| School: | Univ. of Pittsburgh |
| Discipline: | Dentistry |
| City: | Pittsburgh |
| State: | PA |
| Graduation/Separation: | 6/15/1987 |

Top | Home | HRSA | HHS | Disclaimers | Accessibility | Questions

NAME *ATTAchmen:*
DATE *4*

*Diversified*
*Collection*
*Services, Inc.*

*333 North Canyons Parkway, Suite 100, Livermore, CA 94551-7661*

Direct Line: 541-955-7800
Main Line: 888-335-6267

December 14, 2004 

```
*3 - 1 3 4 6 8 9 7 1 0 *
```

WILLIAM K AVERY
1217 GOLF COURSE DR
MITCHELLVILLE MD 20721



Claim of:       US Department of Education
Account No:   G199309064417001S
Balance:       $92679.06 as of:  December 14, 2004
As of the date of this letter, you owe the balance reflected. Because of interest and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you. For further information on your balance, write to DCS or call the toll-free number provided above.

Dear WILLIAM K AVERY:

*Re Finance stopped*

As you know, DCS, Inc., has been retained to secure the total recovery of the debt you owe to the U.S. Department of Education. You may have noticed that your financial obligation has increased substantially due to the penalties of default, which is reflected in the total balance above.

On a more positive note, your credit bureau records indicate that you may have the ability to pay your loan in full through your own resources. Additionally, our client has authorized us to waive a portion of your past due amount should you be in the position to secure the remaining balance. To take advantage of the offer and voluntarily retire your obligation, you must telephone your DCS account representative at
888-335-6267 within ten (10) days from the date of this letter to verify your reduced payoff balance and determine your payment due date.

You may also still qualify for the loan refinance or rehabilitation programs, which can clear up your credit rating while offering low monthly payments with no up-front costs to you.

This is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose.
**SEE THE REVERSE SIDE FOR THE FEDERAL VALIDATION
NOTICE AND OTHER STATE COMPLIANCE INFORMATION.**

ED02/1.R148·ED/03J

*A Value Driven Company With A Commitment To Excellence*

**NAME** *Attachment*
**DATE**    *5*



- Contact the borrower every 6 months to notify him/her of the amount of the debt;
- Contact the borrower in writing 30-60 days before the commencement of the repayment period to establish the repayment terms;
- Contact both the borrower and any endorser at least 4 times at regular intervals during the first 120 days of any delinquency period.
- Notify national consumer credit reporting agencies regarding accounts overdue by more than 60 days; and
- Request pre-claim assistance from the HEAL Program when the borrower is 90 days delinquent. (HEAL pre-claim assistance consists of three progressively stronger letters urging the borrower to contact his/her lender before the lender initiates litigation against the borrower.)



## LITIGATION



Lenders and holders are required to litigate defaulted loans and obtain a judgment against the borrower in most cases. Litigation is not required when the loan involved was made in an amount of less than $5,000 prior to 11/04/1988 or the loan was made in an amount of less than $2,500 on or after 11/04/1988 or if the defaulted claim is less than $1,000. Schools may assist in the collection of delinquent HEAL loans. HEAL loans are exempted from any State or Federal Statute of Limitations provisions which limit the period within which a loan may be collected.

## POST DEFAULT ACTIVITIES

Defaulted borrowers are subject to the following:

- Account referred to a collection agency;
- Referral to the Inspector General, DHHS and the Department of Justice (DOJ);
- DOJ registers the judgment in Federal court for enforced collection;
- Exclusion from Medicare;
- IRS offset;

Case 1:05-cv-01108-GK    Document 17-2    Filed 10/13/2006    Page 14 of 22

Repayment of principal and interest can be deferred, but interest continues to accrue during periods of:

- Full-time study at a HEAL school or at an institution of higher education participating in the Federal Family Education Loan Program;
- Up to three years for full time active duty in the Armed Forces;
- Up to three years each for service in the Peace Corps, VISTA or the National Health Service Corps;
- Up to two years for certain fellowship and educational training programs*;
- Up to four years for internship and residency training*;
- Up to one year for graduates of schools of chiropractic;
- Up to three years for completion of an internship or residency training program in osteopathic general practice, family medicine, general internal medicine, preventive medicine, or general pediatrics and is practicing primary care; and/or
- Up to three years for providing health care services (beginning 02/01/1999) to Indians through any health program or facility funded in whole or part by the Indian Health Service for the benefit of Indians.

