UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. WILLIAM AVERY,         )
                           )
            Plaintiff      )      November 7, 2006
                           )
                           )
Vs.                        )
                           )      Civil Action No: 05-01108 GK
United States of America   )      The Honorable Judge Gladys Kessler
                           )
            Defendant      )

### GOVERNMENT NOW NOTIFIES PLAINTIFF ABOUT HEAL LOANS AND CONSOLIDATION – AFTER 12 YEARS AND NO COMMUNICATION.

Today, November 7, the plaintiff received a notification from HEAL informing him that he now has HEAL Loans to pay and that he can consolidate all of his student loans from the University of Pittsburgh Dental School.

Plaintiff was quite surprised to see this notification but at least it places into evidence, the travesty and disparaging impact of 18 years of shoddy accounting procedures, improper balances and now contact 12 years later regarding student loans that were dismissed without prejudice in 1994. Additional interest has also been added by defendants. There has been no contact from defendants, regarding these HEAL loans, since 1994.

Respectfully Submitted To the Court,

Dr. William Avery

attachment: HEAL LOAN NOTIFICATION

RECEIVED
NOV 8 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## CERTIFICATION OF SERVICE

I certify that on November 9, 2006 the foregoing document was served on defendant by first class mail, postage prepaid, to the following address:

>Fred E. Haynes
>Assistant United States Attorney
>555 4th Street, N.W.
>  Room E-4110
>Washington, D.C. 20530
>(202) 514-7201

FORM MED1
HEAL LOAN LAW CHANGE NOTIFICATION FOR DENTISTS

```
************MIXED AADC 901
|..|.|||..||......|||.|..|..|.|.|..|.||.|..|..|.|..||..|.|
William Avery
4244 Benning Rd Ne
Washington DC 20019-4549
```

RE: Important Changes to Federal HEAL Loan Policy

Dear Dr. Avery:

New law changes in the Federal Education Loan Program allow you to consolidate your HEAL Loans with CLC – with or without your other federal student loans. Consolidating with CLC allows you to earn **cash back and save on interest**. This is a FREE federal program.

Call (800) 681-0306 before December 3 to check your federal student loan account and learn about your specific savings opportunities.



- **YOUR CHOICE** of cash back benefits
  - 2% cash back after 9 payments
  - OR
  - 5% cash back after 48 payments
- Potential interest savings – less frequent rate adjustments
- One convenient bill each month
- Medical Loan Specialists available 24/7

Take advantage of this opportunity to save money on your HEAL Loans – and all of your federal student loans.

> **Please call (800) 681-0306 before December 3**
> Your Reference ID is 55573846

© 2006 College Loan Corporation, All Rights Reserved

*Borrowers who make payments on time each month for 48 consecutive months will receive a cash rebate equal to 5% of their principal balance outstanding, up to $4000 OR Borrowers who make payments on time each month for 9 consecutive months will receive a cash rebate equal to 2% of their principal balance outstanding, up to $2000 (Borrowers who do not meet the minimum balance requirement but who make payments on time each month will receive a 1% cash rebate, up to $500). Additional terms and conditions apply; contact CLC for details.

45683William Avery