UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| DR. WILLIAM AVERY, ) | |
| ) | |
| Plaintiff ) | June 14, 2007 |
| ) | |
| Vs. ) | |
| ) | Civil Action No: 05-01108 GK |
| UNITED STATES OF AMERICA ) | The Honorable Judge Gladys |
| ) | Kessler |
| ) | |
| Defendant. ) | |

**PLAINTIFF PROVIDES UPDATE OF STATUS AND RECENT DEVELOPMENTS AS OCCURRING IN 2007**

As it has been some time since there has been any communication from the court or the defendant, this document is to provide an update and status of the student loan situation and plaintiff's new indebtedness. Invoice received this month states that Dr. Avery's balance is now $101,741.74 or $109,989.52 as listed on two different invoices for June 2007 (exhibit 3, p.29 & 4,p31). The refinance of plaintiff's home in 2006 –to pay this debt was approved and then cancelled by the government. That information was listed in a previous document submitted to the Court in 2006.

There has been no communication from the defendant. However, plaintiff, did discover in document, that this unfortunate situation for which he was recruited and slyly placed in debt with a "bait and switch" recruitment practice - still exist and now in 2007. This practice was relatively unheard of in 1982 and certainly kept silent among colleges. This is aside from the fact that the Government would and

1

did ruin plaintiff's personal financial credit for many years by reporting much higher and inaccurate student loan balances. The newspaper article enclosed as exhibit 1 entitled, "Teams Make Money, But Athletes Pay a Price"(page 18 -21), supposedly non-biased, will teach the educational scam to the court and the defendant as being current information and reveals what led up to the ongoing government student loan and credit mistakes in regards to the plaintiff.

    Dr. Avery never wanted to challenge the government however, it is the government that financially ruined Dr. Avery. The court need realize that this scam could not exist without government funding and financial programs that some unscrupulous colleges have slyly learned how to manipulate at the edge of the law and in order to receive free monies from the government while using these minority student to access these free grants. In this scam, the college benefits and the students suffer. I did not write the article but I am trying to further teach the court and government about this scam. I do not believe that the government knowingly wanted to be a part of this scam – but it is what happens when you do not adequately monitor your programs and schools find a way to manipulate them.

    Enclosed, please read the fraudulent recruiting techniques now being done in 2007 by a college in Minnesota – to recruit minority young men from Florida- not to see them successfully obtain a college education – but more so to attach and receive free government monies from the recruitment of these minority young men, which the college then redirect the free government revenue to support college programs that white students matriculate to and successfully graduate. We can clearly see who

2

is being "used" in this "educational practice". The article appears on page 18 as exhibit 1, entitled "Teams Make Money, But Athletes Pay a Price", dated April 24, 2007 as placed in the Minneapolis Star Tribune Newspaper.

As per the article, the minority students are being used, do not graduate and usually do not return after their first year. The college then goes back to Florida to recruit another "batch" of minority young men for the next year, and by offering these young men a chance to "play college football", so that the college can obtain the free government monies that was allocated for the education of these minority students.

Do you think that the students or their parents fully understand what is being done to their children and as they are not told the financial incentive for the college and reason for their recruitment? Read the article, exhibit 1. There is no truth-in-lending when recruiting students.

These minority students certainly receive an education ... the school gets between 200,000 to $450,000 – and these students fail usually in the first year – and have student loans to pay back for many years to come. The schools only spend between $30,000 - $60,000 in order to receive a yearly profit from the government in free moneys to the sum of $450,000. Exhibit 1, page 18, paragraph 7 and 8.

3

I. **GOVERNMENT COLLECTION AGENCIES THAT REPORTED AND HARASSED PLAINTIFF DID NOT KNOW PLAINTIFF'S CORRECT BALANCE AND RUINED HIS CREDIT FROM 1987 T0 PRESENT. HIS TWENTY YEAR CAREER HAS BEEN A CAREER OF RUINED CREDIT.**

These same students however receive student loans - that they will then be hunted and harassed for the rest of the lives and have their credit ruined – as did I.

It is little wonder that these young men will struggle to become head of households and families – when their credit and lives are now being financially and legally destroyed electronically through unpaid student loan debt collection. The school having received free money years earlier will quickly forget these students and in fact help the collection companies to pursue them with social security numbers, addresses and college transcripts being manipulated for collection.

