Exhibit 1

17

**StarTribune.com** | MINNEAPOLIS - ST. PAUL, MINNESOTA

## Part 1: Teams make money, but athletes pay a price

Minnesota's two-year college football programs help fund their schools by drawing out-of-state recruits, but many of them are unprepared.

**By James Walsh and Richard Meryhew,** Star Tribune

Last update: April 24, 2007 — 9:09 PM

*FIRST OF TWO PARTS*

 Over the past decade, Minnesota's community colleges have turned more and more to out-of-state players to fill football rosters and bring in money. Last fall, nearly two-thirds of the 628 students who played came from outside the state.

 But as coaches at those schools are about to recruit athletes for next season, many of last fall's players have left.

 Some were so ill-prepared for college that they quit school without coming close to earning a degree. Others bolted because they were overwhelmed by the weather or by living in a small, predominantly white town a world away from the urban areas where they grew up.

"We are bringing students in who ... are not likely to get a degree in two years, or even make progress in two years," said Larry Oveson, president of the Minnesota Community College Faculty Association.

 Oveson, an instructor at Rainy River Community College in International Falls, asked, "What are the ethics of bringing those kids in, having them rack up debt and then leave without a diploma?"

Regardless of the academic or social problems faced by those students, there is a financial incentive for schools to maintain their programs.

In exchange for spending $30,000 to $60,000 to field a football team, Minnesota's community colleges with teams take in $200,000 to $450,000 a year. Much of it comes from federal financial aid brought in by out-of-state students.

In 2005-06, football players brought in nearly $3.9 million to those 11 colleges — not including state appropriations that are based on factors including the enrollment boost that comes with the players.

For small-town colleges designed primarily to serve local communities, it's big money, enough in some cases to sustain academic programs or keep a school's doors open.

*18*

But the academic problems associated with out-of-state recruiting are so prevalent at several of the colleges that two schools in northern Minnesota – Hibbing and Rainy River – considered dropping football after the 2006 season.

**Hibbing stopped its program**

In January, Hibbing officials indefinitely suspended the sport because its academic failings were so entrenched.

A statewide task force of community-college administrators, athletic directors, coaches and students began studying the issue after the Hibbing decision. Its recommendations are due soon.

"Given what had happened [at Hibbing], we wanted to see if there were any lessons to be learned," said Mike Lopez, associate vice chancellor for student affairs of the Minnesota State Colleges and Universities System. "We figured it might be worth taking a look to ensure ... that [similar things were not] happening at other places."

**Problems in the classroom**

From 2000 through the 2005-06 school year, Hibbing football players had a 1.8 grade-point average (a C average is 2.0) with a vast majority taking remedial courses. Last fall, Hibbing players received only 38 percent of the credits for courses in which they enrolled.

"I came to the conclusion that it's not working," said Hibbing Provost Kenneth Simberg, who made the decision to drop football.

According to school statistics, 40 percent of players on the 2006 Hibbing roster didn't come back this spring. From the 2005 team, 12 percent returned for the 2006 season and 7 percent graduated at the end of the 2005-06 academic year. Only four second-year players were listed on the 2006 roster.

Players come and go with such frequency, said Dave Wilson, a former assistant coach at Hibbing, that "from my standpoint, every [season] we start all the way over."

Even a backer of the Hibbing program, longtime assistant coach Murray Anderson, said: "I'll be truthful. I don't know how some of these kids got their [high school] diplomas."

Facing many of the same problems, Provost Wayne Merrell decided to keep Rainy River's program, providing steps are taken to improve academic performance and better integrate players into the community.

But Merrell also said that money played a role. Rainy River, the smallest of Minnesota's community colleges, needs football more than Hibbing did.

Last fall, Rainy River fielded its team for $49,000. It won only two games and brought in

less than $200 in gate receipts, said Betty Opdahl, the school's director of fiscal services.

Half of the roster from last fall isn't on campus now.

## Program generated cash

In 2005-06, the team brought in almost $439,000 in grants, loans, work-study aid and scholarships. That's about 10 percent of the school's annual operating budget, Opdahl said, and the numbers will be comparable for the current academic year.

Without that money, the school would be hard pressed to stay open. "We're right on the edge," Merrell said.

