UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WILLIAM AVERY**            :

v.                           :    **Civil Action No. 05-1108 (GK)**

**UNITED STATES OF AMERICA** :

## NOTICE OF APPEARANCE

The court will please note the appearance of undersigned counsel on behalf of the plaintiff in this case.

                                                               Respectfully submitted,

                                                               _____/s/_____
                                                               Cheryl D. Stein #256693
                                                               706 12th Street, N.E.
                                                               Washington, D.C.  20002
                                                               (202) 388-4682