UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DR. WILLIAM AVERY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1108 (GK) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

Plaintiff Dr. William Avery brings this action against the United States of America alleging common law claims of defamation and negligence for allegedly reporting inaccurate information regarding his student loan repayment history to various credit reporting agencies. This matter is before the Court on Defendant's Motion for Judgment on the Pleadings [**Dkt. No. 8**] pursuant to Fed. R. Civ. P. 12(c). Upon consideration of the Motion, Opposition, Reply, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion for Judgment on the Pleadings [**Dkt. No. 8**] is **granted**.

This is a final appealable Order.  <u>See</u> Fed. R. App. P. 4(a).

|  |  |
|---|---|
| February 7, 2008 | /s/<br>Gladys Kessler<br>United States District Judge |

**Copies to: Attorneys of record via ECF**