UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              :
**WILLIAM AVERY**
                              :
v.                                    **Civil Action No. 05-1108 (GK)**
                              :
**UNITED STATES OF AMERICA**
                              :
_____

## NOTICE OF APPEAL

Notice is hereby given this 19th day of March, 2008, that plaintiff, William Avery, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 7th day of February, 2008, in favor of the defendant, United States of America, against said plaintiff, William Avery.



_____/s/_____
Cheryl D. Stein #256693
706 12th Street, N.E.
Washington, D.C.  20002
(202) 388-4682

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the address indicated:

Fred Haynes
Office of the U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530