## TOTAL AND PERMANENT DISABILITY

To be totally and permanently disabled the borrower must be unable to engage in any substantially gainful activity because of a medically determinable impairment that is expected to continue for a long and indefinite period of time or to result in death. A borrower should contact their lender/servicer to discuss their situation and obtain the necessary paperwork to submit an application for total and permanent disability. Please see the HEAL Web Site listed below for a copy of the Physician's Certification of Borrower's Total and Permanent Disability Form and Disability Medical Release document.

 ## DUE DILIGENCE

Lenders must:



**Student Assistance**

national Health
Service Corps

National Center for
Health Workforce
Analysis

Health Professions
Workforce Areas

Support for
Health Programs

Medicine and Osteo.
Nursing

Diversity

Other Health
Education Programs

Public Health

Other Grant Programs

Students and Graduate
data

Kids into Health Careers

Right From the Start

Pharmacy Ed. for
Readiness

Loan Products

 Setup
Instructions

# About the Health Education Assistance Loan (HEAL) Program

- printer-friendly About the HEAL Program (Acrobat/pdf)

(Authorized by Sections 701-720 of the Public Health Service Act)

New HEAL loans to student borrowers were discontinued as of September 30, 1998. From fiscal year 1978 through 1998 the Federal Health Education Assistance Loan (HEAL) Program insured loans made by participating lenders to eligible graduate students in schools of medicine, osteopathy, dentistry, veterinary medicine, optometry, podiatry, public health, pharmacy, chiropractic, or in programs in health administration, and clinical psychology. HEAL refinancing occurred from fiscal year 1994 through fiscal year 2004.

## INTEREST

Legislation states that the maximum interest which may be charged to the borrower on the unpaid balance of the loan may not exceed the average bond-equivalent rate during the prior calendar quarter for 91-day Treasury bills sold at auction, plus three percent, rounded to the next higher 1/8 of one percent. Payment of principal and interest may be deferred during specific eligible periods of deferment. The HEAL program does not provide a subsidy payment for interest. Accrued interest may be compounded not more frequently than annually by adding it to the principal amount of the loan.

## REPAYMENT

Repayment begins the first day of the 10th month after the month the borrower ceases to be a full-time student at a

HEAL school.  The 9-month period before the repayment period begins is called the "grace period."  However, if the borrower becomes an intern or resident in an accredited program within 9 full months after leaving school, repayment will begin the first day of the 10th month after the borrower ceases to be an intern or a resident.  A borrower has from 10 to 25 years to repay the loan after the repayment period starts even when the borrower participates in an authorized deferment program.  There is no penalty for prepayment. Overdue accounts will be aggressively pursued and referred to collection agencies and credit bureaus or for legal action when borrowers fail to meet the terms of their loans.

Repayment schedule provisions may vary and affect the total amount to be repaid.

- Lenders must offer a graduated repayment option to borrowers which require smaller payments early in the repayment period.
- Lenders must offer an income contingent loan repayment schedule that, during the first 5 years of repayment is based on a borrower's income.

# FORBEARANCE

Forbearance is an extension of time for making loan payments or the acceptance of smaller payments than were previously scheduled to prevent a borrower from defaulting. Lenders have the authority to grant forbearance in six-month increments up to a maximum of three years.  Periods of forbearance may be extended beyond three years with the approval of the Secretary.  Any such period would be in addition to the 3-year period which lenders/holders can grant.  Any period of forbearance granted to a HEAL borrower shall not be included in the 25 year loan repayment period for loans made on or after 10/13/1992. Lenders must notify each borrower of the right to request forbearance; however, if the lender determines that the default of the borrower is inevitable and that forbearance would be ineffective in preventing default, the lender is not required to grant forbearance.

# DEFERMENT

- Publish names of defaulters (who have not entered into a settlement agreement) in the Federal Register and on web site at www.defaulteddocs.dhhs.gov

For additional information about HEAL use:

- HEAL Web Site
- Defaulted Docs Web Site
- HEAL Program Telephone Number: (301) 443-1540

* may postpone repayment period

Go to: Top | Home | HRSA | HHS | Disclaimer | Accessibility | Privacy

**NAME** *A TTAchment*
**DATE** *6*

Sue Saunders,

As you think you know everything of which you know absolutely nothing, this voluntary dismissal of the student loans obtain in court order in 1994 - should finally shut your flapping mouth - especially since you have not known what you are talking about since you took it upon yourself to pry into my affairs. Since you foolishly believe anything that strangers tell you – which you then turn against me. You look like a fool.

Now review the voluntary dismissal of 1994. And don't you EVER tell me that you "know" the facts. You know nothing.