These kids cannot even attempt to try and start over at there is now a record of them having attended a college and the debt incurred from their failure and enthusiastically reported to credit bureaus and collection companies that also making a profit from the debt collection. The college received its money for free and appears on the surface to have been perfectly innocent.

The newspaper article documents that one college in Minnesota did stop doing this practice ( see exhibit 1, page 19 "Hibbing stopped its program").

<u>However legal this practice may be,</u> to do this to unsuspecting and certainly unprepared students, is morally wrong and certainly harms these students with

4

almost predictable college failure and now student loan debt that will certainly create additional financial problems into the lives and futures of these young men. It is deception.

I thank the newspaper article for breaking a silence that is never told to minority students, the public and certainly was not disclosed to me. I was not aware of the amount of money the school received in free monies – to "recruit" these minority students to their school. The school receives this free government money upon the student's arrival – and there is no concern for the graduation or success of these students. As per the article, these kids are being used – and are not told what the schools "FULL" financial incentive is. I was never told nor provided documentation regarding predicted grant or student loan monies.

In 1982 my dental school did not tell me anything and certainly did not put anything in writing to me about the existence of the grant that I was to receive. They certainly did not tell me what monies the government was giving them – if they could get me to attend their school. I was just a number to be served up to the government for free government money for that school to "show" that they were trying to fill the disproportionate void in health care and certainly in minority communities.

When I graduated in 1987, NOT ONLY HAD I NEVER RECEIVED THE PROMISED LETTER of documentation as to my grant/ scholarship. I also never received an exit interview – where the dental school reviewed my account or

student loan debt with me and before I left the school. My classmates received an exit interview. I was simply "left out there" to deal with the problems that would come – and not expose the school.

I cannot say with proof, but I felt I did not receive an exit interview when I finished dental school, because at that time it would have been documented in my file as to my statements of how I had been deceived regarding the student loan debt that I was now placed in and that I refused to sign any agreement of acceptance of this loan debt as correct. The school did not want a legal record of that abuse and my not providing consent for the falsely created debt. I had been recruited to the school by being promised a full scholarship and stipend for living.

To avoid making, having or keeping any record of what happened to me - simply do not give me an exit interview. If it is not documented, it never occurred.
I never occurred.

In 1982, when I graduated from college, I could have stayed in Minnesota, paid in-state tuition and been employed during my dental education. The University of Minnesota Dental School was pleased to hear about the financial problems that I was having in Pittsburgh, because I had declined their acceptance in 1982 – and in 1984 the Minnesota Dental School only offered to accept me IF I WOULD REPEAT MY FIRST YEAR of DENTAL SCHOLL - for <u>a third time</u>. You are reading

6

correctly. Minnesota Dental School now wanted me to repeat my first year – <u>for a third time</u>.

The white dean at the Minnesota Dental School was put off when I declined the schools acceptance of me in 1982 as I was a resident of Minnesota and they had no qualified black students who had met all of the pre-dental requirements – so when I applied again in 1983 and 1984, citing I had been lied to about financial aid at Pittsburgh, he enjoyed laughing in my face, and did so, for not having accepted their offer in 1982. The dean stated "we had accepted you." He laughed when I arrived for interview. He appeared to enjoy my humiliation at Pittsburgh and now by him. I have witnessed much humiliation in education when people think that they have power over you.

The University of Pittsburgh, the associate dean named Ann McFadden knew how miserable I had been for those five years and treated me like I was a hostile – who was never allowed to interview perspective minority students. I had learned their dirt and would warn any student that had access to me. If they promise you a scholarship, "make them put it in writing as they will tell you one thing and then when you arrive, they pull the rug out from under you and say 'you misunderstood'. You have no defense because the school would not put the scholarship in writing and now treated you in any manner – because they knew you could not afford to go anywhere else or take legal action with no income and being on financial aid. An intelligent person was now crippled.

Being the only black male student in my senior class – I was never allowed to interview anyone the entire five years that I was there. I wouldn't play along with the scam – because I knew the impact that the unexpected debt would create on these kids lives as I was experiencing it, my family was separated from me and we had no income. I was deliberately censored because I would not lie for the school. I even changed how tests were given at the school because I exposed and broke up a cheating ring of white students. I only received a thank you from my white counselor who had been assigned to me – as the school kept this a secret also.