The cycle per- sists largely be- cause, unlike most states with community-college football, Minnesota doesn't limit the number of out-of-state players on team rosters. Last season at Hibbing, 60 of the team's 63 players were from out of state.

At Rainy River, one Minnesotan was on the roster. More than half of Rainy River's players came from Florida, which has no community-college football, and about one-third of Hibbing's came from there. Many arrived without having seen the campus or talking face-to-face with a coach.

"These kids down here, they are just hungry to go anywhere," said Bob Head, football coach at Olympia High School in Orlando, which sent several players to Minnesota last year. "All they are trying to do is get tape [videotapes to show to a four-year school]. 'Let's get tape and go somewhere else.' "

After his uncle talked to a Hibbing assistant by phone, Xavier Chapple of Merritt Island, Fla., enrolled and made the 1,750-mile journey.

"I was just going up there to play football for two years and get a chance to get back in Florida somewhere and play [major-college football]," said Chapple, who left Hibbing when the program was dropped.

Some Florida coaches have become wary of their players coming to Minnesota.

"I love Minnesota, but I wouldn't recommend any kids go up to the International Falls or Hibbing area," said Andre Thaddies, a former University of Minnesota player who now coaches in Delray Beach. "The ones who have, they didn't really have a lot of choices."

## Kansas schools set limits

The recruiting pipeline doesn't exist to nearly the same extent in other states because of rules about who can play on their community-college teams. In Kansas, for example, schools in the Jayhawk Community College Conference are limited to 12 out-of-staters on their football rosters.

"People were saying 'Here we are, a community-college system, funded by local taxpayers, and we have teams with no Kansas kids,' " said conference commissioner Bryce Roderick. "This just was not right."

The Kansas Legislature, he said, pressured schools to cap rosters or risk losing funding.

"I think when you lose that local flavor, you really lose," Roderick said.

In Hibbing, few complained when football was suspended. A member of the city council, Frank Bigelow, said there was little interest because so many players were "outsiders."

Oveson, the head of the faculty association, thinks one way around that is to impose limits on the number of out-of-state players.

"I think it better reflects the two-year community-college philosophy," Oveson said. "And I think it reassures the taxpayers of Minnesota that their dollars are being wisely invested."

But MnSCU's chancellor, James McCormick, is opposed to anything that would limit access to community colleges, which are open to anyone with a high-school diploma or GED certificate.

"For some individuals, the opportunity to participate in athletics is the motivation to enroll in a community college, learn how to apply themselves academically and succeed," McCormick said via e-mail. "That's the value of community colleges."

Merrell, the Rainy River provost, said that if a limit were imposed, his school would have to spend "much more money competing for the same students other people are competing for here in the state.

"If we have to compete with larger schools for Minnesota kids, and those larger schools are in communities that have a lot of other attractions, I think we would be in serious trouble," he said.

Ervin Watson Jr., 19, of Missouri City, Texas, said he enrolled at Rainy River last fall because "I knew I probably couldn't get into a big university. My grades were not up to par, and I knew I would probably have to start off in a [junior college]."

Watson said he hadn't talked with any college coaches until Rainy River's coach, Tim Myles, contacted him by phone.

"I just jumped at the first thing," he said. "Myles told me I could play. I'd get more exposure if I'm playing."

After one semester, Watson left.

jwalsh@startribune.com • 612-673-7428 richm@startribune.com • 612-673-4425

Case 1:05-cv-01108-GK      Document 19-2      Filed 06/14/2007      Page 6 of 15

© 2007 Star Tribune. All rights reserved.

*Exhibit 2*    **25**





# The Buffalo News : Opinion

Sunday, June 3, 2007

Home > Opinion

**EDITORIALS**

## It's a crime

**New law breaks up tawdry relationships that dragged students into debt**

**Updated: 06/01/07 6:55 AM**

The number of bugs Andrew M. Cuomo found under one of the very first rocks he turned over as New York attorney general surprised even him. He was not the only one who had no idea the depth of scandal that had afflicted the business of marketing student loans.

But now, thanks largely to Cuomo's efforts, reforms are rapidly coming down the pike. College students and their parents now have more, though not total, assurance that the university financial counselors who may be helping them get a student loan are putting the interests of the student first.