Feel free to send Ms. Basham a copy so she can look as silly as you do. Telling me I am foolish to sue the government. You do not have my permission to discuss my case with anyone.

I DON'T OWE YOU AN EXPLANATION OF ANY KIND. Suffice to know that attending a dental school with a bunch of phony white people – I sued over it. The worst experience of my life.

My name is Doctor William Avery and make sure you pronounce it correctly when you address me again. We are not on a first name basis.*

*It has been my experience with collection agencies hired by the United States that these companies believe that they can talk down to an individual, since they can hide behind the government. I took all of the nonsense that I needed to take, as demonstrated in this refinance in order to obtain evidence. The sole motivation demonstrated to me, was for these agencies to collect commissions for themselves. The companies hired by the defendants demonstrated to me that they could care less about any moneys to be received by the United States. After I obtained the evidence of a botched settlement by the government, these companies discovered that I fight back.

9

*Court Order*
*ITEM 2*

# WILLIAMS & EOANNOU, P.C.

Attorneys at Law

David Huntington Williams (DC) (MD) (CA)
Carol Lynne Eoannou (DC) (VA)
Elizabeth M. Boyle (DC) (MD) (VA) (MS)
David Jay Federbush (DC) (MD) (FL)

Of Counsel:

Ian F. Goldsworthy, Q.C.
36 Essex Street
London WC2 3AS
England
011-44-71-413-0353

7315 Wisconsin Avenue
Suite 630, North Tower
Bethesda, Maryland 20814

Tel: 301-469-3940
Fax: 301-469-3943

Washington D.C. Office
2000 L Street, Northwest
Suite 200
Washington, D.C. 20036
202-659-1360

August 15, 1994

Richard Gross, Esq.
Richmond & Gross
500 Equitable Building
Suite 522
10 N. Calvert Street
Baltimore, Maryland  21202

   Re: <u>Pennsylvania Higher Education Assistance Agency</u>
      <u>v. William K. Avery</u>
      Civil Action Number 001125-94

Dear Mr. Gross:

  Enclosed please find a copy of the Stipulation for Voluntary
Dismissal, filed today in the above referenced case.

       Respectfully submitted,

       Vickie Meeks

Enclosure

cc:  Dr. William Avery

RECEIVED
Civil Clerk's Office

AUG. 1 5 1994

Superior Court of the
District of Columbia

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

PENNSYLVANIA HIGHER                    :
EDUCATION ASSISTANCE AGENCY
Towne House, Room 312                  :
Harrisburg, PA  17102
                                       :
        Plaintiff                      :        Civil Action No. 001125-94
                                                CALENDAR 7 - JUDGE DUNCAN-
        v.                             :        PETERS

WILLIAM K. AVERY                       :        Next Event Date: 9/06/94
4244 Benning Road, N.E.
Washington, D.C.  20019                :

        Defendant                      :
_____       :

WILLIAM K. AVERY                       :
4244 Benning Road, N.E.
Washington, D.C.  20019                :

        Counterplaintiff               :

        v.                             :

PENNSYLVANIA HIGHER                    :
EDUCATION ASSISTANCE AGENCY
Towne House, Room 312                  :
Harrisburg, PA  17102
                                       :
        Counterdefendant               :
_____       /

RECEIVED
Civil Clerk's Office

AUG 2 2 1994

Superior Court of the
District of Columbia

## STIPULATION FOR VOLUNTARY DISMISSAL

        Pennsylvania Higher Education Assistance Agency ("PHEAA")
and William K. Avery ("Avery"), by and through their undersigned
counsel and pursuant to Rule 41(a)(1)(ii) and (c), Superior
Court Rules of Civil Procedure, hereby stipulate to the mutual
voluntary dismissal without prejudice of all claims asserted by

1

PHEAA against Avery and all claims asserted by Avery against PHEAA in the above-captioned action.

PHEAA and Avery shall each bear its own respective costs and attorneys' fees incurred herein.

Respectfully submitted,

RICHMOND & GROSS
N. Calvert Street
Suite 522
Baltimore, MD 21202
(410) 685-0250

By: _Richard O. Gross_
Richard Gross, Esq.
D.C. Bar No. 237917

Attorneys for PHEAA

WILLIAMS & EOANNOU, P.C.
7315 Wisconsin Avenue
Suite 630 North
Bethesda, MD 20814
(301) 469-3940

By: _David J. Federbush_ 8/9/94
David Federbush, Esq.
D.C. Bar No. 928697

Attorneys for Avery

2