Had I been a black student who was cheating – I would have been expelled and under the guise of "being poorly qualified". The white student stood up in lecture and said if anyone reported him he would have their names and threatened bad publicity for the dental school. This was said in front of an instructor, named Dr. Marin Mandrajeff. I could not believe what I was hearing and the arrogance of this white student. No one came forward, and all my white classmates said nothing, and the instructor did nothing also. I couldn't believe it. I lost respect for that instructor. I shut the cheating ring down and the student and his friends could not cheat in that fashion any longer. The entire time , I was struggling to get moneys for my family and trying to transfer back to Minnesota for two consecutive years.

    II.   STUDENT RECEIVES LOANS UPON ARRIVAL,
          SCHOOL RECEIVED FREE MONEY – NOT REVEALED TO
          STUDENT

A secret usually kept from the student but has now been revealed in this newspaper article, is how much money the government pays to these schools as free money if they can bring these minority students to attend their school. This access to free money – which the schools do not have to pay back – is their motivation to go to Florida and recruit students under the guise of "playing college football".

I was never told in 1982 that schools received these kinds of moneys to bring minority students to their schools. Schools that they would not otherwise consider or want to attend.

The school appears as totally innocent, does not have to pay anything back – and yet they are the start and cause of the student loan deception, harassment and nonsense that will follow for many years. The article is enclosed.

The people who pulled this scam on me are either dead or retired – and I am still struggling with ruined credit, collection companies and denied opportunities of obtaining additional specialty education in endodontics (root canal specialist) – now 20 years later.

### III. TWENTY YEARS OF RUINED CREDIT

Twenty years ago to this month in June 1987 – I graduated and have now completed a "difficulty enhanced" career of dentistry. I have not enjoyed the career nor opportunities that were to come with it, because of the scam that was

9

attached to my recruitment in 1982 - twenty five years ago. With this ridiculous and inaccurate student loan debt as well as punitive actions and sanctions placed on me by incorrect accounting of the government – my education and career advancement have been stopped - for which I have filed this lawsuit. My income does not meet the national average nor can I afford to leave this community because of credit problems and insurance sanction created by the government. The government has benefited from having me in this community and especially since no new dentist has come to this community in the 20n years I have been here. The money is not here for these doctors – so they go to better communities. I'm stuck here – but my patients enjoy that I am here – because I provide them with a good service – as I am proud of my work. Truth be told, I never intended to come to this community nor Washington, D.C.. My patients like me, but I never intended to come here and certainly not to stay.

My first job after graduation from <u>dental school</u>, was <u>working as a nursing assistant at Kaiser Permanente</u> – because I had no income, no credit with inaccurate student loan debt and I was desperate for money. My credit had already been ruined – upon my graduation from dental school and solely because of these student loans.

### IV. VIOLATION OF CONSUMER PROTECTION LAWS.

To establish oneself and certainly open an office – there is a clear need to have access to credit and monies – of which all were denied Dr. Avery because of inflated and falsely reported student loan debt in 1987 to the present.

## V. QUITTING DENTAL SCHOOL – NOT AN OPTION

As I had considered it several times during my five year stay in Pittsburgh, quitting was not a viable option because:

1) I had no job, no income and could not obtain full time employment in Pittsburgh

2) Knew that I could not repay the loan debt that was now placed on me if I did quit. Payments would begin immediately on one loan called the "Plus Loan" - which went into immediate default thirty days after I received it, as I could not make the monthly payments due immediately and while in dental school. I took the immediate loan – in order to pay the rent and feed my family – as we now learned that the grant did not provide a stipend as I had been earlier told that it would. We had no moneys, and on the first day of dental school I went to orientation with only pennies in my pocket and bought no lunch. I was worried for my family and the money was not available to us – as we were now waiting for loan checks to arrive from Pennsylvania. The "bait and switch" had occurred.

3) Quitting would leave me with no proof of what was done to me, as the school never provided me with documentation. I would truly be empty handed, years lost, large debt, financially broke, divorced and morally ruined.

11

4) Had not yet learned that the government was placing incorrect student loan balances and would immediately ruin my credit report upon graduation from dental school in 1987.