A reform bill that recently flew through the New York Legislature, and was just signed by Gov. Eliot L. Spitzer, was a quick action made possible by the fact that, as Cuomo put it, there was no defense to be raised by the lenders and financial aid officers for



Associated Press
Attorney General Andrew Cuomo, right, investigated the student loan industry.

their sleazy conduct. The practice of some university officials accepting improper influences — everything from office supplies to free travel and stock in the companies they were supposed to be scrutinizing — to funnel loan business in certain directions was intolerable and has now been declared so by many of the same schools and lenders who were up to their necks in it because, well, because everyone else was.

Cuomo has secured the cooperation of 24 schools and seven big lenders, some of which have promised $12.5 million to reimburse students who paid excessive interest rates. Efforts to end the practice nationwide are also moving through Congress.

The student loan business in the United States is an $85- billion-a-year industry. It is fueled, Cuomo notes, by the fact that the cost, and the necessity, of a college degree continues to increase while scholarships and grants remain flat. Even under the best of circumstances — with no bait and switch in the loan office — students can leave college and enter the job market with debt that approaches the size of a home mortgage — with no home.

The new Student Lending Accountability, Transparency and Enforcement (SLATE) Act changes such loan steering from a simply immoral practice into an illegal one. It also contains a Student Bill of Rights that is supposed to help borrowers understand their options before entering into a situation where their adult life is launched under the burden of heavy debt.

Cuomo is firm on the point that students and their parents, law or no law, should still be shopping around for the best college financing deal and not just leave themselves wide open to the sort of victimization often suffered by the young and idealistic.

## CaseCracker

Record Law Enforcement Interviews Created for Investigators

www.cardinalpeak.com

Ads by Google - Advertise on this site

© 2007 The Buffalo News. The information you receive online from The Buffalo News is protected by the copyright laws of the United States.

The copyright laws prohibit any copying, redistributing, re-transmitting, or re-purposing of any copyright-protected material.

27

*Exhibit 3* 28

Van Ru Credit Corporation
P.O. Box 1027
Skokie, IL 60076-1027

| ACCOUNT NO. | PRINCIPAL BAL. | INTEREST |
|---|---|---|
| F927... | $35,449.88 | $46,599.91 |
| NOTE NAME / ADDRESS / PHONE NO. CHANGES ON BACK | FEES & COSTS | TOTAL BALANCE |
| | $19,691.95 | $101,741.74 |
| | AMOUNT PAID: | |

Address Service Requested

**RETURN THIS PORTION WITH YOUR PAYMENT**

#BWNFTZF #VAD7700673207060#

WILLIAM K AVERY
1217 GOLF COURSE DR
MITCHELLVILLE MD 20721-2326

DO NOT SEND CASH
MAKE CHECKS PAYABLE TO:
U.S. DEPARTMENT OF EDUCATION
SHOW YOUR SOCIAL SECURITY NUMBER
ON YOUR CHECK

Van Ru Credit Corporation   1-888-337-8...

Send Payment To:

National Payment Center
US Department of Education
P.O. Box 4169
Greenville Tx 75403-4169

4 320935043852 0000004950 00000568     4 320935043852 0006052007 01741744

----

KEEP THIS PORTION FOR YOUR RECORDS          **DATE: June 5, 2007**

This notice regarding your account, with the U.S. Department of Education, is from Van Ru Credit Corporation. The U.S. Department of Education has placed your account with us for collection.

We have attempted several times to assist you regarding repayment of your debt. Your obligation still remains unpaid.

As more time passes without payment or other resolution, interest will continue to accrue and collection costs will be charged to you as permitted under Federal Law and Regulations.

In addition, if you fail to repay or otherwise resolve your debt then, after separate written notices and opportunities for a record review and hearing, and depending on the outcome of such hearing(s), your employer may be required to withhold and remit up to 15% of your "disposable" pay (i.e., that part of your compensation remaining after deduction of health insurance premiums and amounts required by law to be withheld) until your debt is paid or otherwise resolved and/or any federal payment to which you otherwise would be entitled may be offset against your debt.

Send the total balance noted to the National Payment Center at the address provided, or contact Van Ru at the toll free number below to discuss payment arrangements. When sending your payment, please include your social security number on your payment instrument.

You may be entitled to a substantial reduction in your balance. Please complete and return the financial form in order for a review of your financial status to determine if you qualify for such a reduction.