VI. "New Law Breaks Up Tawdry Relationships that Dragged Students Into Debt" – Buffalo Evening News

Exhibit 2

This information is dated June 2007 and appeared in the Buffalo Evening News, located in Buffalo, New York where I was born and lived until age 17. In exhibit 2, pages 26 &-27, the New York attorney general is now trying to stop the big business of student loan "bait and switch scams". If only these were in, place in 1982 – when I entered dental school and had never heard of these scams. I had been offered grants and scholarship. However when I arrived, I was then informed that loans were only available for my family to live and pay rent. In August of 1982, with dental school starting in two weeks – my family had absolutely no money and we were forced to fill out these loan applications if we were to even buy food. We had no money to go back to Minnesota. The employment market in Pittsburgh was rapidly declining due to a poor local economy and the closing of its steel mills. Pittsburgh was a blue collar city.

I certainly could not turn around and move back to Minnesota. As a resident of Minnesota, at least I could have obtained a choice of loans from Minnesota – instead of having to immediately take out emergency loans in Pennsylvania. I had not even filled out a financial aid form in Pennsylvania - as I did not know that I was going to need any student loans in 1982.

My family now had no money to return and nor could I sit out an entire year because of this scam –hoping that I could get into another dental school the following year. I had been a victim of "bait and switch." In 1982, coming from a blue collar family, I had never thought that teachers, doctors and schools would lie. I have certainly learned otherwise and no longer look up to these institutions as being beyond reproach.

The dental school never documented nor gave me any documentation – the entire time that I was in attendance as to the grant that I was receiving, even though the associate dean Ann McFadden now promised that she would change this practice. I was able to expose that I did receive the grant by obtaining copies of my account from the University of Pittsburgh's bursar's office – and is the only documentation that this scholarship did in fact exist and was provided to me.

These newspaper articles are for information only – as the court and the defendants may not have heard of this scam –for which I was victim in 1982. I had never heard of it either – or I would have attended a different school.

A similar scam has now been documented as occurring in 2007, and in my former state of Minnesota – where I was once a resident. I did not encounter this scam as occurring in Minnesota in the 70's and 80's when I lived there. I received an excellent college education from the University of Minnesota and am proud of that school. However I have never claimed the University of Pittsburgh Dental School

13

as being my school and I have never returned to visit nor be involved with that school in any manner as I was certainly harmed by their recruitment tactics of which the government certainly joined in.

I spent all of my high school and college years preparing to go to dental school and this has been the disaster that came out of a lie and deception as conducted in "bait and switch" recruitment, no documentation and then shoddy record keeping regarding student loans and ruined credit maintained by the government for now 25 years. I am well aware that there are very few Black American students applying to predominantly white dental schools, and that there are minority communities that disproportionately lack health care providers. However, the lies and deceptions used to "attract" minority students to some schools are certainly destructive as per my experience and evidence.

Since 1994 when I received an order and voluntary dismissal, I have tried to involve the legal system as people are not encourage to take the law in their own hands. I have encountered attempts from the government as trying to declare judicial immunity for what has occurred and happened here. As of late, the government has placed me on the EPLS – Excluded Parties List System which is suppose to punish me by blocking patients from coming to this office. One less provider for this underserved community – of which I am also waiting to leave. I can't leave because I have ruined credit and for now over 20 years. Becoming a dentist and then providing dentistry to this community has cost me dearly as a career and began as the result of a deception. It is interesting to note that with all

these sanctions that are deliberately placed upon me by the government, to destroy my income and opportunity, they will not take my dental license away - as if they want to keep me here and to keep treating the poorer patients.

Respectfully Submitted,

*Dr. William Avery*

Dr. William Avery

Cc: attachments
Exhibit 1- "Teams Make Money But Athletes Pay a Price", Minneapolis Star and Tribune dated April 24, 2007 (page 17 - 22)
Exhibit 2- Buffalo Evening News, 6/1/07 "New Law Breaks –up Tawdry Relationship that Dragged Students into Debt" page (25-27)
Exhibit 3 -Invoice from Van Ru Collection, June 5, 2007 for $101,741.74 (p29)
Exhibit 4 - Invoice from U.S. Dept of Justice, June 4, 2007 for $109,989.52 (p30,31)
   (again note two different balances and both incorrect)
Exhibit 5 – Government HEAL website says Dr. Avery owes additional $81,589 in HEAL Loans (p33)

CERTIFICATION OF SERVICE

I certify that on June 14, 2007, the foregoing document was mailed to the defendant by first class mail, postage prepaid, to the following address:

Fred E. Haynes
Assistant United States Attorney
555 4th Street, N.W.
   Room E-4110

Washington, D.C. 20530
(202) 514-7201

/s/ William Avery