Our office hours are:
Monday-Thursday, 8am-9pm(CST)
Friday, 8am-5pm(CST)
Saturday and Sunday, 8am-12pm(CST)

You can reach us at our toll free number 1-888-337-8331

All written correspondence must be sent to the following address:

Van Ru Credit Corporation
PO Box 1027
Skokie, Il. 60076-1027

**This communication is from a debt collector attempting to collect a debt, and any information obtained will be used for that purpose.**

29

VAD20C-0605F203826-QV99-2-3826

Exhibit 4    30

U. S. ATTORNEY'S OFFICE
555 FOURTH STREET, NW
JUDICIARY CENTER BUILDING
WASHINGTON, DC 20530

**U.S DEPARTMENT OR JUSTICE**
NCIF Debtor Statement

*This communication is from the United States Department of Justice. All correspondence on this debt should be sent to the representative of the United States at the address to the left above.*

For inquiries regarding debt call:    202-514-7211

| | |
|---|---|
| DATE OF STATEMENT | 04-JUN-2007 |
| CLAIM NUMBER | C-58771 |

William K. Avery D.M.D.
4244 BENNING ROAD, N.E.
WASHINGTON, DC 20019

retain top portion for your records. This is your official receipt. Make name/address corrections on the reverse. This statement reflects the balances for this debt only. You may have additional outstanding debt. Detach bottom portion, indicate amount enclosed, and return with your payment.

| ACCOUNT INFORMATION | | | |
|---|---|---|---|
| Last Payment Received Date | 07-DEC-2005 | Current Balance | $109,989.52 |
| Last Payment Amount | $6,149.49 | Next Payment Amount | $450.51 |
| Annual Interest Rate | 7.500% | Payment Amount Due | $28,951.02 |
| | | Payment Due By | DUE NOW |

**MAKE CHECK OR MONEY ORDER PAYABLE TO U.S. DEPARTMENT OF JUSTICE**
**INCLUDE CLAIM NUMBER ON CHECK OR MONEY ORDER**
**Please detach and enclose bottom with payment**

**DO NOT SEND CASH!**

**Payment Options:**
1. Check or Money Order
2. Credit Card
3. EZ Pay (Call the number above to learn about our automatic debit program)
4. Pay online - https://www.pay.gov - use the "DOJ NCIF" public form (Call the number above for more information)

**PAY YOUR DEBT BY CREDIT CARD USING THE FORM BELOW**

We accept credit cards

| | |
|---|---|
| PAYMENT AMOUNT DUE | $28,951.02 |
| PAYMENT DUE BY | DUE NOW |

Payment must be received by the PAYMENT DUE BY date, in order for payment to be applied before the next billing cycle.

| CLAIM NUMBER | C-58771 | |
|---|---|---|
| NAME | William K. Avery D.M.D. | |
| AGENCY CODE  HHHP | DISTRICT DC    COA COHE | |
| AGENCY FILE NUMBER | HHHP-50084481 | |
| PAYMENT AMOUNT | | |

CARD NO._____
EXPIRATION DATE_____

If payment amount is not indicated, I authorize the Department of Justice to charge my card for the payment amount due.

SIGNATURE_____

ADDRESS CORRECTION (Please Check Box and Place new address on reverse)  ☐

MAIL COUPON TO:
U.S. DEPARTMENT OF JUSTICE
NATIONWIDE CENTRAL INTAKE FACILITY
P.O. BOX 70940
CHARLOTTE, NC 28272-0940

Exhibit 5
32



U.S. Department of Health and Human Services

**Bureau of Health Professions**

Questions?  Search

Health Resources and Services Administration

# Defaulted Borrowers
**Health Education Assistance Loans (HEAL)**

**VIEW LIST BY**

- Name
- Discipline
- State
- Amount Due
- School
- Full List
- Search List

## Defaulted Borrower Information

| | |
|---|---|
| Last Name: | Avery |
| First Name: | William |
| Middle Initial: | K |
| Amount Due: | $81,589 |
| City: | Washington |
| State: | DC |
| School: | Univ of Pittsburgh |
| Discipline: | Dentistry |
| City: | Pittsburgh |
| State: | PA |
| Graduation/Separation: | 6/15/1987 |

Top | Home | HRSA | HHS | Disclaimers | Accessibility | Questions?

http://defaulteddocs.dhhs.gov/Identity.asp?RealNumber=44

6/14/2007

33